AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

FILED
At Albuquerque NM
DEC 21 2018

| United States of America | )  |
|---|---|
| v. | ) |
| Michael Nissen | ) Case No. 18mj 4031 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 12/21/18

_____
Defendant's signature

_____
Signature of defendant's attorney

Melissa Ayn Morris #25861
Printed name and bar number of defendant's attorney

111 Lomas Blvd NW Ste. 501
Address of defendant's attorney

melissa_morris@fd.org
E-mail address of defendant's attorney

(505) 346-2489
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney