IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 0 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-77 JB |
| | ) | |
| vs. | ) | Counts 1 and 2: 18 U.S.C. § 875(c): |
| | ) | Interstate Communications Containing a |
| **MICHAEL JAMES NISSEN,** | ) | Threat to Injure the Person of Another. |
| | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about November 2, 2018, in Torrance County, in the District of New Mexico, the

defendant, **MICHAEL JAMES NISSEN,** transmitted in interstate and foreign commerce

communications containing a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

### Count 2

On or about November 26, 2018, in Bernalillo County, in the District of New Mexico, the

defendant, **MICHAEL JAMES NISSEN,** transmitted in interstate and foreign commerce

communications containing a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/s/ _____
FOREPERSON OF THE GRAND JURY

Niki Lapsia-Brito
Assistant United States Attorney

1/5/2019 5:12 PM