# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT FOR NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

                                                                  No. CR 19-77 JOB

**MICHAEL NISSEN,**

    **Defendant.**

## STIPULATED ORDER

THIS MATTER having come before the Court upon stipulation of the parties and counsel, former counsel being Melissa A. Morris, Assistant Federal Defender, 111 Lomas Blvd. NW, Albuquerque, NM 87102, and present counsel being Kenneth A. Gleria and Jack Mkhitarian, 1008 5th St. NW, Albuquerque, NM 87102, and the United States of America being represented by Paul Mysliwiec, Assistant United States Attorney, 201 3rd St. NW, Albuquerque, NM 87102, and the Court having reviewed the stipulation states as follows:

1. This Court has jurisdiction over the parties and subject matter in this action.

2. Kenneth A. Gleria and Jack Mkhitarian are substituted for Melissa A. Morris as counsel for the Defendant.

                                                    _____
                                                  STEVEN C. YARBROUGH
                                                  UNITED STATES MAGISTRATE JUDGE

Submitted on March 28, 2019 by:
Kenneth A. Gleria, Attorney for Defendant