FD-302 (Rev. 5-8-10)



**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     05/24/2019

     Peggy SHELLEY,, was interviewed via email.  After being advised of the identity of the interviewing Agent and the nature of the interview, SHELLEY provided the following information:

SHELLEY is a Subpoena Compliance Specialist with T-Mobile. SHELLEY stated that Switch TTAS005 is located in Pano, Texas.

**UNCLASSIFIED//FOUO**

Investigation on   05/24/2019   at   Albuquerque, New Mexico, United States (Email)

File #   266S-AQ-3033093          Date drafted   05/24/2019

by   PETER JON NYSTROM UBBELOHDE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI automation system.

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____05/28/2019_____

The purpose of this document is to correct an error in a previous document
named, Switch information provided by T-Mobile, dated May 24, 2019, serial
#33.

Change: SHELLY stated that Switch TTAS005 is located in Plano, Texas.

**UNCLASSIFIED//FOUO**

Investigation on _05/28/2019_ at Albuquerque, New Mexico, United States (Email)

File # 266S-AQ-3033093                                    Date drafted 05/28/2019

by PETER JON NYSTROM UBBELOHDE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697

March 02, 2019

T-Mobile / MetroPCS Tracking ID: 2187426

I, Peggy Shelley, am employed by T-Mobile, U.S.A., Inc and I am a Custodian of Records.

I further state that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by T-Mobile, U.S.A., Inc.

## Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 5058191806 | 11/02/2018 | 12/19/2018 | Call Details With Cell Sites |
| 5058191806 | 11/02/2018 | 12/19/2018 | Subscriber Info |

I further state that:

    A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

    B) Such records were kept in the course of regularly conducted business activity;

    C) The business activity made such records as a regular practice; and

    D) If such record is not the original, such record is a duplicate of the original.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

Peggy Shelley

Law Enforcement Relations Group

**Information Provided To:**

Agency: FBI
Requestor: Peter Uzbekinde
Agent Address: ERF Building 27958A
Quantico, VA 19903
Billing City, State, Zip:
Provided On: March 02, 2019

# ·T··Mobile·

## Request Submission Response

This is in response to the Grand Jury Subpoena, 2018R0919O-001, dated December 18, 2018, which was served upon T-Mobile US, Inc. You have requested information for the subscriber associated with MSISDN: 5058191806. All times below are reflected in Coordinated Universal Time (UTC).

| Date | Time | Duration | Call Type | Direction | Dialed Number | Calling Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name | 1st LTE Site ID | 1st LTE Sector ID | 1st LAC | 1st Cell ID | 1st Tower Azimuth | 1st Tower LAT | 1st Tower LONG | 1st Tower Address | 1st Tower City | 1st Tower Rate | 1st Tower Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/2018 | 00:16:27 | 151 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 90050 | 9 | | | 295 | 35.0714 | -106.2504 | 1811 SR I-5 Hwy 56 | Edgewood | NM | 87015 |
| 11/09/2018 | 00:20:55 | 91 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 94323 | 3 | | | 30 | 35.05128 | -106.3176 | 300 FOREST RD | Tijeras | NM | 87008 |
| 11/09/2018 | 00:24:23 | 107 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 92776 | 3 | | | 245 | 35.07911 | -106.38218 | 7 Cravens Rd | Bernalillo East | NM | 87059 |
| 11/09/2018 | 01:04:14 | 51 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/10/2018 | 01:15:16 | 34 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/12/2018 | 12:01:10 | 26 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/15/2018 | 19:38:38 | 74 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/15/2018 | 19:40:11 | 130 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/15/2018 | 19:42:06 | 75 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/15/2018 | 19:43:36 | 63 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/15/2018 | 20:01:14 | 118 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 00:31:17 | 87 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 00:33:08 | 61 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 00:41:26 | 119 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 01:14:30 | 144 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 11:48:24 | 328 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 11:59:51 | 34 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 12:00:04 | | moc | | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Abnormal Completion | 42 | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 12:00:13 | 50 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/24/2018 | 20:59:48 | 117 | moc | Outgoing | 15058191806 | 15058191806 | 15058413256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/26/2018 | 01:53:57 | 143 | moc | Outgoing | 8419256 | 8419256 | 8419256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/26/2018 | 01:16:42 | 36 | moc | Outgoing | 8419256 | 8419256 | 8419256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/26/2018 | 15:16:27 | 642 | moc | Outgoing | 8419256 | 8419256 | 8419256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/27/2018 | 16:28:20 | 362 | moc | Outgoing | 8419256 | 8419256 | 8419256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |
| 11/27/2018 | 16:41:06 | 169 | moc | Outgoing | 8419256 | 8419256 | 8419256 | 15058413256 | 310260589142373 | 353537029663310 | Completed Successfully | | TTPA5005 | 84042 | 1 | | | | 35.0875 | -106.53551 | 9935 Lomas Blvd. NE | Albuquerque | NM | 87110 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

