# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.** CR 19-77JB      **DATE:** July 16, 2019

**TITLE:** *USA v. Michael Nissen*

**COURTROOM CLERK:** C. Bevel      **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 10:20AM-11:06AM      **TOTAL TIME:** 48 MINUTES

**TYPE OF PROCEEDING:** COMPETENCY HEARING; 26 First MOTION for Reconsideration *Motion to Reconsider Detention Order and Request for Hearing;* 22 MOTION for Bill of Particulars

**COURT RULING:** Court finds defendant competent to proceed to trial. Court denies Request for Conditions of Release, [Doc 26]; Court denies 22 MOTION for Bill of Particulars

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Paul Mysliwiec                                Kenneth Gleria

**PROCEEDINGS:**

10:20am    Court in session, counsel enter appearances, Court has reviewed report of Dr. Marshall, counsel stipulate to defendant's competency, Court requests US Attorney provide a stipulated order finding defendant competent.

10:23am    Mr. Gleria addresses defendant's placement in solitary confinement; protective custody, hampering communication.

10:25am    Court recommends Mr. Gleria talk to CRD as to who to contact at USM regarding defendant's placement.

10:26am    Mr. Gleria will be requesting continuance of trial date of 2 weeks.

10:27am    Mr. Mysliwiec responds, no opposition to continuances, several motions pending which toll the speedy trial time, several motions in limine will be filed. Jury instructions to be filed.

10:29am   Court will await motion and proposed order that complies with <u>Hernandez-Mejia.</u>

Court turns to pending Motions, appear to be fully briefed.

10:30am   Mr. Gleria indicates he was not the author if 2 of the Motions to Dismiss.

10:30am   Court takes up motions one at a time.

10:31am   Mr. Gleria argues in support of Motion to Reconsider Detention [Doc. 26].

10:37am   Mr. Mysliwiec responds.

10:43am   Mr. Gleria responds.

10:45am   Mr. Mysliwiec argues in support of defendant's continued custody.

10:47am   Court is concerned that defendant remains threat to community.

10:48am   Court denies request to set conditions of release, Magistrate Judge is correct, defendant should remain in custody.

10:50am   Mr. Gleria argues [22](#) MOTION for Bill of Particulars.

10:54am   Mr. Mysliwiec responds, request dismissal as untimely.

10:58am   Court inquires about any further discovery that many be coming.

10:58am   Mr. Mysliwiec responds, has requested phone record data showing interstate commerce, attached data to response to Motion to Dismiss for Lack Jurisdiction.

10:59am   Court inquires if there is anything else that may surprise defendant that government has not disclosed.

11:00am   Mr. Mysliwiec responds, defendant has everything government has.

11:01am   Court denies Motion for Bill of Particulars.

11:01am   Mr. Gleria requests that Mr. Mkhitarian be allowed to argue the motions to dismiss as he is the author.

11:02am   Mr. Mysliwiec has no objection.

11:04am   Court indicates Friday, July 26 at 10:00 am may be best time to hear motions to

dismiss. May be best time to have a pretrial conference.

11:04am    Mr. Mysliwiec responds.

11:06am    Court will hold motions hearing and pretrial conference on July 26 at 10:00 am.

11:06am    Court in recess.