IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. CR 19-0077 JB

MICHAEL NISSEN,

    Defendant.

## STIPULATED ORDER TO FINDING OF COMPETENCY

THIS MATTER having come before the Court on the *Motion for Psychiatric/Psychological Exam* [Doc. 17[1]], and the Court having received and reviewed the *Psychiatric/Psychological Report (Forensic Evaluation)* completed and filed with the Court by Dr. Marshall [Doc. 29] on June 10, 2019, and counsel for both parties being in agreement as to the issue of competency of Defendant Michael Nissen,

THE COURT FINDS that Defendant Michael Nissen is competent to stand trial as outlined in the *Forensic Evaluation* [Doc. 29].

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] That motion was filed *ex parte* by defense counsel because it contained private details, but the government was alerted to its filing.