# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.** CR 19-77 JB  **DATE:** July 26, 2019

**TITLE:** *USA v. Michael Nissen*

**COURTROOM CLERK:** C. Bevel       **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 10:49AM-11:58AM    **TOTAL TIME:** 1 HR 09 MIN

**TYPE OF PROCEEDING:** 24 MOTION to Dismiss for Lack of Jurisdiction, 25 MOTION to Dismiss *Indictment*. Pretrial Conference.

**COURT RULING:** Court denies will not rule on 24 Motion to Dismiss for Lack of Jurisdiction, Court denies 25, Motion to Dismiss Indictment

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Paul Mysliwiec                                              Jack Mkhitarian, Kenneth Gleria

**PROCEEDINGS:**

10:49am   Court in session, counsel enters appearances, defendant present in custody.

10:49am   Mr. Mkhitarian addresses Motion 24, does not wish to argue now, defendant has received some discovery regarding charges indictment.

10:52am   Mr. Mysliwiec responds.

10:56am   Court can say there is no challenge to the jurisdiction at this time. Court will convert to a motion for directed verdict.

10:56am   Mr. Mysliwiec responds, may wish to file further briefing matter, accepts court's direction to consider as a motion for directed verdict.

11:00am   Court turns to 25 MOTION to Dismiss *Indictment*.

11:01am   Mr. Mkhitarian indicates matter not yet ready for decision.

11:09am   Mr. Mysliwiec responds.

11:11am   Court will deny Motion to Dismiss Indictment, Doc. 25. Counsel can address it again at the time for motions for directed verdicts.

11:13am   Court granted Motion to continue trial to August 5, granted 12 days, did not see justification for continuance of 14 days and starting trial in the middle of the week.

11:15am   Mr. Mysliwiec responds. Has other hearing, but could move them.

11:15am   Mr. Mkhitarian and Mr. Gleria indicate they wish to begin August 6th, believe trial will be 2 days.

11:16am   Mr. Mysliwiec requests jury selection begin at 1:30.

11:17am   Court concerned with beginning in the afternoon. Court requests counsel refile motion and request one additional day.

11:18am   Court will inform jury that this is a 2 day trial, and ask about their schedule on 6th and 7th. Counsel to be here at 8:30, jury present at 9:00am.

    Closings after jury is instructed.

    Court to prepare preliminary instructions, to be provided to counsel, will include note taking by jury.

    Questions by jury are fine.

11:26am   Court addresses counsel regarding jury instructions.

11:27am   Mr. Mkhitarian responds.

    Court will set 14 – 2 alternates. Alternates to be kept under charge.

    Court will run traditional schedule. 8:30, lunch break and see how things are going by end of the day.

    Opening statements at beginning: Government: 15 minutes, defendant 15 minutes

    Voir Dire: Government 20 minutes, defendant 20 minutes.

    Closing statements: Government 20 minutes, 20-40 minutes

Court puts burden on everyone to ensure that defendant is present in courtroom prior to bringing jury in. USMS does not see any issues regarding defendant being unrestrained during trial but will verify with supervisor.

Exhibits: Deadline for filing: July 31, objections by Friday August 2nd. Government numbers, defendant letters.

Witnesses: deadline same as for exhibits.

No issues on discovery at this time. No evidentiary issues at this time.

Jury instructions sent to defendant by 31st, any that cannot be agreed to by Friday 2nd.

11:41am   Court imposes deadline of August 1 for any more Motions in Limine, responses by Friday August 2nd.

11:42am   Mr. Mysliwiec indicates no <u>Daubert</u> issues unless T-Mobile records become issues. Mr. Mkhitarian agrees.

11:46am   Court can have hearing in the afternoon of August 5 if necessary.

11:46am   Court indicates northern part of state for jury pool. Case description will be indictment. Proposed voir dire, end of business on 31st, objections by Friday 2nd.

11:50am   Court will use JERS for evidence presentation.

11:53am   Mr. Mysliwiec addresses Court regarding defendant's participation in bench conferences.

11:53am   Court indicates typically does not happen, unless counsel get back this Court and brief issue.

11:55am   Court can pre-admit exhibits prior to trial so counsel can use during openings, if counsel agree.

11:58am   Counsel have nothing further.

11:58am   Court in recess.