IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Case No.: 19-CR-77-JB |
| **MICHAEL NISSEN**, | ) |
| Defendant. | ) |

## UNITED STATES' WITNESS LIST

The United States respectfully submits its list of trial witnesses in the above-referenced matter, without waiving the right to utilize different or additional witnesses should the need arise:

1. Special Agent Peter Ubbelohde, Federal Bureau of Investigation ("FBI");
2. Task Force Officer Wesley Cox, FBI;
3. Officer Jordan Burd, New Mexico State Police ("NMSP");
4. Dispatcher Victoria Gurule, NMSP;
5. Sergeant Steven Carroll, NMSP;
6. Barbara Beuzekom, NMSP;
7. Lieutenant Rudy Real, NMSP;
8. Officer Juan Cordova, NMSP;
9. Susan Rossignol, Torrence County Magistrate Court;
10. Officer Rudy Graham, NMSP Bomb Squad;
11. Detective Jesse Cash, Bernalillo County Sheriff's Office;

12. Officer Mitch Bengston, NMSP;

13. [Records Custodian], T-Mobile.

The electronic filing of this document in CM/ECF caused a copy to be served electronically on Kenneth Gleria, Esq., and Jack Mkhitarian, Esq., counsel for Defendant.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically Submitted July 30, 2019*
PAUL J. MYSLIWIEC
ALEXANDER M.M. UBALLEZ
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 224-1471