| ATTORNEY OR DEFENDANT WITHOUT ATTORNEY (NAME, ADDRESS) | RESERVED FOR CLERKS FILE STAMP |
|---|---|
| MR MICHAEL J. NISSEN<br>REGISTER NO: 02508151<br>CIBOLA COUNTY CORRECTIONS CENTER<br>POST OFFICE BOX, 3540<br>MILAN, NEW MEXICO 87021 | **FILED**<br>UNITED STATES DISTRICT COURT<br>ALBUQUERQUE, NEW MEXICO<br><br>AUG 1 2019<br><br>MITCHELL R. ELFERS<br>CLERK |
| UNITED STATES DISTRICT COURT<br>ATTN: HONORABLE JAMES O. BROWNING<br>333 LOMAS BLVD NW<br>ALBUQUERQUE, NEW MEXICO 87102 | |
| DEFENDANT: MICHAEL J. NISSEN<br>03/08/1965 | CASE #<br>19 77 JB |
| PROOF OF SERVICE BY MAIL | |

1. I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION.
2. I SERVED THE FOLLOWING, DECLARATIONS IN SUPPORT OF MOTIONS TO DISMISS, ET AL...
3. I SERVED A COPY OF THE DOCUMENTS 7-23-2019 (DATE) AS FOLLOWS,

   [X] BY MAIL: I SERVED THE DOCUMENTS BY ENCLOSING THEM IN AN ENVELOPE AND DEPOSITING THE SEALED ENVELOPE WITH THE UNITED STATES POSTAL SERVICE WITH THE POSTAGE FULLY PREPAID TO THE PERSON(S) SHOWN BELOW:

   UNITED STATES DISTRICT COURT
   ATTN: HONORABLE JAMES O. BROWNING
   333 LOMAS BLVD NW
   ALBUQUERQUE, NEW MEXICO 87102

4. I AM
   [X] NOT A REGISTERED NEW MEXICO PROCESS SERVER.
5. MY NAME, ADDRESS, TELEPHONE NUMBER.
   PAUL G. CARRILLO, JR.
   6503 KARLSON DR. N.E.
   ALBUQUERQUE, NEW MEXICO 87113    505-917-7777
6. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEW MEXICO THAT THE FOREGOING IS TRUE AND CORRECT,
   DATE: 7-23-2019

OFFICIAL SEAL
Derk A Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 9-11-22

PAUL G. CARRILLO, JR.
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

PROOF OF SERVICE BY MAIL

```
 1           UNITED STATES DISTRICT COURT
 2                     FOR THE
 3              DISTRICT OF NEW MEXICO
 4
 5   UNITED STATES OF AMERICA,  | DATE:
 6           PLAINTIFF           |
 7                               |
 8   VS                          | DECLARATION IN SUPPORT OF
 9                               | MOTIONS TO DISMISS, ET AL...
10                               |
11   MICHAEL JAMES NISSEN,       | CASE #  19 77 JB
12           DEFENDANT           |
13                               |
14                               |
15                               |
16       GREETINGS AND SALUTATIONS,
17          I MICHAEL J. NISSEN, DEFENDANT IN
18   THE ABOVE ENTITLED ACTION, HEREBY GIVES
19   THIS VOLUNTARY DECLARATION AND SO DECLARES
20   THE FOLLOWING —
21          THY FEDERAL UNITED STATES
22   CONSTITUTION IS THE SUPREME LAW OF THE
23   LAND. AS STATED IN STATUTORY WRITTEN LAW
24   OF THE FEDERAL PREAMBLE ARTICLE VI. IT
25   CLEARLY STATES THAT
26          1) I SHALL ENJOY LEGAL SUPERIORITY
27   OVER ANY CONFLICTING PROVISION OF A
28   STATE CONSTITUTION OR LAW. THIS INCLUDES
```

