IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
           Plaintiff, )
vs. ) Case No.: 19-CR-77-JB
**MICHAEL NISSEN**, )
           Defendant. )

## UNITED STATES' AMENDED EXHIBIT LIST

The United States respectfully submits its list of trial exhibits in the above-referenced matter, without waiving the right to utilize different or additional exhibits should the need arise:

1. Sworn, Signed statement by Michael Nissen;

2. Phone call #1 of November 2, 2018 to NMSP Dispatch.

    a. Transcript of Phone call #1 of November 2, 2018.

3. Phone call #2 of November 2, 2018 to NMSP Dispatch.

    a. Transcript of Phone call #2 of November 2, 2018.

4. Phone call #3 of November 2, 2018 to NMSP Dispatch.

    a. Transcript of Phone call #3 of November 2, 2018.

5. Phone call of November 26, 2018 to NMSP with Officer Cordova.

    a. Transcript of Phone call of November 26, 2018 to NMSP.

6. Samsung Galaxy Note 5 phone.

7. T-Mobile records for Michael Nissen (including certification).

8. Video #1 of Nissen December 11, 2018 at NMSP.

9. Video #2 of Nissen December 11, 2018 at NMSP.

10. Trespass notice to Nissen from NMSP, December 11, 2018.

11. Firearms seized from Nissen December 19, 2018.

12. Dictionary Definition – "hyperbole;"

13. Lyrics to "One More Minute," by "Weird" Al Yankovic, 1985;

The electronic filing of this document in CM/ECF caused a copy to be served electronically on Kenneth Gleria, Esq., and Jack Mkhitarian, Esq., counsel for Defendant.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically Submitted August 1, 2019*
PAUL J. MYSLIWIEC
ALEXANDER M.M. UBALLEZ
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico  87103
(505) 224-1471