UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

# Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.** CR 19-77JB    **DATE:** August 1, 2019

**TITLE:** *USA v. Michael Nissen*

**COURTROOM CLERK:** C. Bevel    **COURT REPORTER:** Mary Seal

**COURT IN SESSION:** 4:03PM-5:35PM    **TOTAL TIME:** 1 HR 32 MIN

**TYPE OF PROCEEDING:** 55 MOTION to Dismiss, 46 First MOTION in Limine, *404B Notice and Notice of Res Gestae Evidence*

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Paul Mysliwiec, Alex Uballez    Ken Gleria, Jack Mkhitarian

**PROCEEDINGS:**

4:03pm   Court in session, counsel enter appearances, defendant present in custody.

4:05pm   Supervisory Deputy US Marshal Cozart addresses Court regarding defendant's lack of cooperation, recommendation to keep defendant in shackles during trial.

4:07pm   Court responds with concerns of defendant's behavior while in shackles during trial. Requests alternative available.

4:09pm   Supervisory Deputy US Marshal Cozart references use of the bandit. Continues to recommend use of shackles during trial.

4:12pm   Mr. Mysliwiec responds, wants to play the recorded phone calls for this Court before the Court makes a final decision.

4:13pm   Court to call Supervisory Deputy Marshal Cozart back at the end of the hearing.

4:14pm   Court gives parties preliminary ruling on Motion in Limine [Doc. 46]. Inclined to grant in part and deny in part.

4:28pm    Mr. Mysliwiec responds. Proffers Officer Bird's testimony.

4:33pm    Mr. Gleria responds, prefers narrow version.

4:37pm    Court recommends Mr. Mysliwiec lead Officer Bird's testimony on traffic stop. Yes, no, open ended questions. Then done with traffic stop.

4:38pm    Counsel agree.

4:38pm    Mr. Mysliwiec turns to search warrant issue.

4:48pm    Mr. Gleria responds. References jury instruction, objects to revolver coming into evidence.

4:51pm    Court is inclined to agree to keep revolver out.

4:52pm    Mr. Mysliwiec responds, argues for revolver coming into evidence.

4:53pm    Mr. Gleria responds.

4:54pm    Court will think about it more, however for now, revolver will not come in.

4:56pm    Mr. Mysliwiec addresses bomb scare.

4:58pm    Court indicates prejudice on this issue goes way up.

4:59pm    Mr. Gleria does not want bomb scare coming in, unrelated incident, 403 issue.

5:06pm    Mr. Mysliwiec plays video exhibit 9.

5:07pm    Court will take under advisement, prejudice is so much, not inclined to let bomb threat in.

5:08pm    Mr. Mysliwiec addresses defendant's pro se filing, Motion to Dismiss for Lack of Jurisdiction.

5:16pm    Mr. Mkhitarian responds, argues in opposition.

5:19pm    Mr. Mysliwiec responds, could introduce T-Mobile records.

5:20pm    Mr. Mkhitarian agrees.

5:20pm    Court addresses and cautions defendant regarding filing pro se documents.

5:22pm   Court returns to shackle on defendant during trial.

5:22pm   Mr. Mysliwiec addresses Court, USM has a duty to protect defendants and the public. Defers to USM.

5:25pm   Court addresses Supervisory Deputy Marshal Cozart regarding putting the electronic unit on defendant.

5:26pm   Supervisory Deputy Marshal Cozart responds, recommends shackles, defendant has to be cooperative when putting bandit on.

5:26pm   Mr. Gleria responds.

5:27pm   Court will use shackles, and will use curtain around both tables. Reminds counsel to remain seated so that jury does not see defendant is shackles.

5:33pm   Counsel have nothing further.

5:34pm   Court directs counsel to be present by 8:30 a.m. on Tuesday morning. Counsel should contact the court if they do need anything on Monday.

5:35pm   Court in recess.