IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) Case No.: 19-CR-77-JB
)
**MICHAEL NISSEN**, )
)
    Defendant. )

## UNITED STATES' SECOND AMENDED EXHIBIT LIST

The United States respectfully submits its list of trial exhibits in the above-referenced matter, without waiving the right to utilize different or additional exhibits should the need arise. There are no new exhibits in this version. Rather, some past exhibits have been removed, and the remaining exhibits have been re-ordered to be less confusing in JERS:

1. Phone call #1 of November 2, 2018 to NMSP Dispatch;
    a. Transcript of Phone call #1 of November 2, 2018;
2. Phone call #2 of November 2, 2018 to NMSP Dispatch;
    a. Transcript of Phone call #2 of November 2, 2018;
3. Phone call #3 of November 2, 2018 to NMSP Dispatch;
    a. Transcript of Phone call #3 of November 2, 2018;
4. Phone call of November 26, 2018 to NMSP with Officer Cordova;
    a. Transcript of Phone call of November 26, 2018 to NMSP;
5. T-Mobile records for Michael Nissen (including certification);
6. Dictionary Definition – "hyperbole;"

7. Lyrics to "One More Minute," by "Weird" Al Yankovic, 1985;

8. Samsung Galaxy Note 5 phone (physical exhibit);

9. Firearm(s) (physical exhibit(s)).

The electronic filing of this document in CM/ECF caused a copy to be served electronically on Kenneth Gleria, Esq., and Jack Mkhitarian, Esq., counsel for Defendant.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically Submitted August 5, 2019*
PAUL J. MYSLIWIEC
ALEXANDER M.M. UBALLEZ
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 224-1471