FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 13 2019
MITCHELL R. ELFERS
CLERK

GREETINGS,

GOOD DAY TO THE CLERK OF THE COURT. I AM WRITING AND REQUESTING TO IMPOSE UPON THE CLERK OF THE COURT TO HAVE THE LEGAL FORMS 28 U.S.C § 2255 SENT TO MICHAEL J. NISSEN SO THAT HE CAN GET STARTED WITH THE INITIAL PHASE OF FILLING OUT THE MOTION TO BE PRESENTED TO THE FEDERAL DISTRICT COURT IN A TIMELY AND FASHIONABLE MANNER.

ALSO INCLUDED IS A REQUEST OR CHANGE OF ADDRESS THAT WILL BE LISTED BELOW SO MR MICHAEL J NISSEN WILL RECIEVE ALL LEGAL CORRESPONDENCES DIRECTLY FROM THE FEDERAL DISTRICT COURT. MR MICHAEL J. NISSEN SINCERELY AND GREATLY APPRECIATES YOUR TIME ON THIS MATTER. MR MICHAEL J. NISSEN LOOKS FOWARD TO RECIEVING SAID FORMS IN A TIMELY AND PROPER MANNER.

NEW ADDRESS LISTED BELOW;          RESPECTFULLY SUBMITTED

*Michael J Nissen*
08/09/2019

MR MICHAEL J. NISSEN
REGISTER NO: 02508151
CIBOLA COUNTY CORRECTIONS CENTER
POST OFFICE BOX, 3540
MILAN, NEW MEXICO 87021

P.S - A FORM FOR A DIRECT APPEAL OF JUDGEMENT AND SENTENCE TO UNITED STATES COURT OF APPEALS. THANK YOU!

MR MICHAEL NISSEN AND CO.
REGISTER NO: 02508151
POST OFFICE BOX, 3540
MILAN, NM 87021

Legal Mail

ALBUQUERQUE NM 870
12 AUG '19
PM 3 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 13 2019
MITCHELL R. ELFERS
CLERK

DISTRICT OF NEW MEXICO
UNITED STATES COURTHOUSE
333 LOMAS BLVD NW
ALBUQUERQUE, NM 87102

87102-227299

Barn Swallow
FOREVER USA
ZIP 87021
000365
AUG 12 2019
$000.00