| ATTORNEY OR DEFENDANT WITHOUT ATTORNEY (NAME, ADDRESS) | RESERVED FOR CLERKS FILE STAMP |
|---|---|
| MR MICHAEL J NISSEN<br>REGISTER NO: 02508151<br>P.O BOX, 3540<br>CIBOLA COUNTY CORRECTIONS CENTER<br>MILAN, NM 87021 | **FILED**<br>UNITED STATES DISTRICT COURT<br>ALBUQUERQUE, NEW MEXICO<br><br>AUG 26 2019<br><br>MITCHELL R. ELFERS<br>CLERK |
| UNITED STATES DISTRICT COURT<br>ATTN: HONORABLE JAMES O' BROWNING<br>333 LOMAS BLVD NW<br>ALBUQUERQUE, NM 87102 | |
| DEFENDANT; MICHAEL J. NISSEN 03/08/1965 | |
| PROOF OF SERVICE BY MAIL | 19cr77-JB |

1) I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION.

2) I SERVED THE FOLLOWING: LETTER REGARDING TEMINATION OF INEFFECTIVE LEGAL COUNSEL, KEN GLERIA & ASSOCIATES

3) I SERVED A COPY OF THE DOCUMENTS ON 8/23/2019 (DATE) AS FOLLOWS,
☑ BY MAIL; I SERVED THE DOCUMENTS BY ENCLOSING THEM IN AN ENVELOPE AND DEPOSITING THE SEALED ENVELOPE WITH THE UNITED STATES POSTAL SERVICE WITH THE POSTAGE FULLY PREPAID TO THE ADDRESS SHOWN BELOW:
    UNITED STATES DISTRICT COURT
    ATTN: HONORABLE JAMES O' BROWNING
    333 LOMAS BLVD NW
    ALBUQUERQUE, NM 87102

4) I AM:
☑ NOT A REGISTERED NEW MEXICO PROCESS SERVER.

5) MY NAME, ADDRESS, TELEPHONE NUMBER,
    PAUL G. CARRILLO, JR
    P.O. BOX 3540
    2000 CIBOLA LOOP
    MILAN, NEW MEXICO 87021    (505) 507-4153

6) I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEW MEXICO THAT THE FOREGOING IS TRUE AND CORRECT: DATE: 8/23/2019

PAUL G. CARRILLO, JR.
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

PROOF OF SERVICE BY MAIL

GREETINGS AND SALUTATIONS,

YOUR HONORABLE JAMES O' BROWNING. I COME BEFORE YOU IN A LETTER TO AFFRIMATIVELY SPEAK MY TRUTH ABOUT MY DEFENSE COUNSEL AND THEIR OBVIOUS AGREGIOUSLY TREACHEROUS TREASON IN SUBORDINATION OF LAUNCHING AN EFFECTIVE COLLATERAL ATTACK IN MY DEFENSE AGAINST THE UNITED STATES GOVERNMENT. WITH THE GIVEN AND SUBSTANTIAL EVIDENCE WITHIN THE UNITED STATES DISTRICT ATTORNEYS DISCOVERY IN MY FAVOR, MY DEFENSE COUNSEL KEN GLERIA AND ASSOCIATES FAILED TO PRESENT EVIDENCE IN SUPPORT OF MR MICHAEL J. NISSEN. DEFENSE COUNSEL DISREGARDED FOLLOWING MY PRECISE INSTRUCTIONS ON PRESENTING THE EVIDENCE GUARANTEED WITHIN THE UNITED STATES CONSTITUTION OF THE SIXTH CONSTITUTIONAL AMENDMENT WHICH STATES THEY ARE MY ASSISTANCE OF COUNSEL FOR MY DEFENSE AT TRIAL. DEFENSE ATTORNEY KEN GLERIA AND ASSOCIATES FAILED MISERABLY IN FOLLOWING THE CODES OF CONDUCT DEVELOPED BY THE AMERICAN BAR ASSOCIATION WHICH HAVE GOVERNED THE CONDUCT OF ATTORNEYS SINCE THE CANONS OF PROFESSIONAL ETHICS WAS ADOPTED IN 1908. IN OTHER WORDS,

THE MODEL CODE OF PROFESSIONAL RESPONSIBILITY WAS BLANTENTLY AND SHAMEFULLY VIOLATED AGAINST MY WILL AND CONSENT. I MICHAEL J. NISSEN DUE SOLEMLY SWEAR TO FOLLOW UP AND REPORT THESE MALFEASOUSLY AND GROTESQUE DEFENSE ATTORNEY'S OF KEN GLERIA AND ASSOCIATES TO THE NEW MEXICO DISCIPLINARY BOARD OF THE SUPREME COURT OF NEW MEXICO FOR THEIR INEFFECTIVE ASSISTANCE OF COUNSEL GUARANTEED TO ALL NON CITIZEN NATIONALS OF THE STATE OF THE UNION BY THE SIXTH CONSTITUTIONAL AMENDMENT. I AM A CONSTITUTIONAL PATRIOT PURSUANT TO 8 U.S.C $1452. IM GOING TO TERMINATE THEIR SERVICES IMMEDIATELY COME MONDAY 08/12/2019.

IN CLOSING I ASK FOR THIS, THAT DEFENSE ATTORNEY KEN GLERIA AND ASSOCIATES TO BE RELEASED OF THEIR CURRENT DUTIES AND ASK THE COURT TO ASSIGN NEW COUNSEL, PREFERABLY A CONTRACT ATTORNEY BY THE NAME OF AHMED ASSED TO FINISH THE CURRENT CASE AT HAND. I WILL NOT CONSENT TO BEING COOPERATIVE WITH SUCH

ARE "PUBLIC OFFICERS" OF THE UNITED STATES PARTICIPATING IN FEDERAL FRANCHISES, BECAUSE THE TAX IS UPON THE "TRADE OR BUSINESS" FRANCHISE.

SHOULD YOU OR ANY OTHER RECIPIENT OF THIS MEMORANDUM HAVE EVIDENCE IN YOUR POSSESSION CONTRADICTING ANY OF THE ABOVE, IT IS REQUESTED THAT YOU IMMEDIATELY AND TIMELY PRESENT AND ENTER SAID EVIDENCE ON THE RECORD SO THAT IT CAN PROMPTLY AND PERMANENTLY BE REBUTTED AND RESCINDED.

RESPECTFULLY SUBMITTED

DATE: 08/22/2019 *[signature]*

MICHAEL J. NISSEN

Paul G. Carrillo
03343151
CCCC
P.O. Box 3540
Milan, New Mexico, 87021

Legal Mail
[signature]

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 26 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
ATTN: HONORABLE JAMES O' BROWNING
333 LOMAS BLVD NW
ALBUQUERQUE, NM 87102

87102-2274710


Barn Swallow