**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 0 4 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL J. NISSEN

(PETITIONER)

V.                                          CASE #:

1:19 - CR - 00077 - JB

UNITED STATES OF AMERICA

(RESPONDANT)


MOTION FOR APPOINTMENT OF COUNSEL


NOW COMES, THE PETITIONER, MICHAEL J. NISSEN,

PURSUANT TO 28 U.S.C. § 1915 RESPECTFULLY MOVES

THIS HONORABLE COURT TO DECLARE HIM INDIGENT

AND TO APPOINT COUNSEL TO DEFEND HIM ON

THE CAUSE PENDING IN THIS COURT UNDER

28 U.S.C. § 2241.

IN SUPPORT THEREOF, THE PETITIONER,

STATES AS FOLLOW:

1. AS INDICATED IN THE AFFIDAVIT OF
INDIGENCY FILED HEREWITH, MR MICHAEL J.
NISSEN IS UNABLE TO AFFORD AN ATTORNEY
TO REPRESENT HIM AT TRIAL AND, ACCORDINGLY,
REQUESTS THAT HE BE DECLARED INDIGENT
AND THAT COUNSEL BE APPOINTED TO REPRESENT
HIM.

WHEREFORE, THE PETITONER, MR MICHAEL
J. NISSEN RESPECTFULLY URGES THIS HONORABLE
COURT TO DECLARE HIM INDIGENT AND TO
APPOINT COUNSEL TO REPRESENT HIM ON.
28 U.S.C. § 2241.

RESPECTFULLY SUBMITTED,

DATE: 08/30/2019    _michael J Nissen_

MICHAEL J. NISSEN

| | |
|---|---|
| ATTORNEY OR DEFENDANT WITHOUT ATTORNEY (NAME, ADDRESS)<br>MICHAEL J. NISSEN<br>P.O.W. # 02508151<br>P.O. BOX, 3540<br>CORE CIVIC CONCENTRATION CAMP<br>MILAN, NEW MEXICO 87021 | RESERVED FOR CLERKS<br>FILE STAMP |
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW MEXICO<br>ATTN: CLERK OF THE COURT<br>333 LOMAS BLVD NW<br>ALBUQUERQUE, NEW MEXICO 87102 | |
| DEFENDANT; MICHAEL J. NISSEN 03/08/1965 | |
| PROOF OF SERVICE BY MAIL | |

1) I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION.

2) I SERVED THE FOLLOWING: MOTION FOR APPOINTMENT OF COUNSEL

3) I SERVED A COPY OF THE DOCUMENTS ON 08/30/2019 AS FOLLOW
(DATE)

☑ BY MAIL; I SERVED THE DOCUMENTS BY ENCLOSING THEM IN AN ENVELOPE AND DEPOSITING THE SEALED ENVELOPE WITH THE UNITED STATES POSTAL SERVICE WITH THE POSTAGE FULL PREPAID TO THE ADDRESS SHOWN BELOW:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ATTN: CLERK OF THE COURT
333 LOMAS BLVD NW
ALBUQUERQUE, NEW MEXICO 87102

4) I AM:

☑ NOT A REGISTERED NEW MEXICO PROCESS SERVER.

5) MY NAME, ADDRESS, TELEPHONE NUMBER

PAUL G. CARRILLO, JR.
6503 KARLSON DR. NE
ALBUQUERQUE, N.M. 87113

OFFICIAL SEAL
STEPHANIE RAMSEY
Notary Public
State of New Mexico
My Commission Expires 5/2/1

6) I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEW MEXICO THAT THE FOREGOING IS TRUE AND CORRECT: DATE: 08/30/2019

PAUL G. CARRILLO, JR.
(TYPE OR PRINT NAME OF PERSON)
WHO SERVED THE PAPERS

(SIGNATURE OF PERSON WHO
SERVED THE PAPERS)

PROOF OF SERVICE BY MAIL

PAUL CARILLO
R.G.W.# 03313151
P.O. BOX, 3540
CORE CIVIC CONCENTRATION CAMP
MILAN, NEW MEXICO 87021

*Legal Mail*
*M*

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 04 2019

MITCHELL R. ELFERS
CLERK

ALBUQUERQUE
NM 880

03 SEP '19
PM 3 L

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ATTN: CLERK OF THE COURT
333 LOMAS BLVD NW
ALBUQUERQUE, NEW MEXICO 87102

87102-2274470

Barn Swallow

FRANK

8/20/19

*Legal Mail*

FSC
MIX
Envelope
FSC® C137131

FRANKLIN D. ROOSEVELT POSTAL LAW. (FEDERAL)
                                              DEFACTO

WHY DOESN'T CORE CIVIC CONCENTRATION CAMP
ABHERE TO FEDERAL LAW? "UNITED STATES" (SINGULAR)

DISTRICT OF COLUMBIA IS A FOREIGN STATE,
UNCONSTITUTIONAL 1ST & 23RD CONSTITUTIONAL AMENDMENTS
                                VIOLATION

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT