# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  No. CR 19-77 JOB

MICHAEL NISSEN,

    Defendant.

## ORDER

THIS MATTER having come before the Court upon motion of Kenneth A. Gleria, attorney, and Jack Mkhitarian, attorney, to withdraw as counsel for the Defendant, and the Court being otherwise fully advised in the premises, and for good cause shown, FINDS that it is well taken,

IT IS THEREFORE ORDERED that Kenneth A. Gleria and Jack Mkhitarian be and hereby is granted leave of the Court to withdraw as counsel for Michael Nissen, and that they are relieved of further responsibility for representation of Michael Nissen.

IT IS FURTHER ORDERED that the United States Magistrate Judge shall appoint substitute counsel to represent Michael Nissen in this matter pursuant to the Criminal Justice Act.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted on August 21, 2019 by:
Kenneth A. Gleria, Attorney

# Carolyn Wright

| | |
|---|---|
| **From:** | Mysliwiec, Paul (USANM) <Paul.Mysliwiec@usdoj.gov> |
| **Sent:** | Thursday, August 22, 2019 8:34 AM |
| **To:** | kgleria45_comcast.net; NMDdb_Proposed Text Browning |
| **Cc:** | Hakop Mkhitarian; Uballez, Alexander M, (USANM) |
| **Subject:** | RE: Proposed Order/Text: U.S.A. v. Michael Nissen, No. CR 19-77 JOB |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

In case it is important to anyone, the United States takes no position on this motion, other than to note that Mr. Gleria and Mr. Mkhitarian have provided legally and rhetorically excellent, thorough, and zealous representation to Mr. Nissen the whole time they've been on this case.

Paul Mysliwiec

-----Original Message-----
From: Kenneth Gleria <kgleria45@comcast.net>
Sent: Wednesday, August 21, 2019 1:36 PM
To: NMDdb_Proposed Text Browning Gov <browningproposedtext@nmd.uscourts.gov>
Cc: Hakop Mkhitarian <jackmk@icloud.com>; Mysliwiec, Paul (USANM) <PMysliwiec@usa.doj.gov>; Uballez, Alexander M, (USANM) <AUballez@usa.doj.gov>
Subject: Proposed Order/Text: U.S.A. v. Michael Nissen, No. CR 19-77 JOB

Dear Judge Browning, Attached please find proposed Order regarding the First Motion to Withdraw as Counsel filed today in U.S.A. v. Michael Nissen, No. CR 19-77 JOB. Thank you and please contact me if there are any questions regarding this matter. Kenneth Gleria, attorney for Michael Nissen

1