IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL NISSEN,

      Defendant.                No. 19-cr-00077-JB

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

**COMES NOW** the Defendant, Michael Nissen, by and through his attorney, Susan M. Porter, and respectfully moves this Court to continue the sentencing hearing in this matter that is currently set for December 13, 2019.  As grounds for this motion, Defendant states as follows:

    1.    On September 17, 2019, Ms. Porter was appointed as counsel to represent Mr. Nissen in all post-trial proceedings.

    2.    In order to effectively represent Mr. Nissen at sentencing, on or about September 20, 2019, counsel requested a transcript of the trial testimony.

    3.    Counsel did not receive the requested transcripts until the late afternoon of December 5, 2019.

    4.    Counsel for defendant needs additional time to read the trial transcripts, write a sentencing memo, potentially make objections to the presentence report and address the government's objections to the presentence report.

    5.    Assistant United States Attorney Paul Mysliwiec does not oppose this motion.

6. United States Probation Officer Michael Bartholomew does not oppose this motion.

**WHEREFORE**, Defendant Michael Nissen respectfully requests that this Court continue the sentencing hearing that is currently set for December 13, 2019 and reset it for a date on or after January 18, 2020.

Respectfully submitted,

*/s/ Susan M. Porter*
SUSAN M. PORTER
908 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 312-7742 telephone
(651) 602-3655 facsimile

*Attorney for Michael Nissen*

I hereby certify that on December 5, 2019, the foregoing Unopposed Motion to Continue Sentencing Hearing was filed electronically through the CM/ECF system, which caused said motion to be electronically distributed to all persons entitled to service.

*/s/ Susan M. Porter*