FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 30 2019
MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
FOR NEW MEXICO

UNITED STATES OF AMERICA          DATE: 12/27/2019
(PLAINTIFF)

VS                                CASE# 1:19-CR-00077-JB

MICHAEL J. NISSEN
(DEFENDANT)

MOTION FOR DISCOVERY OF GRAND JURY MINUTES

NOW COMES MICHAEL J. NISSEN, (HEREINAFTER, DEFENDANT), DEFENDANT RESPECTFULLY MOVES THIS HONORABLE COURT, PURSUANT TO RULES 6, 12 AND 16 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, FOR AN ORDER REQUIRING THAT THE FOLLOWING MATTERS RELEVANT TO THE GRAND JURY BE DISCLOSED FORTHWITH:

1. THE NAMES AND ADDRESSES OF ALL ATTORNEYS FOR THE GOVERNMENT APPEARING BEFORE, PRESENTING EVIDENCE TO, OR MAKING STATEMENTS TO, THE GRAND JURY.

2. A STATEMENT AS TO WHETHER ANY

UNSWORN WITNESSES OR UNAUTHORIZED PERSONS WERE PRESENT IN THE GRAND JURY ROOM.

3. A STATEMENT AS TO WHEN THE GRAND JURY FIRST COMMENCED ITS DUTIES, AND A COPY OF ANY DOCUMENTS OR ORDERS RELATING TO OR EXTENDING ITS LEGAL AUTHORITY OR TERM.

4. A TRANSCRIPT OF THE GRAND JURY MINUTES.

DATE: 12/27/2019

RESPECTFULLY SUBMITTED,

*Michael J Nissen* (signature)

MICHAEL J. NISSEN, (DEFENDANT)

OFFICIAL SEAL
Stephanie Woodard
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10/22/2023

*Stephanie Woodard* (signature)

MICHAEL NISSEN
P.O.W. # 02508151
P.O. BOX 3540
CIBOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 30 2019
MITCHELL R. ELFERS
CLERK

"FRANK"

ALBUQUERQUE
NM 870
27 DEC '19
PM 2 L

CLERK OF,
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF N.M.
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102

US POSTAGE >> PITNEY BOWES
ZIP 87021
02 1W
0003630663 DEC 27 2019
$000.00°

Barn Swallow

"FRANK"

87102-227470