UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes
Before the Honorable James O. Browning

| | | | |
|---|---|---|---|
| **CASE NO.** | 19-CR-77-JB | **DATE:** | January 15, 2020 |

**TITLE:**    *USA v Nissen*

**COURTROOM CLERK:**  J. Wright          **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**  9:10AM-9:59AM     **TOTAL TIME:**  49 MINUTES

**TYPE OF PROCEEDING:**  MOTION TO WITHDRAW AS COUNSEL [DOC. 100]
                        MOTION FOR DISCOVERY [DOC. 98]

**COURT RULING:**   MOTION TO WITHDRAW AS COUNSEL [DOC. 100]-GRANTED
                    MOTION FOR DISCOVERY [DOC. 98] – WILL BE RESET

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 Susan Porter                                Paul Mysliwiec

**PROCEEDINGS:**

9:10AM   COURT IN SESSION; COUNSEL ENTER APPEARANCES; DEFENDANT APPEARS IN CUSTODY.

9:11AM   GOVERNMENT IS READY TO PROCEED TO SENTENCING AND DISCUSS HIS OBJECTIONS TO PSR.

9:12AM   MS PORTER HAS MADE AN EFFORT TO DISCUSS THE PSR AND OBJECTIONS WITH DEFENDANT BUT DEFENDANT HAS REFUSED TO MEET WITH ATTORNEY.  MS. PORTER BELIEVES SHE AND THE DEFENDANT ARE AT AN IMPASSE.

9:20AM   COURT ASKS IF GOVERNMENT SHOULD BE REMOVED; DEFENDANT STATES IT IS OKAY WITH HIM TO HAVE THE GOVERNMENT PRESENT. DEFENDANT'S SISTER, KIMBERLY NISSEN, ADDRESSES THE COURT WITH HER CONCERNS REGARDING WHAT SHE BELIEVES WAS INEFFECTIVE ASSISTANCE OF COUNSEL AT TRIAL. SHE ALSO BELIEVES MS. PORTER

|       |                                                                                                                                   |
|-------|-----------------------------------------------------------------------------------------------------------------------------------|
|       | HAS NOT MADE EFFORTS TO HELP HER BROTHER.                                                                                         |
| 9:26AM | COURT DESCRIBES THE APPEAL PROCESS AND INEFFECTIVE ASSISTANCE OF COUNSEL AND THE JUDGMENT TO DEFENDANT AND HIS SISTER. COURT EXPLAINS EVERYONE MUST WORK TOGETHER TO CONCLUDE THE CASE SO THAT DEFENDANT CAN APPEAL . |
| 9:29AM | SISTER CONTINUES TO VOICE HER FRUSTRATION. DEFENDANT STATES HE IS CURRENTLY IN PROTECTIVE CUSTODY. |
| 9:33AM | COURT ASKS MR. NISSEN TO DISCUSS HIS POSITION ON CHANGE OF COUNSEL. |
| 9:34AM | DEFENDANT STATES HIS POSITION; HE STATES HE HASN'T REFUSED TO SEE MS. PORTER. HE STATES HE TRIED TO DISCUSS WITH MS. PORTER REGARDING HIS FILING OF MOTIONS AND THE SENTENCING MEMORANDUM. |
| 9:43AM | DEFENDANT WANTS HIS MOTIONS FILED. DEFENDANT STATES HE CANNOT WORK WITH MS. PORTER. |
| 9:44AM | MS. PORTER DISCUSSES HER POSITION, STATING THAT THE DEFENDANT HAD CHOSEN NOT TO MEET WITH MS. PORTER. |
| 9:6AM | GOVERNMENT DOES NOT BELIEVE THAT MS. PORTER AND DEFENDANT CAN GET ALONG; HE STATES HE BELIEVES THAT MS. NISSEN HAS REPRESENTED THE FACTS AS SHE UNDERSTANDS THEM AND THAT MS. PORTER IS DOING THE SAME. GOVERNMENT BELIEVES THAT MR. NISSEN AND HIS SISTER DO NOT ACTUALLY UNDERSTAND MS. PORTER NOT FILING CONSTITUTIONAL THEORIES. |
| 9:50AM | COURT GRANTS MOTION TO WITHDRAW AS COUNSEL. |
| 9:54AM | COURT DISCUSSES APPOINTMENT OF NEW COUNSEL. |
| 9:59AM | COUNSEL HAVE NOTHING FURTHER; COURT STANDS IN RECESS. |