FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 15 2020
MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
OF THE 10th CIRCUIT IN NEW MEXICO

DATE: _____

| UNITED STATES OF AMERICA | |
|---|---|
| (PLAINTIFF) | |
| | |
| VS~ | CASE # 1:19-CR-77-JB |
| | |
| MICHAEL J. NISSEN | |
| (DEFENDANT) | |

## MOTION FOR LEAVE TO AMEND BY ADDENDUM

GREETINGS,

NOW COMES THE DEFENDANT, MICHAEL J. NISSEN, HEREINAFTER IN THE ABOVE ENTITLED ACTION, RESPECTFULLY MOVES THE HONORABLE COURT ON A MOTION FOR LEAVE TO AMEND BY ADDENDUM.

THE DEFENDANT WISHES TO SEEK AN ADDENDUM TO DEFENDANTS DECLARATION IN SUPPORT OF MOTIONS TO DISMISS ET AL... ON PAGE FOUR LINE SEVENTEEN OF DECLARATION, DEFENDANT WISHES TO INSERT, [4 U.S.C. § 116-126] "MOBILE TELECOMMUNICATIONS SOURCING ACT" DEFINITION AS FOLLOWS: "PRIMARY USE IS IN NEW MEXICO IF; 1) THE MOBILE TELECOMMUNICATIONS SERVICES ORIGINATE,

AND TERMINATE IN THE SAME STATE, REGARDLESS, OF WHERE THE SERVICE ORIGINATE, TERMINATE, OR PASS THROUGH. "HOME SERVICE PROVIDER," "MOBILE TELECOMMUNICATIONS SERVICES," "CUSTOMER," AND "PLACE OF PRIMARY USE," HAVE THE MEANING GIVEN IN THE FEDERAL "MOBILE TELECOMMUNICATIONS SOURCING ACT." SECTION [4 U.S.C. § 125], "IF A COURT OF COMPETENT JURISDICTION ENTERS A FINAL JUDGEMENT ON THE MERITS THAT, 1) ARE BASED ON FEDERAL LAW, AND 2) IS NO LONGER SUBJECT TO APPEAL; AND 3) SUBSTANTIALLY LIMITS OR IMPAIRS THE ESSENTIAL ELEMENTS OF SECTION 116 THROUGH 126 OF THIS TITLE, THEN SECTION 116 THROUGH 126 OF THIS TITLE ARE INVALID AND HAVE NO LEGAL EFFECT AS OF THE DATE OF ENTRY OF SUCH JUDGEMENT."

IN CONTINUENCE TO [47 U.S.C. § 153] "COMMON CARRIERS," OR CARRIER MEANS ANY PERSON ENGAGED AS A COMMON CARRIER FOR HIRE, IN "INTERSTATE" OR "FOREIGN" COMMUNICATION BY WIRE OR RADIO OR "INTERSTATE" OR "FOREIGN" RADIO TRANSMISSION OF ENERGY, EXCEPT WHERE REFERENCE IS MADE TO COMMON CARRIER NOT SUBJECT TO THIS CHAPTER IN TITLE II OF THE FCA. CONGRESS FURTHER PROVIDED THAT ALL CHARGES FOR COMMUNICATION SERVICES "SHALL BE JUST AND REASONABLE AND ANY SUCH CHARGE, PRACTICE, CLASSIFICATION, OR "REGULATION", THAT IS

SUBJECT OR UNREASONABLE IS HEREBY DECLARED TO BE "UNLAWFUL". HENCE, BY ENACTING TITLE II OF THE FCA, CONGRESS IS UNLAWFUL.

ALL CHARGES, PRACTICES, CLASSIFICATIONS AND "REGULATIONS" FOR AND IN CONNECTION WITH SUCH COMMUNICATIONS SERVICE, SHALL BE JUST AND REASONABLE, AND ANY SUCH CHARGE, PRACTICE, CLASSIFICATION, OR "REGULATION" THAT IS UNJUST OR UNREASONABLE IS HEREBY DECLARED TO BE "UNLAWFUL": PROVIDED, THAT COMMUNICATIONS BY WIRE OR RADIO SUBJECT TO THIS ACT MAY BE CLASSIFIED INTO DAY, NIGHT, REPEATED, UNREPEATED, LETTER, COMMERCIAL PRESS, GOVERNMENT AND SUCH OTHER CLASSES ET AL...

