UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
(PLAINTIFF)

VS ~

MICHAEL J. NISSEN
(DEFENDANT)

MOTION TO DISMISS INFORMATION ON TWO COUNTS OF CONVICTION FOR LACK OF JURISDICTION

CASE #1:19-CR-00077-JB

## MOTION TO DISMISS INFORMATION ON TWO COUNTS OF CONVICTION FOR LACK OF JURISDICTION

NOW COMES, MICHAEL J. NISSEN, DEFENDANT, (HEREIN-AFTER, DEFENDANT) IN THE ABOVE ENTITLED ACTION, RESPECTFULLY MOVES THIS HONORABLE COURT TO DISMISS INFORMATION OF COUNTS I AND II ON THE FOLLOWING GROUNDS:

1) COUNTS I AND II OF THE INDICTMENT AND CONVICTIONS ALLEGE INSUFFICIENT FACTS TO CONSTITUTE AN OFFENSE AGAINST THE LAWS OF THE UNITED STATES.

2) COUNTS I AND II ALLEGE FACTS OVER WHICH

1. THIS COURT HAS NO JURISDICTION OR VENUE.

3) COUNTS I AND II CHARGE THE SAME OFFENSE AND IF DEFENDANT IS PROSECUTED UNDER EACH COUNT HE WOULD BE TWICE PLACED IN JEOPARDY AND COULD BE TWICE CONVICTED FOR THE SAME OFFENSE IN VIOLATION OF THE DOUBLE JEOPARDY PROVISION OF AMENDMENT 5 OF THE UNITED STATES CONSTITUTION.

4) ON OR ABOUT 18th DAY OF DECEMBER, 2018 THIS DEFENDANT WAS NEVER NOTIFIED OR SUBPOENAED AND NEVER COMPELLED TO APPEAR BEFORE THE GRAND JURY BY THE UNITED STATES ATTORNEY WHILE THE UNITED STATES ATTORNEY AND THE GRAND JURY WERE INVESTIGATING DEFENDANT'S CONDUCT FOR ALLEGED OFFENSES AGAINST THE LAWS OF THE UNITED STATES, INCLUDING VIOLATIONS OF THE UNCONSTITUTIONAL STATUTES CITED IN THE INFORMATION. THE UNCOMPELLED APPEARANCE OF DEFENDANTS [sic] BEFORE THE GRAND JURY WHILE THE GRAND JURY AND THE UNITED STATES ATTORNEY WERE INVESTIGATING HIS CONDUCT, THE FAILURE TO ADVISE OR WARN DEFENDANT THAT HE WAS BEING INVESTIGATED, AND THE USE OF ANY AND ALL EVIDENCE OBTAINED DIRECTLY OR INDIRECTLY FROM THIS APPEARANCE IS VIOLATIVE OF DEFENDANTS PRIVILEGES AGAINST SELF-INCRIMINATION UNDER THE FIFTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

THERE IS A MISJOINDER OF DEFENDANTS AND OFFENSES IN THE INDICTMENT.

5) THIS COURT LACKS SUBJECT MATTER JURISDICTION BECAUSE THE STATUTES UNDER WHICH DEFENDANT IS CHARGED IN COUNTS I AND II OF THE INDICTMENT CANNOT LAWFULLY BE APPLIED EXTRATERRITORIALLY.

6) THE STATUTES UNDER WHICH THE DEFENDANT IS CHARGED AND CONVICTED IN COUNTS I AND II OF THE INDICTMENT ARE AN INVALID EXERCISE OF CONGRESSIONAL POWER IN VIOLATION OF THE COMMERCE CLAUSE OF THE UNITED STATES CONSTITUTION.

7) THE STATUTES UNDER WHICH THE DEFENDANT IS CHARGED AND CONVICTED IN COUNT I AND II OF THE INDICTMENT IMPERMISSIBLY CRIMINALIZES MERE THOUGHT ABSENT ANY CRIMINAL INTENT OR ANY OVERT STEP IN FUTHERANCE OF CRIMINAL INTENT.

WHEREFORE, THE DEFENDANT RESPECTFULLY REQUESTS THIS HONORABLE COURT:
A) DISMISS INFORMATION ON COUNTS I AND II
B) GRANT SUCH OTHER AND FUTHER RELIEF AS MAY BE JUST AND PROPER.

RESPECTFULLY SUBMITTED,

DATED: 01/22/2

MICHAEL J. NISSEN
(DEFENDANT)

OFFICIAL SEAL
Birdie Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10-22-200?

Pg 3 of 3

OFFICIAL SEAL
Birdie Jones
NOTARY PUBLIC-State of New Mexico

```
ATTORNEY OR DEFENDANT WITHOUT ATTORNEY (NAME, ADDRESS)
MICHAEL J. NISSEN
02508151
P.O. BOX 3540
CORE CIVIC CORRECTIONS CENTER
MILAN, NM 87021

UNITED STATES DISTRICT COURT
333 LOMAS BLVD NW
ALBUQUERQUE, NM 87102

DEFENDANT: MICHAEL J. NISSEN  03/08/1965

PROOF OF SERVICE BY MAIL
```

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 24 2020

MITCHELL R. ELFERS
CLERK

CASE #
1:19-CR-00077-JB

1) I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION.

2) I SERVED THE FOLLOWING: MOTION TO DISMISS INFORMATION ON TWO COUNTS OF CONVICTION FOR LACK OF JURISDICTION

3) I SERVED A COPY OF THE DOCUMENTS ON 01/24/2020 AS FOLLOWS (DATE)
☒ BY MAIL; I SERVED THE DOCUMENTS BY ENCLOSING THEM IN AN ENVELOPE AND DEPOSITING THE SEALED ENVELOPE WITH THE UNITED STATES POSTAL SERVICE WITH THE POSTAGE FULLY PREPAID TO THE ADDRESS SHOWN BELOW:
   UNITED STATES DISTRICT COURT
   333 LOMAS BLVD NW
   ALBUQUERQUE, NM 87102

4) I AM:
☒ NOT A REGISTERED NEW MEXICO PROCESS SERVER.

5) MY NAME, ADDRESS, TELEPHONE NUMBER
   PAUL G. CARRILLO, JR.
   6503 KARLSON DR. N.E.
   ALBUQUERQUE, N.M. 87113

OFFICIAL SEAL
STEPHANIE RAMSEY
Notary Public
State of New Mexico
My Commission Expires 5/22/1

6) I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEW MEXICO THAT THE FOREGOING IS TRUE AND CORRECT:    DATE: 01/24/2020

PAUL G. CARRILLO, JR.
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

PROOF OF SERVICE BY MAIL

MICHAEL NISSEN
PCW 02S0815 1
P.O. Box 3540
CIBOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021

*Legal Mail*

ALBUQUERQUE NM 870
23 JAN '20
PM 3 L

UNITED STATES DISTRICT COURT
333 LOMAS BLVD
ALBUQUERQUE, NM 87102

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
RECEIVED
JAN 24 2020
MITCHELL R. ELFERS
CLERK

*Legal Mail*

"FRANK"
US POSTAGE ▶ PITNEY BOWES
000.00¢
Barn Swallow
NOV 23 20
"FRANK"

87102-227470

LEGAL MAIL  01/23/2020 MJN

DEFACTO DESPOTIC FEDERAL CROWN COURT.

CLERK OF THE COURT,
SEND COURT STAMPED COPIES
TO RETURN ADDRESS.

