**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 24 2020

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA | DATE: 01/22/2020 |
| (PLAINTIFF) | |
| | |
| VS ~ | MOTION FOR JUDGEMENT OF ACQUITTAL AFTER GUILTY VERDICT, OR, IN THE ALTERNATIVE, FOR A NEW TRIAL. |
| MICHAEL J. NISSEN | |
| (DEFENDANT) | |
| | |
| | CASE # 1:19-CR-00077-JB |

## MOTION FOR JUDGEMENT OF ACQUITTAL AFTER GUILTY VERDICT, OR, IN THE ALTERNATIVE, FOR A NEW TRIAL.

NOW COMES, MICHAEL J. NISSEN, THE DEFENDANT (HEREINAFTER, DEFENDANT) IN THE ABOVE ENTITLED ACTION, RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT JUDGEMENT OF ACQUITTAL AFTER GUILTY VERDICT, OR, IN THE ALTERNATIVE, FOR A NEW TRIAL, FOR THE FOLLOWING:

1) THE VERDICT IS CONTRARY TO THE WEIGHT OF THE EVIDENCE

2) THE VERDICT IS NOT SUPPORTED BY SUBSTANTIAL EVIDENCE.

3) THE COURT ERRED IN DENYING THE DEFENDANTS MOTION TO DISMISS COUNTS I AND II OF THE INDICTMENT.

4) THE COURT ERRED IN ITS DENIAL OF THE DEFENDANTS MOTION TO INSPECT THE GRAND JURY MINUTES.

5) THE COURT ERRED IN ITS DENIAL OF THE DEFENDANTS MOTION FOR A BILL OF PARTICULARS.

6) THE COURT ERRED IN DENYING THE DEFENDANTS MOTION FOR ACQUITTAL MADE AT THE CONCLUSION OF THE EVIDENCE.

7) THE COURT ERRED IN DENYING THE MOTION OF DEFENDANT, FOR A DIRECTED ACQUITTAL AS A MATTER OF LAW, SINCE THE EVIDENCE PERTAINING TO HIM CONSISTED MERELY OF THE UNCORROBORATED TESTIMONY OF ACCOMPLICE'S IN A CONSPIRACY TO VIOLATE DEFENDANTS CIVIL RIGHTS.

8) THE DEFENDANT WAS DEPRIVED OF A FAIR TRIAL AND SUBSTANTIALLY PREJUDICED BY THE PRETRIAL ACTIVITIES OF THE UNITED STATES ATTORNEY.

9) AS A MATTER OF LAW THERE WAS REASONABLE DOUBT AS TO THE DEFENDANT'S GUILT.

10) IN THE EVENT OF DENIAL OF THE DEFENDANTS

1   MOTION FOR A JUDGEMENT OF ACQUITTAL AS TO ALL
2   COUNTS ON WHICH A VERDICT OF GUILTY WAS
3   RETURNED, FOR A NEW TRIAL PURSUANT TO RULE
4   33 OF THE FEDERAL RULES OF CRIMINAL
5   PROCEDURE ON EACH COUNT ON WHICH ACQUITTAL
6   IS DENIED, FOR THE FOLLOWING REASONS:
7
8       A) THE COURT ERRED IN DENYING THE
9   DEFENDANTS MOTION FOR ACQUITTAL MADE AT
10  THE CONCLUSIONS OF THE GOVERNMENTS CASE,
11  AND AT THE CONCLUSION OF THE TOTAL CASE, AS
12  A RESULT OF WHICH EXCESSIVE AND UNNECESSARY
13  ISSUES WERE SUBMITTED TO THE JURY, RESULTING
14  IN THEIR CONFUSION AND RESULTING IN THE
15  DEFENDANT NOT HAVING A FAIR TRIAL EVEN AS
16  TO THOSE COUNTS, IF ANY, ON WHICH THERE WAS
17  SUFFICIENT EVIDENCE TO GO TO THE JURY.
18
19                      RESPECTFULLY SUBMITTED
20  DATED: 01/22/2020    _Michael J. Niss_
21                      MICHAEL J. NISSEN
22                          (DEFENDANT)

OFFICIAL SEAL
Birdie Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10-22-2023

ATTORNEY OR DEFENDANT WITHOUT ATTORNEY (NAME, ADDRESS)
MICHAEL J. NISSEN
02508151
P.O. BOX 3540
CIBOLA COUNTY CORRECTIONS CENTER
MILAN, NM 87021
    UNITED STATES DISTRICT COURT
    333 LOMAS BLVD NW
    ALBUQUERQUE, NM 87102

RESERVED FOR CLERKS
FILE STAMP
RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 24 2020

MITCHELL R. ELFERS
CLERK oↄ

DEFENDANT; MICHAEL J. NISSEN 03/08/1965

PROOF OF SERVICE BY MAIL

CASE #
1:19-CR-00077-JB

1) I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION.

2) I SERVED THE FOLLOWING: MOTION FOR JUDGEMENT OF ACQUITTAL AFTER GUILTY VERDICT, OR, IN THE ALTERNATIVE FOR A NEW TRIAL.

3) I SERVED A COPY OF THE DOCUMENTS ON 01/24/2020 AS FOLLOW
(DATE)
☑ BY MAIL; I SERVED THE DOCUMENTS BY ENCLOSING THEM IN AN ENVELOPE AND DEPOSITING THE SEALED ENVELOPE WITH THE UNITED STATES POSTAL SERVICE WITH THE POSTAGE FULL PREPAID TO THE ADDRESS SHOWN BELOW:
    UNITED STATES DISTRICT COURT
    333 LOMAS BLVD NW
    ALBUQUERQUE, NM 87102

4) I AM:
☑ NOT A REGISTERED NEW MEXICO PROCESS SERVER.

5) MY NAME, ADDRESS, TELEPHONE NUMBER
    PAUL G. CARRILLO, JR.
    6503 KARLSON DR. NE
    ALBUQUERQUE, N.M. 87113

OFFICIAL SEAL
STEPHANIE RAMSEY
Notary Public
State of New Mexico
My Commission Expires 5/12/1

6) I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEW MEXICO THAT THE FOREGOING IS TRUE AND CORRECT: DATE: 01/24/2020

PAUL G. CARRILLO, JR.
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

PROOF OF SERVICE BY MAIL

MICHAEL NISSEN
P.O.W. 02508151
P.O. BOX 3540
CIBOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021

Legal
Mail

CLERK OF;
UNITED STATES DISTRICT COURT
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 4 2020

MITCHELL R. ELFERS
CLERK

87102-2274470

ALBUQUERQUE
NM 870
23 JAN 20
PM 2 L

"FRANK"

Barn Swallow

U.S. POSTAGE
PITNEY BOWES

000.00
23 20

"FRANK"

Legal
Mail
S

LEGAL MAIL 01/23/2020 MJJN

DEFACTO FEDERAL CROWN COURT
23RD Constitutional Amendment
Repealed August, 1978

CLERK OF THE COURT,
SEND COURT STAMPED COPIES TO RETURN
ADDRESS.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

FSC
MIX
Envelope
FSC® C137131