FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 27 2020
MITCHELL R. ELFERS
CLERK /m/

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA  DATE: 01/24/2020
(PLAINTIFF)

VS ~

MICHAEL J. NISSEN
(DEFENDANT)

MOTION FOR ACQUITTAL, OR TO DISMISS INFORMATION OF TWO COUNTS FOR PROSECUTORIAL MISCONDUCT

CASE #1:19-CR-00077-JB

## MOTION FOR ACQUITTAL, OR TO DISMISS INFORMATION OF TWO COUNTS FOR PROSECUTORIAL MISCONDUCT

NOW COMES MICHAEL J. NISSEN, THE DEFENDANT, (HEREIN-AFTER, DEFENDANT), IN THE ABOVE ENTITLED ACTION, RESPECTFULLY MOVES THIS COURT FOR AN ORDER OF ACQUITTAL OR DISMISSING THE INFORMATION OF COUNTS I AND II AGAINST HIM. IN SUPPORT THEREOF, THE DEFENDANT STATES AS FOLLOWS:

1) ARTICLE I, SECTION 10, OF THE UNITED STATES CONSTITUTION, EX POST FACTO LAWS ARE ILLEGAL. THE UNITED STATES CONSTITUTION IS THE SUPREME LAW OF THE LAND. ALL STATUTES, INCLUDING 18 U.S.C. § 875(c) ARE IN PURSUANCE

THEREOF. THEREFORE DEFENDANTS CHARGES AND CONVICTION OF STATUTE 18 U.S.C. § 875(c) IS EX POST FACTO LAW AND ILLEGAL AND UNLAWFUL UNDER THE UNITED STATES CONSTITUTION.

2) THE ORGANIC ACT IS AN ACT OF CONGRESS CONFERRING POWERS OF GOVERNMENT UPON A TERRITORY. A STATUTE BY WHICH A MUNICIPAL CORPORATION IS ORGANIZED AND CREATED IS ITS "ORGANIC ACT" AND THE LIMIT OF ITS POWER, SO THAT ALL ACTS BEYOND THE SCOPE OF THE POWERS THERE GRANTED ARE VOID.

3) EVERY COUNT OF THE INFORMATION SHOULD BE DISMISSED BECAUSE THE PROSECUTION WAS BROUGHT SELECTIVELY AND FOR AN IMPROPER PURPOSE

4) PRESENTING IMPROPER AND EXTRANEOUS MATERIAL TO THE GRAND JURY IF ANY.

5) THE EVIDENCE UPON WHICH THE GRAND JURY INDICTMENT IS BASED ON IS AN ILLEGAL, FACT LAGGING PROSECUTORIAL MISCONDUCT PRESUMPTION OF A CALL LOG WHICH ISN'T SUFFICIENT TO SUPPORT SUBJECT MATTER JURISDICTION OVER THE IN PERSONAM OF DEFENDANT TO BRING FORTH AN INDICTMENT OF TWO COUNTS RELATED TO

INTERSTATE AND FOREIGN COMMERCE.

6) BREACHING THE VEIL OF SECRECY IN RELEASING TO THE PUBLIC AND PRESS MATTERS WHICH WERE BEFORE THE GRAND JURY IF ANY.

7) INDICTMENT OF GRAND JURY IF ANY, LACKS GRAND JURY FOREPERSON SIGNATURE WHICH IS REQUIRED FOR CONSTITUTIONALITY UNDER FEDERAL CRIMINAL PROCEDURE RULE 6(c) OF GRAND JURY.

8) CONSTITUTIONAL DUE PROCESS AND EQUAL PROTECTION OF LAW UNDER THE FIRST, FOURTH, FIFTH, SIXTH, EIGHTTH, NINETH, TENTH, ELEVENTH, FOURTEENTH CONSTITUTIONAL AMENDMENTS, BILL OF RIGHTS, DEFENDANTS CIVIL RIGHTS ALL GUARANTEED ARE AND WERE EGRESIOUSLY VIOLATED BY PROSECUTORIAL MISCONDUCT OF THE UNITED STATES DISTRICT ATTORNEY AND DEPUTY ATTORNEY.

WHEREFORE, DEFENDANT PRAYS THAT THIS HONORABLE COURT DOES WHAT IS MORALLY AND ETHICALLY CORRECT OF PROFESSIONAL CONDUCT AND ACQUITS OR DISMISSES THE INFORMATION OF THE CRIMINAL CONVICTION AGAINST HIM ON ANY ONE OR ALL OF THE GROUNDS SET OUT HEREIN-BEFORE.

1  DATED: 01/24/2020     RESPECTFULLY SUBMITTED,
2                        *Michael J Nissen*
3                        MICHAEL J. NISSEN
4                        (DEFENDANT)
5
6                        OFFICIAL SEAL
                         Stephanie Woodard
                         NOTARY PUBLIC-State of New Mexico
7                        My Commission Expires 10/22/2023
8                        *S. Woodard*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pg 4 of 4

| ATTORNEY OR DEFENDANT WITHOUT ATTORNEY (NAME, ADDRESS) | RESERVED FOR CLERKS FILE STAMP |
|---|---|
| MICHAEL J. NISSEN<br>02508151<br>P.O. BOX 3540<br>CIBOLA COUNTY CORRECTIONS CENTER<br>MILAN, NM 87021 | |
| UNITED STATES DISTRICT COURT<br>333 LOMAS BLVD NW<br>ALBUQUERQUE, NM 87102 | |
| DEFENDANT: | |
| PROOF OF SERVICE BY MAIL | |

1) I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION.
2) I SERVED THE FOLLOWING: MOTION TO ACQUITT, DISMISS INFORMATION FOR PROSECUTORIAL MISCONDUCT

3) I SERVED A COPY OF THE DOCUMENTS ON 01/24/2020 AS FOLLO[WS]
   ☒ BY MAIL; I SERVED THE DOCUMENTS BY ENCLOSING THEM I[N] AN ENVELOPE AND DEPOSITING THE SEALED ENVELOPE WITH THE UNITED STATES POSTAL SERVICE WITH THE POSTAGE FULL[Y] PREPAID TO THE ADDRESS SHOWN BELOW:
   UNITED STATES DISTRICT COURT
   333 LOMAS BLVD NW
   ALBUQUERQUE, NM 87102

4) I AM:
   ☒ NOT A REGISTERED NEW MEXICO PROCESS SERVER.

5) MY NAME, ADDRESS, TELEPHONE NUMBER
   PAUL G. CARRILLO, JR.
   6503 KARLSON DR. NE
   ALBUQUERQUE, NM 87113

6) I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW. OF THE STATE OF NEW MEXICO THAT THE FOREGOING IS TRUE AND CORRECT: DATE: 01/24/2020

PAUL G. CARRILLO, JR.
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

OFFICIAL SEAL
STEPHANIE RAMSEY
Notary Public
State of New Mexico
My Commission Expires 5/27/1

PROOF OF SERVICE BY MAIL

MICHAEL NISSEN
P.S.W 02508151
P.O. BOX 3540
CIBOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021



"FRANK"

ALBUQUERQUE
NM 870
24 JAN '20
PM 4 L

CLERK OF,
UNITED STATES DISTRICT COURT
333 LOMAS BLVD,
ALBUQUERQUE, NM

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 27 2020
MITCHELL R. ELFERS
CLERK

87102-227470

LEGAL MAIL 01/23/2020 MJN

Clerk of the Court,
Please send copies of court stamped motions
back to sender at return address