Case 1:19-cr-00077-JB   Document 112   Filed 02/06/20   Page 1 of 7

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 06 2020
MITCHELL R. ELFERS
CLERK /mg

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
(PLAINTIFF)

VS.

MICHAEL J. NISSEN
(DEFENDANT)

DATE: 02/03/2020

NOTICE OF MOTION FOR ACQUITTAL, OVERTURN GUILTY VERDICT, OR, DISMISS INFORMATION OF CONVICTION OF COUNTS I AND II

CASE #1:19-CR-00077-JB

NOTICE OF MOTION FOR ACQUITTAL, OVERTURN GUILTY VERDICT, OR, DISMISS INFORMATION OF CONVICTION OF COUNTS I AND II.

NOW COMES, MICHAEL J. NISSEN, (HEREIN-AFTER DEFENDANT) IN THE ABOVE ENTITLED ACTION, RESPECTFULLY MOVES THE HONORABLE COURT TO CAREFULLY CONSIDER AN ORDER IN DEFENDANTS FAVOR OF THIS MOTION FOR HIS ACQUITTAL, OVERTURN GUILTY VERDICT, OR, DISMISS INFORMATION OF CONVICTION OF COUNTS I AND II.

IN THE HEREIN DEFENDANT WILL STATE HIS AFFIRMATIVE CONCLUSIONS AS TO WHY THE HONORABLE COURT SHOULD ORDER AN ACQUITTAL, OVERTURN GUILTY VERDICT, OR, DISMISS INFORMATION OF CONVICTION

OF COUNTS I AND II.

1) RELIGIOUS FREEDOM RESTORATION ACT ENACTED NOVEMBER 16, 1993 OF THE FEDERAL CIVIL RIGHTS ACTS.

2) THE PURPOSE OF THE RFRA OF 1993 IS (1) TO RESTORE THE COMPELLING INTEREST TEST AS SET FORTH IN SHERBERT V. VERNER, 374 U.S. 398; 10 L. ED. 2D 965; 83 S. CT. 1790 (1963) AND WISCONSIN V. YODER, 406 U.S. 205; 32 L. ED. 2D 15; 92 S. CT. 1526 (1972) AND TO GUARANTEE ITS APPLICATION IN ALL CASES WHERE FREE EXERCISE OF RELIGION IS SUBSTANTIALLY BURDENED, AND (2) TO PROVIDE A CLAIM OR DEFENSE TO PERSON WHOSE RELIGIOUS EXERCISE IS SUBSTANTIALLY BURDENED BY GOVERNMENT. [42 U.S.C. § 2000BB(B)].

(3) JUDICIAL RELIEF AND CLAIMS AND DEFENSES. THE ACT PROVIDES THAT A PERSON WHOSE RELIGIOUS EXERCISE HAS BEEN BURDENED IN VIOLATION OF THIS SECTION MAY ASSERT THAT VIOLATION AS A CLAIM OR DEFENSE IN A JUDICIAL PROCEEDING AND OBTAIN APPROPRIATE RELIEF AGAINST A GOVERNMENT. [42 U.S.C. § 2000BB-1(c)]

4) RETROACTIVE APPLICATION OF THE ACT "APPLIES" TO ALL FEDERAL AND STATE LAW, AND THE IMPLEMENTATION OF THAT LAW, WHETHER STATUTORY OR OTHERWISE, AND

WHETHER ADOPTED BEFORE OR AFTER THE ENACTMENT OF THIS ACT. [42 U.S.C. § 2000BB-3(A)]

5) THE CONSTITUTIONAL BACKDROP OF THE RIGHT-PRIVILEGE DISTINCTION. "RIGHTS EXIST PRIOR TO THE GOVERNMENT, THEY ARE NOT CREATED BY IT. INDIVIDUALS ARE THOUGHT OF AS POSSESSING THESE RIGHTS FROM BIRTH, BY VIRTUE OF THEIR HUMANITY OR AS ENTITLEMENTS OF NATURAL LAW OR, AS THOMAS JEFFERSON WROTE IN THE DECLARATION OF INDEPENDENCE, AS ENDOWMENTS FROM THE CREATOR.

6) THE LEGISLATIVE HISTORY OF THE HOUSE REPORT TO THE RELIGIOUS FREEDOM RESTORATION ACT EXPLAINED THE CONSTITUTIONAL AUTHORITY FOR CONGRESS TO ENACT THE LAW AS GROUNDED IN CONGRESS'S POWER TO ENFORCE THE FOURTEENTH AMENDMENT PURSUANT TO §5 OF THAT AMENDMENT: "FINALLY, THE COMMITTEE BELIEVES THAT CONGRESS HAS THE CONSTITUTIONAL AUTHORITY TO ENACT H.R. 1308. PURSUANT TO SECTION 5 OF THE FOURTEENTH AMENDMENT AND THE NECESSARY AND PROPER CLAUSE EMBODIED IN ARTICLE 1, SECTION 8 OF THE CONSTITUTION, THE LEGISLATIVE BRANCH HAS BEEN GIVEN THE AUTHORITY TO PROVIDE STATUTORY PROTECTION FOR A CONSTITUTIONAL VALUE WHEN THE SUPREME COURT HAS BEEN UNWILLING TO ASSERT ITS AUTHORITY. THE SUPREME COURT HAS REPEATEDLY UPHELD SUCH CONGRESSIONAL ACTION AFTER DECLINING TO FIND A CONSTITUTIONAL

