IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-077-JB |
| | ) | |
| MICHAEL NISSEN, | ) | |
| | ) | |
| Defendant. | ) | |

## **UNITED STATES' SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States respectfully moves the Court for an order continuing the sentencing hearing currently scheduled for March 23, 2020. Doc. 116. The undersigned Assistant United States Attorney expects to be on trial in Santa Fe all that week in the case of *United States v. Dashawn Robertson*, 17-CR-2949-MV. The United States could be available the week of March 16th, from April 1st through April 3rd, any time the week of April 6th, or any time the week of April 20th. The United States does not move to continue the motions hearing set for March 23, 2020, as AUSA Uballez is willing and able to represent the United States at that hearing. The filing of this motion in CM/ECF caused a copy to be served on counsel for Defendant, Joe M. Romero, Jr., Esq., who does not oppose the relief requested herein.

    Respectfully submitted,

    JOHN C. ANDERSON
    United States Attorney

    *Electronically filed February 26, 2020*
    PAUL J. MYSLIWIEC
    ALEXANDER M. M. UBALLEZ
    Assistant United States Attorneys
    Post Office Box 607
    Albuquerque, New Mexico 87103
    (505) 224-1521