FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 27 2020
MITCHELL R. ELFERS
CLERK

AFFIDAVIT OF AND BY MICHAEL J. NISSEN

TO THE HONORABLE CROWN COURT OF JUDGE JAMES O' BROWNING AND ALL OFFICERS OF THE COURT RELATED, CONNECTED, INVOLVED IN ANY FASHION OF JUDICIAL PROCESS INVOLVING CASE # 1:19-CR-00077-JB AND THE CURRENT MOTIONS, DO NOT HAVE MICHAEL J. NISSENS CONSENT TO ORAL ARGUEMENT WITHOUT MICHAEL J. NISSEN PRESENT IN PERSON WITHIN THE VENUE OF JUDGE JAMES O' BROWNING. MICHAEL J. NISSEN HAS NOT APPROVED OR CONSENTED TO HIS CURRENT ATTORNEY, BARRISTER, OR ESQUIRE MR. ROMERO HAVING OPEN ORAL ARGUEMENTS WITHOUT PRIOR DISCUSSION AND UPON AGREEMENT OR CONSENT TO REPRESENT WITHOUT ATTORNEY MR. ROMERO'S CLIENT IN THE VENUE OF THE HONORABLE JUDGE JAMES O' BROWNING. THE DEFENDANT, MICHAEL J. NISSEN HAS CONSTITUTIONAL RIGHTS OF DUE PROCESS AND EQUAL PROTECTION OF THE LAW AS GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES OF AMERICA. ATTORNEY, BARRISTER, ESQUIRE OF MICHAEL J. NISSEN, MR. ROMERO DOES NOT HAVE MY CONSENT TO BE ORALLY ARGUING MICHAEL J. NISSENS CURRENT MOTIONS BEFORE THE CROWN COURT OR OUTSIDE OF THE VENUE WITH ANY OFFICERS

OF THE COURT OF JUDGE JAMES O' BROWNING. TO THIS DATE OF 02/20/2020 OF THIS AFFIDAVIT, MR, ROMERO HAS COMMITTED PROFESSIONAL MALPRACTICE AGAINST THE CONSENT OF DEFENDANT MICHAEL J. NISSEN. THE DEFENDANT HASN'T AND WONT CONSENT TO ANY AGREEMENTS ATTORNEY MR, ROMERO HAS MADE WITH THIS CROWN COURT OR ANY OFFICERS OF THE COURT THEREOF; INCLUDING ANY AGREEMENTS MR, ROMERO HAS MADE WITH HIMSELF IN REGARDS TO MICHAEL J. NISSEN. ATTORNEY, BARRISTER, ESQUIRE MR, ROMERO HAS ALSO PRESUMPTIVELY CROSSED THE LINE OF CLIENT ATTORNEY CONFIDENTUAL PRIVILEGE WHICH DEFENDANT EXPRESSED ON RECORD TO THE CROWN COURT ON JANUARY 15, 2020. MR, ROMERO DOES NOT HAVE MY CONSENT TO CALL KIMBERLY NISSEN, NOR WAS HER PHONE NUMBER GIVEN TO HIM BY MICHAEL J. NISSEN. THE PREVIOUS ATTORNEY, BARRISTER, ESQUIRE SUSAN PORTER, IS CLEARLY VIOLATING HER PROFESSIONAL ETHICS OF MORAL CONDUCT AS IS MR, ROMERO. THIS CROWN COURT AND ALL OFFICERS OF THE COURT ARE HEREBY NOTIFIED WITHIN THIS AFFIDAVIT, THAT THEY ARE VIOLATING DEFENDANTS DUE PROCESS AND EQUAL PROTECTION OF THE LAWS, PRIVILEGES AND IMMUNITIES

GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES OF AMERICA. IN THIS HEREBEFORE AFFIDAVIT, DEFENDANT MICHAEL J. NISSEN SWEARS BY PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE. MAY GOD BLESS AMERICA.

RESPECTFULLY SUBMITTED,

DATED: 02/21/2020

*Michael J. Nissen*

MICHAEL J. NISSEN
(DEFENDANT)

CASE # 1:19-CR-00077-JB

OFFICIAL SEAL
Birdie Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10/22/2023

"MICHAEL NISSEN"
02508151
P.O. BOX 3540
CIBOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 27 2020
MITCHELL R. ELFERS
CLERK

ATTN: JUDGE JAMES O' BROWNING
UNITED STATES DISTRICT COURT
10th DISTRICT OF NEW MEXICO
CLERK OF THE COURT SUITE 270
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102

CASE #1:19-CR-00077-JB

87102-227470

"FRANK"