19-cr-77-JB
doc #113

**333 Lomas Blvd., N.W.**
**Albuquerque, New Mexico 87102**
OFFICIAL BUSINESS

NIXIE        851    00 1         02/26/20
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 87102227470         2104N05712Z-00286

Michael Nissen
P O Box 3540
Cibola County Correctional Center
Milan, NM 87021

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 02 2020

MITCHELL R. ELFERS
CLERK


RETURN TO SENDER
REASON CHECKED
Unable to ID/No inmate
Refused/Unapproved mail
Unsentenced/In custody
Name and # do not match
Out to court/Paroled

