FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 6 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                 Case No. 19-077-JB

MICHAEL NISSEN,

    Defendant.

### ORDER CONTINUING SENTENCING HEARING

THIS MATTER having come before the Court on the written, unopposed motion of the United States to continue the sentencing hearing in this case, and the Court being fully advised in the premises, FINDS that the motion is well taken and will be granted.

IT IS THEREFORE ORDERED that sentencing hearing in the above matter will be CONTINUED until a future date.

_____
UNITED STATES DISTRICT JUDGE