IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 6 2020

MITCHELL R. ELFERS
CLERK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.

**MICHAEL NISSEN,**

      **Defendant.**            No. 19-cr-00077-JB

## ORDER

**THIS MATTER** having come before the Court for hearing on January 15, 2020 on Defendant's Motion to Withdraw as Counsel [doc. 100]. The Court, having reviewed the Motion and having heard from the parties at the hearing on the Motion, and having been otherwise duly advised, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw as Counsel is **GRANTED.**

**IT IS FURTHER ORDERED** new CJA counsel shall be appointed to represent Defendant in this matter.

_____
UNITED STATES DISTRICT JUDGE