AFFIDAVIT OF PLAINTIFF MICHAEL J. NISSEN

I, MICHAEL J. NISSEN, COMES IN THIS AFFIDAVIT, DO SWEAR THAT THE HEREIN OF THIS 42 U.S.C.A § 1983, 28 U.S.C.A § 1915 AND THIS CERTIFIED TRUST FUND COPY FROM CIBOLA COUNTY CORRECTIONS CENTER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER THE PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED,

DATED: 02/19/2020

*Michael J Nissen*
MICHAEL J. NISSEN
(PLAINTIFF)

OFFICIAL SEAL
Birdie Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10-22-2022

File on CM/ECF

3/4/20

Re: 19-CR-77

3/4/20