# Carolyn Wright

| | |
|---|---|
| **From:** | Nevarez, Anthea (USMS) <Anthea.Nevarez@usdoj.gov> |
| **Sent:** | Monday, March 23, 2020 7:32 AM |
| **To:** | Carolyn Wright |
| **Cc:** | Cozart, Sean (USMS) |
| **Subject:** | Motion Hearing for Today |

Re 19·cr-77-JB

Good morning Jeanie,

We were advised this morning, Nissan, set for a MH this morning was refusing pre-transport, medical protocols set in place for COVID-19. This was despite verbal attempts at obtaining compliance from facility staff. This defendant is known for both physical and verbal resistance. As such, he will not be transported into the courthouse. Would you please advise Judge Browning.

Respectfully,


Anthea Nevarez
Deputy U.S. Marshal
D/NM - Albuquerque
Cell: (915) 892-9782
Anthea.Nevarez@usdoj.gov

1