# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.** 19CR77-JB      **DATE:** May 7, 2020

**TITLE:** *USA v Nissen*

**COURTROOM CLERK:** J. Wright      **COURT REPORTER:** R. Brazil

**COURT IN SESSION:** 2:25PM-3:22PM      **TOTAL TIME:** 58 MINUTES

**TYPE OF PROCEEDING:** Second MOTION for Psychiatric/Psychological Exam [Doc. 137]

**COURT RULING:** MOTION AND RULING HELD IN ABEYANCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Paul Mysliwiec      Joe Romero
Alexander Uballez

**PROCEEDINGS:**

2:25PM     COURT IN SESSION; COUNSEL ENTER APPEARANCES; DEFENDANT APPEARS IN CUSTODY.

2:25PM     MR. ROMERO ARGUES HIS MOTION. DEFENDANT STATES DEFENSE COUNSEL DOESN'T HAVE HIS PERMISSION TO ARGUE THE MOTION BUT THEN CONSENTS TO MR. ROMERO PRESENTING HIS MOTION.

2:29PM     DEFENDANT DISRUPTS THE PROCEEDINGS; COURT TRIES TO GET THE DEFENDANT TO UNDERSTAND THE PROCEEDINGS AND OFFERS TO LET HIM SPEAK LATER. DEFENDANT CONTINUES TO BE DISRUPTIVE; COURT ORDERS THE US MARSHALS TO REMOVE THE DEFENDANT FROM THE PROCEEDINGS. DEFENDANT IS REMOVED. DEFENSE COUNSEL CONTINUES THE PRESENTATION OF HIS MOTION.

2:37PM     AS THE COURT PROMISED, COURT HAS DEFENDANT RETURNED TO THE COURTROOM TO SPEAK. DEFENDANT STATES HE HAS NO RESPONSE; DEFENSE COUNSEL DIDN'T HAVE

| | |
|---|---|
| | PERMISSION TO FILE THE MOTION. DEFENDANT IS SEATED. |
| 2:38PM | GOVERNMENT RESPONDS AND DOES NOT OBJECT TO DEFENDANT BEING SENT TO AN FCI FOR EVALUATION AND TREATMENT. |
| 2:58PM | PROBATION STATES DEFENDANT HAS BEEN IN CUSTODY 16 MONTHS AND 9 DAYS |
| 3:01PM | DEFENSE STATES DEFENDANT'S MENTAL HEALTH STILL CONCERNS HIM AND SHOULD BE SENT TO BUTNER. |
| 3:03PM | GOVERNMENT HAS TWO OBJECTIONS TO THE MOST RECENT PSR. |
| 3:05PM | COURT IS INCLINED TO TAKE THE MOTION UNDER ADVISEMENT AND IS INCLINED TO SEND THE DEFENDANT TO BUTNER FCI. |
| 3:11PM | COURT ASKS DEFENDANT IF HE WILL TALK TO DR. BROVKO AGAIN. DEFENDANT ALLOCUTES BUT DOES NOT GIVE A STRAIGHT ANSWER. DEFENDANT SAYS HE WILL SPEAK WITH DR. BROVKO AND WILL BE COOPERATIVE. |
| 3:18PM | COURT WILL HAVE DR. BROVKO RETURN TO EVALUATE THE DEFENDANT. |
| 3:19PM | COURT ORDER DR. BROVKO TO EVALUATE THE DEFENDANT. COURT WILL HOLD THE MOTION IN ABEYANCE UNTIL AFTER THE EVALUATION. DEFENSE COUNSEL WILL ADVISE COURTROOM DEPUTY AFTERWARD WHETHER A RULING ON THE MOTION IS NEEDED OR PROCEED TO SENTENCING. |
| 3:21PM | SENTENCING FOR TODAY IS VACATED AND WILL RESET AFTER THE EVALUATION. |
| 3:22PM | COUNSEL HAVE NOTHING FURTHER. |
| 3:23PM | COURT STANDS IN RECESS. |