UNITED STATES DISTRICT COURT
ATTN: CLERK OF THE COURT
FOWARD TO, JUDGE JAMES O' BROWNING

PLEASE ENTER THIS LETTER IN RECORD. IF I MAY REQUEST A DOCUMENTED COPY OF RECORD FOR LEGAL HISTORY THAT WOULD BE GREATLY APPRECIATED. ADDRESS FOR RETURN RECORDED AND DOCUMENTED COPY LISTED BELOW. SORRY I'M INDIGENT AND THEREFORE COULDN'T AND CAN'T PROVIDE THIS COURT WITH A RETURN ENVELOPE. I LOOK FOWARD TO RECEIVING A COPY SOON, THANK YOU.

05/21/2020

RESPECTFULLY SUBMITTED,

MICHAEL J NISSEN
(DEFENDANT)

MICHAEL NISSEN
P.O.W. # 02508151
P.O. BOX 3540
CIBOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021

CASE # 1:19-CR-00077-JB

I, MICHAEL J. NUNN, HAVE A SIMPLE QUESTION FOR ANYONE IN THE COURTROOM OF LEGAL AUTHORITY TO GIVE ME A BRIEF SUMMARY OF THE FOLLOWING QUESTION. I, THE DEFENDANT HAVE CONSTITUTIONAL RIGHTS AND PRIVILEGES GUARANTEED BY THE CONSTITUTION SUCH AS GRAND JURY INDICTMENT, SIXTH AMENDMENT RIGHT TO AN ESQUIRE, MIRANDA RIGHTS, CITIZENSHIP, DUE PROCESS AND EQUAL PROTECTION OF THE LAWS, FEDERALLY PROTECTED CIVIL RIGHTS, AND ANYTHING ELSE I, THE DEFENDANT MAY HAVE MISSED RELATED TO THE CONSTITUTION. ET.AL.

MY FOLLOWING QUESTION IS THIS, THE FIRST AMENDMENT AS QUOTED FROM THE CONSTITUTION "CONGRESS SHALL MAKE NO LAW RESPECTING AN ESTABLISHMENT OF RELIGION, OR PROHIBITING THE FREE EXERCISE THEREOF, OR ABRIDGING THE FREEDOM OF SPEECH, OR OF THE PRESS, OR THE RIGHT OF THE PEOPLE PEACEABLY TO ASSEMBLE, AND TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES". THE FIRST AMENDMENT EXPLICITLY AND AFFIRMATIVELY, WITHOUT ANY HODGEPODGE, PROHIBITS CONGRESS FROM LEGISLATION OF INTERSTATE AND FOREIGN COMMERCE BY WAY OF ARTICLE I, SECTION 8, CLAUSE 2? THE FEDERAL JUDICIARY CANNOT OBTRUDE OR ENFORCE A REGULATION OF CONGRESS WHICH IS FORBIDDEN BY CONSTITUTIONAL GUARANTEE'S. WHY HAS THIS DEFACTO COURT OF JAMES O' BROWNING AND ITS ENTIRE VENUE OF ENGLISH CROWN COURT OFFICERS NOT FULLFILLED THEIR SWORN OATH TO UPHOLD AND PROTECT THE SUPREME LAW OF THE LAND BY WAY OF ARTICLE 6, SECTION 2? JAMES O' BROWNING, YOU SIR HAVE COMMITTED TREASON AND ALLOWED THIS GROTESQUE CONVICTION OF AN INNOCENT MAN OF NO CONSTITUTIONAL WRONG DOING. TECHNICALLY THE DEFENDANT HASN'T EVEN BROKE ANY STATUTORY OR JUDGE MADE LAW TO DATE. THIS CONSTITUTION CLEARLY PROTECTS ME FROM TYRANNTS OF SUCH VENUE'S.

WHEREFORE THE DEFENDANT RESPECTFULLY PRAYS FOR A TIMELY RESPONSE TO THIS LETTER DIRECTED TO JAMES O' BROWNINGS COURT.

05/21/2020

Michael J. Nunn



"FRANK"

ALBUQUERQUE NM 870
22 MAY 20
PM 4 L

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102-

1:19-CR-00077-JB
87102-227259

MICHAEL NISSEN
02508151
P.O BOX 3540
C.C.C.C.
MILAN, NM 87021-



LEGAL MAIL 05/21/2020 MJN