James O' Browning

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 02 2020

MITCHELL R. ELFERS
CLERK/mn

A NOTE FOR YOU, FROM MICHAEL F. NISSEN.

"CASTLE DOCTRINE" OF NEW MEXICO WHICH AS YOU LORD BARON CLAIM IS FEDERAL.

19cr77 JB

"BEEN ESTABLISHED ON LIMITED BASIS BY A 1946 N.M. SUPREME COURT RULING WHICH STATES, THAT WHEN A PERSON REASONABLY FEELS THREATENED WITH AN ATTACK NEED NOT RETREAT. ONE MAY TRAVEL THRU OR WITHIN N.M. WITH A LOADED WEAPON IN A VEHICLE N.M. IS A STAND YOUR GROUND STATE.

THE DEFENDANT'S VEHICLE IS AN EXTENSION OF HIS CASTLE DOMAIN AS STATED ABOVE. THE DEFENDANT CLEARLY IN SEVERAL PLACES MAKES MENTION OF BEING SCARED OF THE N.M.S.P. ACTIONS THROUGHOUT THE DISCOVERY FILE OF THE U.S.D. ATTORNEY. NO WHERE IN THE ABOVE DOES IT SAY I HAVE TO GIVE GROUND TO POLICE. I DID THO, AND YOU HAVE ALLOWED CONVICTION OF AN INNOCENT AMERICAN.

## APPENDIX D:

**LETTER OPINIONS FROM THE OFFICE OF LEGAL COUNSEL TO COUNSEL TO THE PRESIDENT REGARDING ABSOLUTE IMMUNITY OF THE ACTING CHIEF OF STAFF, LEGAL ADVISOR TO THE NATIONAL SECURITY COUNSEL, AND DEPUTY NATIONAL SECURITY ADVISOR**

MICHAEL NISSEN
P.O.W. 02508151
P.O. BOX 3540
CIBOLA COUNTY CONCENTRATION CAMP
MILAN, NM 87021

UNITED STATES DISTRICT COURT
333 LOMAS BLVD, NW
CLERK OF THE COURT
SUITE 270
ALBUQUERQUE, NM 87102

87102-227470