JAMES O. BROWNING

FILED / 2020
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 14 2020

MITCHELL R. ELFERS
CLERK

19cr77JB

A TREATY MADE "PURSUANT TO THE CONSTITUTION" BECOMES A PART OF "THE LAW OF THE LAND" AND SHOULD BE HONORED; BUT IT DOES NOT BECOME "SUPREME" OR TAKE PRECEDENCE OVER NOR SUPERCEDES THE CONSTITUTION. IT IS NOT THE "LAW OF THE LAND" STANDING ALONE. AND NO TREATY OR EXECUTIVE AGREEMENT IS BINDING ON THE U.S.A. IF MADE BY THE PRESIDENT ALONE (AS HAS BEEN DONE) WITH THE ADVICE AND CONSENT OF THE SENATE, NOR IF IT VIOLATES THE CONSTITUTION.

ACTUALLY, ARTICLE VI, INSTEAD OF SETTING TREATIES ON HIGH OR BEING A "DEATH TRAP", IS A STATEMENT OF THE SUPREMEMACY OF THE CONSTITUTION AND OF THE NATIONAL GOVERNMENT. LAWFUL TREATIES ARE A PART OF, BUT SUBORDINATE TO, THE CONSTITUTION FOR THE SIMPLE STATED PROVISION THEREIN THAT ALL LAWS AND TREATIES MUST BE MADE "IN PURSUANCE THEREOF."

CAN THE "CREATURE" (OR A PART) BECOME GREATER THAN ITS "CREATOR", OR THE WHOLE? SOME AMERICAN COMMON SENSE IS NECESSARY IN ALL THIS BLATHER ABOUT THE SUPREMEMACY OF TREATIES, WHICH IS PROMULAGATED LARGELY BY THE ONE-WORLDERS TO DISCREDIT OR DIMINISH THE CONSTITUTION SO THEY CAN ACHIEVE THEIR OWN ENDS.

THE LANGUAGE AND INTENT OF THE CONSTITUTION AND OF ARTICLE VI, IS CLEAR AND FORTHRIGHT, AND DOES NOT ADMIT,

IN GOOD FAITH, OF ANY OTHER INTERPRETATION. BUT SADLY ENOUGH, IT IS WELL KNOWN THAT MANY OF OUR HIGHEST JUDICIARY AND ELECTED OFFICIALS — IN THIS ERA OF "TREASON", NOT REASON — DO NOT ACT IN GOOD FAITH NOR IN "PURSUANCE OF THE CONSTITUTION".

AND AS TO ARTICLE VI BEING A "DEATHTRAP" OVER WHICH THE CONSTITUTION GIVES NO CONTROL OR REMEDY OTHER THAN ITS EXPLICIT LANGUAGE IN ARTICLE VI REGARDING THE LAW AND TREATIES: HAS IT OCCURRED TO YOU THAT THE SUPREME COURT HAS POWER AND AUTHORITY TO RULE ON THE CONSTITUTIONALITY OF TREATIES THE SAME AS ON THE CONSTITUTIONALITY OF ANY OTHER LAW — TREATIES BEING MERELY "PART OF THE LAW OF THE LAND"? ARTICLE III, SECTION 2 EXPLICITLY STATES: "THE JUDICIAL POWER SHALL EXTEND TO ALL CASES, IN LAW AND EQUITY, ARISING UNDER THIS CONSTITUTION, THE LAWS OF THE UNITED STATES, AND TREATIES MADE, OR WHICH SHALL BE MADE, UNDER THEIR AUTHORITY." TO QUOTE THE CONSTITUTION OF THE UNITED STATES: "WHEN A CASE ARISES IN A STATE COURT AND INVOLVES A QUESTION OF THE CONSTITUTION, OR AN ACT OF CONGRESS, OR OF A TREATY, IT IS THE DUTY OF THE COURT TO FOLLOW AND ENFORCE THE NATIONAL [CONSTITUTIONAL] LAW; FOR THE CONSTITUTION EXPLICITLY AND EMPHATICALLY REQUIRES THAT THE "JUDGES IN EVERY STATE SHALL BE BOUND THEREBY, ANYTHING IN THE CONSTITUTION OR LAWS OF ANY STATE TO THE

CONTRARY NOTWITHSTANDING."

