## Juan Gonzales

| | |
|---|---|
| **From:** | Donna McRae <dmcrae@bop.gov> |
| **Sent:** | Tuesday, October 20, 2020 9:24 AM |
| **To:** | NMDml_Judge Browning's Chambers nmd.uscourts.gov; joe@romeroandwinder.com; Alexander Uballez; Paul Mysliwiec |
| **Subject:** | Arrival Letter:  Nissen, Michael 02508-151 |
| **Attachments:** | Nissen, Michael arr 10-16-20.pdf |

**CAUTION - EXTERNAL:**

Please see the attached letter regarding Mr. Nissen.

Regards,

Donna McRae
Health Service Assistant
Phone (919) 575-3900 x 5536
Fax (919) 575-4866

This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*[Handwritten note:]* Juan, File this memo + the attached letter on CM/ECF. JB 10/23/20

1



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

October 16, 2020

The Honorable James O. Browning
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd NW, Suite 660
Albuquerque, New Mexico 87102

RE: NISSEN, Michael James
Register Number: 02508-151
Docket Number: CR 19-0077JB

Dear Judge Browning:

    The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on October 9, 2020, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

    Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end February 5, 2021. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

    I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Donna McRae, Health Services Assistant, at extension 5536.

Respectfully,

T. Scarantino, Complex Warden

cc: Alexander Mamoru Max Uballez/ Paul Mysliwiec, Assistant United States Attorney
    Joe M. Romero, Jr./Defense Attorney