TO: CLERK OF THE COURT.

FROM: NISSEN, MICHAEL JAMES.

CASE #: 1:19-CR-00077-JB

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK /mp

GOOD DAY,

TO THE CLERK OF THE COURT. I, THE AGENT OF THE CESTUI QUE TRUST, AM REQUIRING THAT THESE PRIVATE TRUST DOCUMENTS REMAIN PRIVATE. THESE PRIVATE TRUST DOCUMENTS ARE TO BE VIEWED BY THE PRIVATE SIDE OF THE COURT ONLY. ALSO ENCLOSED IS A S.A.S.E AND A COPY OF EACH DOCUMENT TO BE COURT TIME STAMPED AND RETURNED TO THE PRIVATE AGENT OF THE PRIVATE CESTUI QUE TRUST. IF I MAY IMPOSE UPON THE CLERK OF THE COURT TO PUT OR STAMP OFFICIAL RETURN MAIL RETURN ADDRESS WITH OFFICIAL STAMP REGARDING LEGAL MAIL TO BE OPENED BY ADDRESSEE ONLY THAT WOULD BE GREATLY APPRECIATED FOR I'AM CURRENTLY IN THEIR INVENTORY AT THIS FEDERAL PRISON.

RESPECTFULLY SUBMITTED,

DATE: _____     BY: Nissen, Michael James
                         NISSEN, MICHAEL JAMES
                         AGENT / SUI JURIS

Nissen, michael james
federal medical center
P.O. Box 1600
Butner, North Carolina

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK

United States District Court
Clerk of the Court
Suite 270
333 Lomas BLVD, NW
Albuquerque, New Mexico

