FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK /mn

Notice of Immediate Extinguishment

i, the agent, sole beneficiary of the cestui que trust, come forward with this notice of immediate extinguishment of case number 1:19-CR-00077-JB, plaintiff's "real party in interest" not brought forward, no delegation of authority for United States Attorney to represent plaintiff, "United States" is not the victim, so the offense is not criminal, no authority for the United States Attorney to prosecute "the laws of" the United States, "involuntary servitude" in a "debtor's" prison is a violation,

this court must extinguish this matter for "lack of subject-matter jurisdiction" as the "real parties in interest" behind the plaintiff have not been brought forward which is a violation, chief justice marshall stated that the name of the Union is "The United States of America", and futher, "United States" is the name of the Government, the name of the plaintiff in this matter is "UNITED STATES OF AMERICA" in all capital letters denoting an entirely different entity than what is presumed to be the name of said Union, this court must require the plaintiff to bring forward the "real parties in interest" or extinguish this matter for "lack of subject-matter jurisdiction",

no delegation of authority for the United States Attorney ("US/A") to proceed and/or detain, in addition this court must extinguish this matter for "lack of subject-matter jurisdiction", as the United

Pg 1 of 3

# Notice of Immediate Extinguishment

States Attorney ("US/A") has no authority to represent the plaintiff in this matter which is a violation, the US/A is authorized to represent the "government" and to "prosecute for all offenses against the "United States" when the "United States" is the victim, but not when the victim is "UNITED STATES OF AMERICA" or any other party for that matter, further, the US/A is not authorized to "prosecute for all offense" against THE LAWS OF the United States, unless "the laws of" are to be construed as "civil actions" in which the United States is concerned, since there is truth to this then i'am an inmate illegally detained under "involuntary servitude" in "debtor's" prisons which is also a violation, this court must require the US/A to reveal its delegation of authority to proceed in any action on behalf of the plaintiff "UNITED STATES OF AMERICA" or any other party for that matter, or extinguish this matter for "lack of subject-matter jurisdiction",

    where there is a conflict of the rules of law and the rules of equity, the rules of equity will prevail, The Judicature Act of 1873, the court of equity regards the cestui que trust as the true and beneficial owner of the estate, to whose uses, according to the terms of the trust, the legal title was made subservient, so in its eyes, the estate of the cestui que trust come to be invested with the same incidents and qualities which in a court of law

# Notice of Immediate Extinguishment

belonged to a legal estate, so far as consistent with the preservation and administration of the trust, this was by virtue of a principle of analogy, adopted because courts of equity were unwilling to interfere with the strict course of the law, except so far as was necessary to execute the just intentions of parties, and to prevent the forms of the law from being made the means and instruments of wrong, injustice and oppression,

    an immediate extinguishment of said case and release of private civilian prisoner is required immediately, as well a complete annihilation of said case herein.

Govern Yourselves Accordingly,

BY: _nissen michael james_
nissen, michael ja[mes]
agent / sui juris

Notary Public Acknowledgment

North Carolina / Durham
State of / County of

I hereby certify that __Michael James Nissen__ (NAME) appeared before me on this __30__ Day of __December__, 20__20__, and signed this form in my presence.

_____  __5/2/23__
Notary Public Signature  My Commission Expires
                           (Date)



Seal