19cr77 JB

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK /mn

## Notice of Interest

i, agent and sole beneficiary, rightful and lawful heir, and owner of the cestui que trust estate and all assets with unalienable rights of beneficial interests, do release the President of the United States for breach of contract, appointment is hereby granted from the occupant of the executor office that the private side of the court is now of date on this Notice of Interest the official trustee for the private trust estate of MICHAEL JAMES NISSEN until further notice, a full accounting of the MICHAEL JAMES NISSEN trust is required.

Govern Yourselves Accordingly,
by: nissen michael james
nissen, michael james
agent / sui juris

### Notary Public Acknowledgment

North Carolina — State of
Durham — County of

I hereby certify that **Michael James Nissen** (Name) appeared before me on this **30** Day of **December**, 20**20**, and signed this form in my presence.

_____ 5/2/23
Notary Public Signature   My Commission Expires (Date)

TYWANNA CRUDUP
NOTARY PUBLIC
DURHAM COUNTY, NC
My Commission Expires 05-02-23
Seal