To: Clerk of the Court,

From: Nissen, Michael James

Case #: 1:19-CR-00077-JB

Good Day,

    To Clerk of the Court, these documents are amended to correct errors in previous documents sent. If you could please enter and amend these documents that would be greatly appreciated. Copies and originals are the contents of this package. I provided a S.A.S.E. to have court time stamped records sent back to I, The Agent for my legal records.

DATE: 12/29/2020

Respectfully Submitted,
BY: _Nissen, Michael James_
Nissen, Michael James
Agent / Sui Juris

Amended documents:
Declaration of Status
Affidavit of Status
Non Statutory Abatement of Persona Designata

nissen, michael james
Federal medical center
P.O. Box 1600
Butner, North Carolina

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK

United States District Court
Clerk of the Court
Suite 270
333 Lomas BLVD, NW
Albuquerque, New Mexico

