Case 1:19-cr-00077-JB Document 158 Filed 01/29/21 Page 1 of 3

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK lmn

## Affidavit of Truth

i, agent of the cestui que trust, on one one, zero two, two zero one eight was pulled over by an state corporate administrative representative of a defacto despotic corporation, this policy enforcer violated all trust law for violating a non contractual agreement that i the living man explicitly denied with no consent given, i was intimidated under mental duress to sign several citations i did not consent to, then i the grantee involuntarily accepted the several citations but put no disclaimer to of abatement, so i beame a public belligerent as soon as i called the new mexico state police dispatch headquarters to complain about the actions of the officer that my natural law rights were violated by one of their very own roman jesuit minnons, i'am a non commercial, non uniform commercial code, non statutory, non enemy combatant belligerent entity, i'am a non citizen national civilian who follows and owes an alligience to the devine rules of the creator of the universe and beyond and everything in between, i have a right to travel freely and express my grievances that i was violated by a grotesque abuse by an entity of the government corporation that crossed the line of moral and ethical professionalism, as the agent of the

## Affidavit of Truth

cestui que trust, a natural living man on the land, i, grantee own that trust, the whole ledger that was breached by dark forces, then fast forward, i, grantee took this trust and continued for weeks, months, years to perfect the title even more by exposing their wrongs and injustice as this sham of a charade continues to unfold, i, agent did not cause any confrontations through out this entire debacle, each time the administrative trustee's of the state government corporation would enforce their policies upon the living man, i, agent grantee would enforce my equitable rights by and of lawful peaceful means which all is recorded and documented for all entities to witness for this blatant and shameful act(s) that i, the grantee perfected with precision, then the federal government corporation shows up and follows suit in case # 1:19-CR-00077-JB, equity will not allow a statute to be used as a cloak for fraud, by violating all my unalienable rights bestowed and endowed upon i which is supported and guaranteed by the most high which i the living man has clearly proclaimed from day one of my fifty five years on the land, equity will suffer no wrong to be without a remedy, i, agent grantee living man of the flesh and blood own this entire charade of state and federal government

Pg 2 of 3

## Affidavit of Truth

corporations of said court case(s) and traffic citations herein, i, grantee own this entire sham of wrong, injustice, and oppression, i, agent require complete extinguishment and annihilation of all wrong written herein by the living man of said court case(s), i, agent appoint the "private side" of the court to do a full accounting of the cestui que trust of MICHAEL JAMES NISSEN and report back to i, agent of the cestui que trust, there is clearly a conflict at law here, where there is a conflict of the rules at law and rules of equity, the rules of equity shall prevail, equity see's that as done ought to be done, the lex non scripta, the hidden chancery court of equity of lawful righteous justice of every living man's spiritual essence of right v. wrong endowed upon every living entity on the land, i, agent require that this court show cause as to why this court case should not be extinguished and annihilated, i, agent order a full accounting of the cestui que trust said herein to be brought forward for complete recoupment of all parties said herein in private chambers for further discussion.

Govern Yourselves Accordingly,
by: _nissen michael james_
nissen, michael james
Agent / sui juris

Pg 3 of 3