FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK/mn

## Affidavit of Status

i, nissen, michael james being fifty five years of age, in sui juris, is competent and of sound mind to state the following and makes oath that the statements in his Declaration of Status are true and correct and of his own knowledge that the occupant of the executor office is the cestui que sole beneficiary agent of record without recourse, without prejudice of MICHAEL JAMES NISSEN estate with a equitable use of the private trust, that the trust is private and its sole beneficiary, owner of said trust estate, i'am a private non citizen national civilian, i'am the living man residing on the land, i'am the creation created by the most high and i owe my alligence to the lord of lords, the supreme creator of the universe and beyond and all that exists inbetween.

Govern Yourselves Accordingly,
by: _nissen michael james_
nissen, michael james
agent / sui juris

# Affidavit of Status


signature

## Notary Public Acknowledgment

__North Carolina__     __Durham__     Seal
state of              County of

I hereby certify that __Michael James Nissen__ (Name) appeared before me on this __30__ Day of __December__, 20__20__, and signed this form in my presence.

__[signature]__                    __5/2/23__
Notary Public Signature          My Commission Expires
                                      (Date)

[Notary Seal: TYWANNA CRUDUP, NOTARY PUBLIC, DURHAM COUNTY, NC, My Commission Expires 05-02-23]