**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 9 2021

MITCHELL R. ELFERS
CLERK lmn

## Declaration of Truth

a trustee owes an undivided duty to his beneficiary and cannot place himself in any other position which would subject him to conflicting duties, or expose him to the temptations of acting contrary to the best interests of his original cestui que trust, a trustee must not place himself in a position in which his self interest will or may conflict with his duties as trustee, it is not necessary to show that the fiduciary has been guilty of fraud, bad faith, or received a personal benefit, it is sufficient to show that his personal interest might be in conflict with his duty as a fiduciary, The Judicature Act, where there is a conflict of the rules in law and the rules of equity, the rules of equity shall prevail, the censorship clause of one nine one seven, is a conflict of real parties in interest and a fictitious novation which all parties listed herein are educated and well informed with knowing knowledge but yet censored by they those of who they an olligence to, the President of The United States and and Treasurer are the original trustee's of the cestui que trust mentioned in one nine one seven, the federal judges are appointed by the commander-in-chief of today's martial court proceedings as administrative trustee's of the original cestui que trust name, now as for the client being a novation, and the living man a private civilian citizen, the esquires being the trustee's, have

# Declaration of Truth

created a prejudice conflict of a real party in interest in not disclosing their involvement of personal interest of the herein said censorship clause, i, agent sole beneficiary of the original cestui que trust was not properly informed at any point of time from one one, zero two, two ZERO one eight to the present time, so therefore i, agent abate the claim to the strawman name as surety, i, agent was not informed of the factual statutory written legal law by any one of the persons, subjects, entities et, al, trustee's that are sworn to a censorship clause to not co-mingle with private citizens as public servants mentioned in one nine one seven, as recorded and documented on public record, the defrauded cestui que agent, sole beneficiary recently filed with the clerk of the court a non statutory abatement of persona designata, i, agent unknowingly, involuntarialy and unwillingly entered his flesh and blood of the living man as suretyship for a fictitious novation, as stated and recorded herein, the conflict was created by the egregious actions of all entities involved in case number 1:19-CR-00077-JB, all sworn to abide by the censorship clause as public servants stated in one nine one seven, all trustee's herein are sworn to oath to uphold and protect the original cestui que rights, with the conflict of interest by all fiduciary trustee's, this case

# Declaration of Truth

should be extinguished and annihilated immediately and the martial court shall order to have private civilian prisoner released immediately, i, agent sole beneficiary enforcing equitable rights require extinguishment and annihilation of said case herein, i, agent own the entire ledger, i, agent own the cestui que trust and all entities are trespassing on my rights, i, agent do not consent, will not consent, nor will i, agent ever consent to fraudulent fictitious actions of the federal government corporation, this is a war powers court and i'am a private non citizen national civilian, non enemy combatant belligerent non statutory, non commercial, non uniform commercial code entity being denied due process, this international court of judge James O' Browning should not be not be recognized on the public side of malicious deceipt, judge James O' Browning must show cause as to why this case should not be extinguished and annihilated immediately upon receipt of this Declaration of Truth, i, agent require full accounting of trust and recoupment in private chambers for further discussion.

Govern Yourselves Accordingly,

by: *nissen michael james*

nissen, michael james
agent/sui juris