19cr77JB

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 9 2021

MITCHELL R. ELFERS
CLERK /mn

## Declaration of Status

let it be known to all parties listed within the four corners of this document and to all men and women and entities, that it is my wish and rightful choice to be known, acknowledged and recognized by all as the living man, a private non citizen national civilian, a sentient moral man, created by the creator with inherent unalienable rights endowed upon me as supported and guaranteed by the highest of high, the supreme creator of the universe and beyond all that exists, furthermore, i, agent of the cestui que in sui juris, am a private non citizen national civilian, i'am a non-statutory, non-commercial, non-uniform commercial code entity, non enemy combatant belligerent, seeking peace, i'am the living man, a private man, privately residing on the land.

Govern Yourselves Accordingly,
by: ~~nissen michael james~~
nissen, michael james
agent / sui juris

# Declaration of Status

_nissen michael james_
Signature

## Notary Public Acknowledgment

__North Carolina__     __Durham__    Seal
State of             County of

I hereby certify that __Michael James Nissen__ (Name) appeared before me on this __30__ Day of __December__, 20__20__, and signed this form in my presence.

_[Notary Signature]_        __5/2/23__
Notary Public Signature     My Commission Expires
                                 (Date)

[Notary Seal: TYWANNA CRUDUP, NOTARY PUBLIC, DURHAM COUNTY, NC, My Commission Expires 05-02-23]