**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK/mn

## Statement of Interest

in pomeroy on contracts #280 (specific performance) after observing that an illegal contract cannot be made the basis of any judicial proceeding, and that no action in law or equity could be maintained upon it, it was said; "this impossibility of enforcement exists, whether valid when made, the illegality has been created by a subsequent statue", however the act to regulate constitutional interstate and foreign commerce is a general law, and contracts are always liable to be more or less affected by general laws, even when in no way referred to, but this incidental effect of the general law is not understood to make it a law impairing the obligation of contracts, it is a necessary effect of the general law of any considerable change in the public laws, if the legislation of the legislature had no power to alter its police laws when contacts would be affected, then the most important and valuable reforms might be precluded by the simple device of entering into contracts for the purpose, no doctrine to that effect would be even plausible, much less sound and tenable, federal government corporational interstate and foreign commerce comes in pursuance of the supreme law of the land, so therefore, is a subsequent statute which the impossibility of enforcement exists, in equity, equity will not allow a subsequent

# Statement of Interest

statute to be used as a cloak for fraud, i, agent being the sole beneficiary and lawful heir of the cestui que trust, order extinguishment and annihilation of case number 1:19-CR-00077-JB, the impossibility of enforcement exists, whether the agreement is illegal in its inception, or whether, being valid when made, the illegality has been created by a subsequent statute, where there is a conflict of the rules in law and the rules of equity, the rules of equity shall prevail, equity will not suffer a wrong to be without a remedy, this martial court of equity and law and all entities involved in said case herein are but mere trustee's who serve the cestui que trust, i, agent own the entire ledger and this entire venue of actors are in violation of their fiduciary duties which all entities have sworn an oath to uphold and protect, i, agent a private non combatant enemy belligerent civilian am being denied due process and is expressing my rights to enforce equitable rights of the cestui que trust in this Statement of Interest, this court should within 20 days show cause as to why this case should not be annihilated immediately.

Govern Yourselves Accordingly,
by: *nissen michael james*
nissen, michael james
agent / sui juris