19cR77 JB

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2021

MITCHELL R. ELFERS
CLERK/mn

## Non Statutory Abatement of Persona Designata

i, agent, sole beneficiary of the cestui que trust, am filing this non statutory abatement of persona designata for the following reasons, this non statutory abatement of persona designata is to correct errors in the plaintiffs process of bringing forth an alleged indictment/conviction in a war powers court as a private non citizen national civilian, the United States Attorney lacks delegation of authority, therefore this court case must be extinguished and annihilated for lack of subject-matter jurisdiction, i, agent of the cestui que am a non enemy combatant belligerent, non-statutory, non commercial, non-uniform commercial code entity, i, agent am being denied private non citizen national civilian due process for i wasn't counseled due to censorship of the federal public defender(s) that i, agent, was entering his property as principle into a suretyship for a novation entity,

so therefore, i require that this international war powers court should show cause as to why this case should not be extinguished and annihilated immediately.

Govern Yourselves Accordingly,

by: ~~nissen michael james~~
nissen, michael j
agent/sui juris

# Non Statutory Abatement of Persona Designata


_____
Signature

## Notary Public Acknowledgment

__North Carolina__   __Durham__   Seal
State of            County of

I hereby certify that __Michael James Nisser__ (Name) appeared before me on this __30__ Day of __December__, 20__20__, and signed this form in my presence.

_____   __5/2/23__
Notary Public Signature   My Commission Expires
                          (Date)

*[Notary seal: TYWANNA CRUDUP, NOTARY PUBLIC, DURHAM COUNTY, NC, My Commission Expires 05-02-23]*