To: clerk of the court

From: nissen, michael james

case# 1:19-CR-00077-JB

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 FEB 16 PM 2:49

CLERK-ALBUQUERQUE

clerk of the court,

please enter these private citizen, doing private business of the cestui que trust legal documents into the record for case# 1:19-CR-00077-JB, i agent for the cestui que trust respectfully submit these to you for proper administrative documentation, please have these sealed from public view.

respectfully submitted,
by: _nissen, michael james_
nissen, michael james

notice from the cestui que trust

i'am the agent for the cestui que trust, a private civilian citizen enforcing exclusive equitable rights, here is the charging instrument/indictment, i agent have offset, discharged, assigned, accepted for value, settled, extinguished that for you, here have this perfected title back, trustee, it is not mine, i'am the beneficiary, this unlawful due process of the private civilian living man, commencing in private business is personal and property damage to the cestui que, i require the full court reporting financial accounting and recoupment in private chambers, oh by the way, you are going to need this to be indemnified, because i'am a private citizen, and this will allow you to get the accounting from the private side without getting into trouble, in addition i require immediate release of the living man of the flesh and blood, nissen, michael james from involuntary servitude in a debtor's prison, here is my signature, here is the order.

govern yourselves accordingly,
by: nissen, michael james
nissen,

notary public acknowledgement
State of North Carolina, County of Durham

i hereby certify that Michael James Nissen (name) appeared before me on this 1 day of February, 20__ and signed this form in my presence.

_____  05/02/23
notary public signature    my commission expires (date)

[Notary seal: TYWANNA CRUDUP, NOTARY PUBLIC, DURHAM COUNTY, NC, My Commission Expires 05-02-23]

private side

you can't even give me a private civilian non citizen national due process, commencing in private trust business, so i have to abate this fictitious criminal case, you served it, but that's not me, nissen, michael james, i am the agent not the principle, this is a war powers court, and i am a private civilian non citizen national, so i'm being denied private civilian due process, and i have to abate, i the grantor, hereby grant, convey, assign, discharge, extinguish, annihilate pay such issues required to settle all liability of the defendant, here is the conveyance, i hereby grant and convey such issues as to satisfy alleged debt, here is the bogus fraudulent charging instrument, let me pay that for you, here have it back, trustee, it is not mine, i'm the beneficiary, this perfected title is now complete, i own this entire ledger front and back, both public and private, james o' browning should and must show cause as to why this perfected title should not be dismissed immediately and extinguished and annihilated period, i agent seek full accounting and recoupment in the chancellor's private chambers for this wrong, injustice, and oppression of the living man, immediate release of inmate nissen, michael james from involuntary servitude from a debtor's prison is ordered, here is my signature, here is the order

nissen, michael james   by: nissen, michael james
                            grantee

Public side

A TRUE BILL:

Viki Tapia-Brito
Assistant United States Attorney
1/8/2019 5:12 PM

/s/ _____
FOREPERSON OF THE GRAND JURY

a true bill?

no signature?

where is the bond?

here is the charging instrument, let me pay that for you, here have it back, trustee, it is not mine, i'm the beneficiary, you can't even give me a private civilian non citizen national due process, commencing in private trust business, so i have to abate this criminal case, you served it, but thats not me, ~~missin, michael james~~, i am the agent not the principle, this is a war powers court, and i am a private civilian non citizen national, so i'm being denied civilian due process, and i have to abate, i the grantor, hereby grant, convey, assign discharge, extinguish, annihilate pay such issues required to settle all liability of the defendant, here is the conveyance, i hereby grant and convey such issues as to satisfy this alleged debt.

over →

private side

you can't even give me a private civilian non citizen national due process, commencing in private trust business, so i have to abate this criminal case, you served it, but that's not me, nissen, michael james, i am the agent not the principle, this is a war powers court, and i am a private civilian non citizen national, so i'm being denied civilian due process, and i have to abate, i the grantor, hereby grant, convey, assign, discharge, extinguish, annihilate pay such issues required to settle all liability of the defendant, here is the conveyance, i hereby grant and convey such issues as to satisfy, here is the charging instrument, let me pay that for you, here have it back, trustee, it is not mine, i'm the beneficiary, this perfected title is now complete, i own this entire ledger front and back both public and private, james o' browning should and must show cause as to why this perfected title should not be dismissed immediately and extinguished and annihilated period, i agent seek full accounting and recoupment for this wrong, injustice and oppression of the living man, immediate release of inmate nissen, michael james from involuntary servitude from a debtor's prison is ordered, here is my signature, here is the order.

nissen, michael james  by: nissen michael james
                             grantee

*Public side*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 10 2019

*fictitious novation* ↓

UNITED STATES OF AMERICA, — *no such entity, No victim, no delegation of authority, no real party in interest*

Plaintiff,

vs.

MICHAEL JAMES NISSEN, — *cestui que trust* ← *fictitious novation*

Defendant.

CRIMINAL NO. 19-77 JB

Counts 1 and 2: 18 U.S.C. § 875(c):
Interstate Communications Containing a
Threat to Injure the Person of Another.

→ *over*

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about November 2, 2018, in Torrance County, in the District of New Mexico, the defendant, **MICHAEL JAMES NISSEN**, transmitted in interstate and foreign commerce communications containing a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

*Here is the charging instrument, let me pay that for you, here have it back, trustee, it is not mine, I'm the beneficiary*

### Count 2

On or about November 26, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **MICHAEL JAMES NISSEN**, transmitted in interstate and foreign commerce communications containing a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

*You can't even give me a private civilian non citizen national due process, commencing in private trust business, so i have to abate this criminal case, you served it, but that's not me, nissen, michael james, i am the agent not the principle, this is a war powers court, and i am a private civilian non citizen national, so i'm being denied civilian due process, and i have to abate. i the grantor, hereby grant, convey, assign, discharge, extinguish, annihilate pay such issues required to settle all liability of the defendant, here is the conveyance, i hereby grant and convey such issues as to satisfy*

affidavit from the cestui que trust for immediate annihilation

i, private agent for the private cestui que trust, sole beneficiary with unalienable rights in my private capacity, hereby require immediate annihilation of said case herein, case #1:19-CR-00077-JB, this presumptive law of unlawful prosecution of the living man of the flesh and blood and property damage acquired from this devious deceipt of the federal government corporation officers, judges, prosecutors, defense counsel, person's, parties and entities et, al, is a grotesque wrong, injustice and oppression of the agent for the cestui que trust that every entity herein swore an oath to protect, you can't even give me a private civilian non citizen national due process, so i have to abate this, you served it, but that's not me, i am the agent, not the principle, this is a war powers court, and i am a private civilian non citizen national, so i'm being denied private civilian due process, and i have to abate, i the grantor, hereby grant, convey, assign, discharge, settle, extinguish, annihilate pay such issues required to settle all liability of the defendant, i hereby grant, convey such issues as to satisfy alleged debt, the immediate release of nissen, michael james from involuntary servitude in a debtor's prison is required, the judge should and and must show cause in twenty days as to why case said herein should not be annihilated or the defendant wins judgement by default, full accounting and recoupment in private chambers of the chancery court before the chancellor is required for further discussion.

govern yourselves accordingly,

date: 02/07/2021

by: nissen, michael james
nissen, michael james

Name: nissen
Federal Medical Center
P.O. Box 1600
Butner, NC

Number: 02508151

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 16 2021

MITCHELL R. ELFERS
CLERK

RALEIGH NC 275
Research Triangle Region
20 FEB 2021 PM 4 L

United States District Court
clerk of the court
suite 270
333 lomas boulevard northwest
albuquerque, new mexico