**Information Provided To:**

Agency: FBI
Requestor: Peter Ubbelohde
Agent Address: ERF Building 27958A
Billing City, State, Zip: Quantico, VA 19903
Provided On: March 01, 2019

**T · ·Mobile·**

**Request Submission Response**

This is in response to the Grand Jury Subpoena, 2018R09190-001, dated December 18, 2018, which was served upon T-Mobile US, Inc. You have requested Information for the subscriber associated with MSISDN: 5058191806.

| Subscriber Details: | | |
|---|---|---|
| | Subscriber Name | MICHAEL NISSEN |
| | Subscriber Address | 2270D WYOMING BLVD NE # 232, ALBUQUERQUE, NM 87112 USA |
| | Subscriber Status | Suspended |
| | Subscriber Name Effective Date | 07/05/2017 |

| Account Details: | | |
|---|---|---|
| | Brand | TMUS |
| | Activation Date | 07/05/2017 |
| | Termination Date | 01/24/2019 |
| | Account Name | MICHAEL NISSEN |
| | Account No | 959954682 |
| | Account Effective Date | 07/05/2017 |
| | Account Expiration Date | 01/24/2019 |

| Device Details: | | |
|---|---|---|
| | IMSI | 310260518942271 |
| | MSISDN Expiration Date | 01/24/2019 |
| | MSISDN Disconnect Reason | Seasonal |
| | MSISDN No | 5058191806 |
| | MSISDN Status | Suspended |
| | MSISDN Market | ALN |
| | MSISDN Name | MICHAEL NISSEN |
| | SIM | 8901260511789422716 |
| | IMEI | 352557072963112 |
| | Begin Service Date | 07/05/2017 |

| Billing Details: | | |
|---|---|---|
| | Bill Name | MICHAEL NISSEN |
| | Bill Birth Date | 03/08/1965 |
| | Bill SSN | 525373899 |
| | Bill Cycle | 4 |
| | Bill Address | 2270D WYOMING BLVD NE # 232, ALBUQUERQUE, NM 87112 USA |
| | Company Name | NISSEN |
| | Rate Plan | FRLTUNL |
| | Rate Plan Desc | T-Mobile ONE |
| | Contact 1 | |
| | Contact 2 | 5058191806 |
| | Coupon | |
| | Last Refilled | |

| Ported Details: | | |
|---|---|---|
| | Ported Carrier | Port In |



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____05/24/2019_____

### FEDERAL GRAND JURY INFORMATION

This document contains information pertaining to a federal grand jury proceeding. The information may not be disseminated within or outside the FBI, except as provided for under Federal Rule of Criminal Procedure 6(e)(3), wherein disclosure may be made to: (1) an attorney for the government for use in performing that attorney's official duties; or (2) any government personnel that an attorney for the government considers necessary to assist in performing that attorney's official duties.


On March 2, 2019, T-Mobile provided information requested in Grand Jury Subpoena served on December 20, 2018. The requested information is stored as a digital 1A of this document.


**UNCLASSIFIED//FOUO**

Investigation on _____05/23/2019_____ at Albuquerque, New Mexico, United States (Email)

File # 266S-AQ-3033093-GJ                                   Date drafted  05/23/2019

by  PETER JON NYSTROM UBBELOHDE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.