THE STATE OF DISTRICT OF COLUMBIA. THE FEDERAL STATE OR GOVERNMENT/CORPORATION, WHICH ALL JUDGES IN EVERY STATE ARE BOUND TO, REGARDLESS OF STATE LAW TO THE CONTRARY. FEDERAL STATUTES ARE AS DEFINED IN THE BLACKS LAW DICTIONARY, OR BALLENTINES LAW LIBRARY, UNDER "UNCONSTITUTIONAL STATUTE", IS AS FOLLOWS, A SELF CONTRADICTING EXPRESSION, SINCE A STATUTE IN CONFLICT WITH THE FEDERALLY PROTECTED UNITED STATES CONSTITUTION, IS NOT LAW. IT IS WHOLLY VOID AND AS INOPERATIVE IN LEGAL CONTEMPLATION, AS IF IT HAD NEVER BEEN PASSED. NOTWITHSTANDING IT, HAS THE FORM AND NAME OF LAW.

2) WHEN A STATUTE IS ADJUDGED TO BE UNCONSTITUTIONAL, IT IS AS IF IT HAD NEVER BEEN. RIGHTS CANNOT BE BUILT UP UNDER IT. CONTRACTS WHICH DEPEND UPON IT FOR THEIR CONSTRUCTION ARE VOID. IT CONSTITUTES A PROTECTION TO NO ONE WHO HAS ACTED UNDER IT. NO ONE CAN BE PUNISHED FOR HAVING REFUSED OBEDIENCE TO IT, BEFORE THE DECISION WAS MADE. WHAT IS TRUE OF AN ACT VOID IN TOTO (SIC), IS TRUE ALSO AS TO ANY PART OF AN ACT WHICH IS FOUND TO BE UNCONSTITUTIONAL.

1 WHICH CONSEQUENTLY IS TO BE REGARDED AS
2 HAVING NEVER AT ANY TIME BEEN PASSED AND
3 IN LEGAL EFFECT.
4    3) AS USED IN THE UNITED STATES
5 CODE, THE TERM "UNCONSTITUTIONAL", HAS
6 REFERENCE TO THE FEDERALLY PROTECTED
7 UNITED STATES CONSTITUTION, NOT A STATE
8 CONSTITUTION. 16 AM J2D CONST L §177;
9 RERAHRER (CC KAN) 43 F 556.3, ANNO; 83
10 L. ED 1195.
11    THE FIRST FEDERALLY PROTECTED
12 AMENDMENT IN THE BILL OF RIGHTS OF
13 THE UNITED STATES CONSTITUTION STATES,
14 "CONGRESS SHALL MAKE NO LAW RESPECTING
15 AN ESTABLISHMENT OF RELIGION, OR
16 PROHIBITING THE FREE EXERCISE THEREOF;
17 OR ABRIDGING THE FREEDOM OF SPEECH, OR
18 OF THE PRESS; OR THE RIGHT OF THE
19 PEOPLE PEACEABLY TO ASSEMBLE, AND TO
20 PETITION THE GOVERNMENT FOR A REDRESS
21 OF GRIEVANCES". IN ADDITION, THE KEY
22 WORD USED IN THE FIRST AMENDMENT IS
23 "ABRIDGING" WHICH NO FEDERAL STATUTE
24 CAN SUPERCEDE OR HAVE SUPERIOR RULE
25 OVER THE FEDERALLY PROTECTED UNITED
26 STATES CONSTITUTION. MY FEDERAL RIGHTS
27 ARE BLANTENTLY AND SHAMEFULLY BEING
28 EXTORTED FROM MY IN-PERSONAM.

under unconstitutional federal statutes, which are wholly VOID AND AS INOPERATIVE IN LEGAL CONTEMPLATION, AS IF IT HAD NEVER BEEN PASSED, NOTWITHSTANDING IT HAS THE FORM AND NAME OF LAW.