WHEREFORE, THE DEFENDANT PRAYS FOR AN ORDER OF THE COURT FOR COMPLETE DISMISSAL OF COUNTS I AND II OF THIS INFORMATION AND GRANT SUCH FUTHER RELIEF AS THE COURTS DEEM JUST AND PROPER IN THE INTEREST OF JUSTICE AND IN ACCORDANCE WITH THE SUPREME LAW OF THE LAND TO WIT THE UNITED STATES CONSTITUTION INCLUDING ITS ARTICLES AND AMENDMENTS AND MAY GOD BLESS AMERICA.

DATE: 01/14/2020

RESPECTFULLY SUBMITTED,

_Michael J. Nissen_

MICHAEL J. NISSEN
(DEFENDANT)

OFFICIAL SEAL
Stephanie Woodard
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10/22/2023

Pg 3 of 3

| ATTORNEY OR DEFENDANT WITHOUT ATTORNEY (NAME, ADDRESS) | RESERVED FOR CLERKS |
|---|---|
| MICHAEL J. NISSEN <br> #02508151 <br> P.O. BOX 3540 <br> CORE CIVIC CORRECTIONS CENTER <br> MILAN, NM 87021 | **FILED** <br> UNITED STATES DISTRICT COURT <br> ALBUQUERQUE, NEW MEXICO <br> JAN 15 2020 <br> MITCHELL R. ELFERS <br> CLERK |
| UNITED STATES DISTRICT COURT <br> ATTN: HONORABLE JAMES O' BROWNING <br> 333 LOMAS BLVD, NW <br> ALBUQUERQUE, NM 87102 | |
| DEFENDANT: MICHAEL J. NISSEN 03/08/1965 | |
| PROOF OF SERVICE BY MAIL | CASE # <br> 1:19-CR-77-JB |

1) I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION.
2) I SERVED THE FOLLOWING: MOTION FOR LEAVE TO AMEND BY ADDENDUM

3) I SERVED A COPY OF THE DOCUMENTS ON 01/14/2020 AS FOLLO[WS]
   ☒ BY MAIL; I SERVED THE DOCUMENTS BY ENCLOSING THEM I[N] AN ENVELOPE AND DEPOSITING THE SEALED ENVELOPE WITH THE UNITED STATES POSTAL SERVICE WITH THE POSTAGE FULL[Y] PREPAID TO THE ADDRESS SHOWN BELOW:

   UNITED STATES DISTRICT COURT
   ATTN: HONORABLE JAMES O" BROWNING
   333 LOMAS BLVD, NW
   ALBUQUERQUE, NM 87102

4) I AM:
   ☒ NOT A REGISTERED NEW MEXICO PROCESS SERVER.

5) MY NAME, ADDRESS, TELEPHONE NUMBER
   PAUL G. CARRILLO, JR.
   6503 KARLSON DR. NE
   ALBUQUERQUE, N.M. 87113

6) I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW[S] OF THE STATE OF NEW MEXICO THAT THE FOREGOING IS TRUE AND CORRECT. DATE: 01/14/2020

PAUL G. CARRILLO, JR.
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

OFFICIAL SEAL
STEPHANIE RAMSEY
Notary Public
State of New Mexico
My Commission Expires 5/24/21

PROOF OF SERVICE BY MAIL

MICHAEL J. NISSEN
P.O.W #0250815)
P.O. Box 3540
CIBOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021

Legal-
Mail

ALBUQUERQUE NM 870
14 JAN '20
PM 3 L

"FRANK"

Barn Swallow

"FRANK"

Clerk of the,
UNITED STATES DISTRICT COURT
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 15 2020

MITCHELL R. ELFERS
CLERK

87102-227470

Legal-
Mail