1. PROTECTION ITSELF. HOWEVER LIMITS TO CONGRESSIONAL
2. AUTHORITY DO EXIST. CONGRESS MAY NOT (1) CREATE A
3. STATUTORY RIGHT PROHIBITED BY SOME OTHER PROVISION OF
4. THE CONSTITUTION, (2) REMOVE RIGHTS GRANTED BY THE
5. CONSTITUTION, OR (3) CREATE A RIGHT INCONSISTENT WITH
6. AN OBJECTIVE OF A CONSTITUTIONAL PROVISION. BECAUSE
7. H.R. 1308 IS WELL WITHIN THESE LIMITS. THE COMMITTEE
8. BELIEVES THAT IN PASSING THE RELIGIOUS FREEDOM
9. RESTORATION ACT, CONGRESS APPROPRIATELY CREATES A
10. STATUTORY RIGHT WITHIN THE PERIMETER OF ITS POWER.
11. [H.R. REP, NO. 88, 103D CONG., 1st SESS. (1993), CITING SOUTH
12. CAROLINA V. KATZENBACH, 383 U.S. 301 (1966); OREGON V.
13. MITCHELL, 400 U.S. 112 (1970); ROME V. UNITED STATES,
14. 446 U.S. 156 (1980); THORNBURG V. GINGLES, 478 U.S. 30 (1986)].
15. 
16.       WHEREFORE, THE DEFENDANT PRAYS FOR AN ORDER
17. OF THE COURT FOR ACQUITTAL, OVERTURN GUILTY VERDICT,
18. OR, DISMISSAL OF INFORMATION OF CONVICTION ON COUNTS
19. I AND II, AND GRANT SUCH FURTHER RELIEF AS THE COURTS
20. DEEM JUST, PROPER AND EQUITABLE IN THE INTEREST OF
21. JUSTICE, AND IN ACCORDANCE WITH THE SUPREME LAW OF
22. THE LAND TO WIT THE UNITED STATES CONSTITUTION
23. INCLUDING ITS ARTICLES, AND AMENDMENTS, AND
24. MAY GOD BLESS AMERICA.
25.                                          RESPECTFULLY SUBMITTED,
26. DATED: 02/03/2020          *Michael J Nissen*
27.                                          MICHAEL J. NISSEN
28.                                          (DEFENDANT)

OFFICIAL SEAL
Birdie Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10-22-2023

Pg 4 of 4

| ATTORNEY OR DEFENDANT WITHOUT ATTORNEY (NAME, ADDRESS) | RESERVED FOR CLERKS FILE STAMP |
|---|---|
| MICHAEL J. NISSEN<br>02508151<br>P.O BOX 3540<br>CIBOLA COUNTY CORRECTIONAL CENTER<br>MILAN, NM 87021 | |
| UNITED STATES DISTRICT COURT<br>333 LOMAS BLVD, NW<br>ALBUQUERQUE, NM 87102 | |
| DEFENDANT: MICHAEL J. NISSEN 03/08/1965 | |
| PROOF OF SERVICE BY MAIL | CASE #<br>1:19-CR-00077-JB |

1) I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION.

2) I SERVED THE FOLLOWING: NOTICE OF MOTION FOR ACQUITTAL, OVERTURN GUILTY VERDICT, OR, DISMISS INFORMATION OF CONVICTION OF COUNTS I AND II

3) I SERVED A COPY OF THE DOCUMENTS ON 02/03/2020 AS FOLLOW (DATE)
☑ BY MAIL; I SERVED THE DOCUMENTS BY ENCLOSING THEM IN AN ENVELOPE AND DEPOSITING THE SEALED ENVELOPE WITH THE UNITED STATES POSTAL SERVICE WITH THE POSTAGE FULL PREPAID TO THE ADDRESS SHOWN BELOW:

  UNITED STATES DISTRICT COURT
  333 LOMAS BLVD, NW
  ALBUQUERQUE, NM 87102

4) I AM:
☑ NOT A REGISTERED NEW MEXICO PROCESS SERVER.

5) MY NAME, ADDRESS, TELEPHONE NUMBER
  PAUL G. CARRILLO, JR.
  6503 KARLSON DR. NE
  ALBUQUERQUE, N.M. 87113

OFFICIAL SEAL
STEPHANIE RAMSEY
Notary Public
State of New Mexico
My Commission Expires 5/20/__

6) I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEW MEXICO THAT THE FOREGOING IS TRUE AND CORRECT: DATE: 02/03/2020

PAUL G. CARRILLO, JR.
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

PROOF OF SERVICE BY MAIL

MICHAEL NISSEN
02508151
P.O. BOX 3540
CISOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021

"FRANK"

ALBUQUERQUE
NM 870
05 FEB 20
PM 4 L

UNITED STATES DISTRICT COURT
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102
MITCHELL R. ELFERS
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 06 2020
MITCHELL R. ELFERS
CLERK

87102-227470



LEGAL MAIL 02/03/20