AND SO, "UNDER ARTICLE II, SECTION 2, CLAUSE 2 OF THE CONSTITUTION... SUCH TREATY OR LAWS CAN BE MADE WITHOUT RESTRICTION, LIMITATION, EXCEPTION OR RESERVATION IRRESPECTIVE OF THE FACT THAT IT CONTRAVENES, VIOLATES, INFRINGES OR ALIENATES EVERY ARTICLE OF THE CONSTITUTION. ALL THAT IS NECESSARY IS FOR THE PRESIDENT AND SENATE TO RATIFY ANY TREATY AND IT IS IN FORCE." THE ABOVE ARTICLE AND CLAUSE LIKEWISE DOES NOT STAND ALONE, BUT MUST BE CONSTRUED IN THE LIGHT OF THE ENTIRE CONSTITUTION. "YOUR" INTERPRETATION IS NOT ONLY TO MAKE IDIOTS OF THE FOUNDING FATHERS AND FRAMERS OF THE CONSTITUTION, BUT TO SAY THAT REGARDLESS OF THE SOLEMN PRESIDENTIAL OATH OF ALLEGIANCE REQUIRED BY ARTICLE II, SECTION 2A, REGARDLESS OF THE "SUPREME SOVEREIGNTY" OF THE U.S. CONSTITUTION, AND IN VIOLATION OF THE EXPLICIT LANGUAGE CONTAINED IN ARTICLE VI, I.E, "THIS CONSTITUTION", AND THE LAWS OF THE UNITED STATES WHICH SHALL BE MADE IN PURSUANCE THEREOF; AND ALL TREATIES... UNDER THE AUTHORITY OF THE UNITED STATES...," AS WELL AS ALL AUTHORITATIVE RULINGS BY GENUINE CONSTITUTIONAL AUTHORITIES TO THE EFFECT THAT ANYTHING WHICH CONTRAVENES THE CONSTITUTION OF THE U.S.A. IS "NULL AND VOID", INCLUDING ANY SUCH ACTS BY THE CONGRESS; DESPITE ALL OF THE FOREGOING. I REITERATE THAT "YOUR" INTERPRETATION WOULD CLAIM THAT THERE IS ABSOLUTELY NO

JAMES O' BROWNING                    07/11/2020
                                         Pg 4

NO CONSTITUTIONAL SAFEGUARD FOR THE AMERICAN PEOPLE AGAINST "TREASONOUS" TREATIES AND LAWS (WHICH "GIVES AID AND COMFORT TO OUR ENEMIES" AS PER ARTICLE III, SECTION 3).

"YOUR" INTERPRETATION WOULD GIVE COMPLETE IMMUNITY TO THE MAKER (42 U.S.C § 1983 JOHN PAUL KELLEY), OF SUCH TREATIES AND LAWS WOULD CONSTITUTE "CHANGING THE CONSTITUTION BY USURPATION OF FEDERAL ARBITRARY ABUSE OF POWER" IN VIOLATION OF THE INTENT, SPIRIT, AND LETTER OF THE CONSTITUTION AS A WHOLE.

JAMES O' BROWNING, YOU HAVEN'T YET COMMITTED TREASON, BUT YOU CERTAINLY ARE CLOSE. YOU, SIR CAN STILL DO THE MORALLY AND ETHICALLY CORRECT PROFESSIONAL DECISION IN THE INTEREST OF THE AMERICAN PUBLIC (UNLIKE JOHN PAUL KELLEY JR). YOU, SIR HAVE THE POWER TO OVERRULE AND ACQUIT AN INNOCENT MAN AT THIS POINT. SO IN THE INTEREST OF AMERICAN CONSTITUTIONAL LAW, DO THE RIGHT THING AS YOU SWORE AN OATH TO PROTECT AND UPHOLD THE CONSTITUTION. STOP THIS MISCARRIAGE OF JUSTICE AND INSANITY OF "YOUR" COURT VENUE.

"ACQUIT"

Michael James Nissen
07/11/2020

TO: CLERK OF THE COURT

CASE # 1:19-CR-00077-JB

PLEASE ENTER THIS INTO RECORD RECEIVED AND FOWARD TO JAMES O' BROWNING'S COURT FOR VIEWING.

TO REITERATE, RECORD AND DOCUMENT THIS FOLLOWING LETTER ADDRESSED TO "JAMES O' BROWNING".

WITNESS TO THIS IS SIGNED BELOW ALONG WITH DEFENDANTS SIGNATURE, THANK YOU AND RESPECTFULLY APPRECIATED.

_____  
(WITNESS)  
MAURICE S. MULL

_____  
(DEFENDANT)  
MICHAEL J. NISSEN

_____  
(WITNESS)  
Troy C. Hall



Legal Mail — NM

Constitutional Patriots!