IN REGARDS TO THE MOTION TO DISMISS THE INDICTMENT DUE TO LACK OF JURISDICTION, IS JURISDICTION OF SUBJECT MATTER AND THE PREPONDERENCE OF EVIDENCE LACKING IN THE FOLLOWING, CASE LAW;
UNITED STATES V. OXENDINE, 531 F.2D 957, 957 (9th CIR 1976), A CONVICTION FOR FEDERAL EXTORTION UNDER SECTION 875(c) WHICH REQUIRES, INTERSTATE COMMUNICATIONS, AND PROOF THAT THE THREATING COMMUNICATION WAS ACTUALLY TRANSMITTED ACROSS STATE LINES. MY CELL PHONE NUMBER (505) 819-1806 ON CALLER ID, CLEARLY STATES MY CALL WAS MADE FROM ALBUQUERQUE, NM, TO A (505) PHONE NUMBER IN ALBUQUERQUE, NM IN BERNALILLO COUNTY. THE PHONE CALL SHOULD NOT BE CONSTRUED AS MY INTENTIONAL USING A REPEATER IN BELLVUE, WA, OR PLANO, TX, AS TWO SO CALLED CALL SUMMARY'S ALLEDGE. THIS IS BEYOND MY CONTROL WHEN A CELL PHONE CARRIER TAKES IT UPON THEMSELVES TO ROUTE CALLS ACROSS STATE LINES.

1  I WAS FORCED OR ENTRAPED WITHOUT MY
2  PRESENT KNOWLEDGE, OR CONSENT TO INTEND
3  TO CROSS STATE LINES OF THE UNION,
4  WHICH ARE NOT FEDERAL TERRITORY,
5  STATES OR LINES IN FEDERAL POSSESSION
6  UNDER UNCONSTITUTIONAL STATUTES.
7  FEDERALLY PROTECTED UNITED STATES
8  CONSTITUTION PROTECTS MY EQUAL
9  RIGHTS OF PROTECTION, DUE PROCESS OF
10 LAW FROM THESE EGREGIOUS VIOLATIONS
11 WITHOUT MY CONSENT, KNOWLEDGE OR
12 INTENT. THIS IS CLEARLY FEDERAL
13 GOVERNMENT/CORPORATION INTRUSION.
14 THEY ARE USING VOID AND INOPERATIVE
15 LEGAL LAW AGAINST ME AS THE
16 DEFENDANT. MY FEDERALLY PROTECTED
17 RIGHTS UNDER THE ENACTED LAWS OF THE
18 UNITED STATES CONSTITUTION ARE BEING
19 MALFEASOUSLY VIOLATED AND DISREGARDED
20 AT MY EXPENSE. MY DUE PROCESS OF
21 LAW IS ALSO BEING VIOLATED BY A
22 HEINOUS, GROTESQUE DE FACTO COMPETENT
23 COURT.
24        IN CLOSING MOTIONS TO DISMISS
25 ALLEDGED INDICTMENTS, IN VIOLATION
26 OF FREEDOM OF SPEECH, LACK OF JURISDICTION
27 SHOULD BE DISMISSED WITH PREJUDICE.
28 I HAVE NOT COMMITTED OR VIOLATED

ANY FEDERALLY PROTECTED CONSTITUTIONAL ENACTED LAWS, WHICH I AM GUARNTEED. I HAVE EQUAL PROTECTION UNDER THE FEDERAL UNITED STATES CONSTITUTION. THE PROSECUTION CANNOT PROVE ITS CASE BY A PREPONDERENCE OF THE EVIDENCE MUCH LESS BEYOND A REASONABLE DOUBT. THE PROSECUTION HAS VIOLATED ENACTED LAWS OF THE FEDERALLY PROTECTED CONSTITUTION. THEREFORE MOTIONS TO DISMISS INDICTMENTS WITH PREJUDICE SHOULD BE GRANTED AND SET FORTHWITH.

I, MICHAEL J. NISSEN, THE DEFENDANT, DOES DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE UNITED STATES CONSTITUTION, THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND ABILITY

SIGNED THIS __23__ DAY OF _July_, 2019, IN MILAN, CIBOLA COUNTY, NEW MEXICO, IN THE UNITED STATES OF AMERICA.

RESPECTFULLY SUBMITTED,

MICHAEL J. NISSEN ▶ _[signature]_
DEFENDANT

OFFICIAL SEAL
Derk A Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 9-11-22

Pg 6 of 6