FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 12 2021

MITCHEL R. ELFERS
CLERK

United States District

UNITED STATES OF AMERICA
(PLAINTIFF)

VS.

MICHAEL JAMES NISSEN
(DEFENDANT)

Dated: 03/02/2021

CASE # 1:19-CR-00077-JB

JUDGE JAMES O' BROWNING

SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE ANNIHILATED FOR CONSTITUTIONAL DOCTRINE BREECH OF CONTRACT TRUST LAW.

1) Constitutional Doctrine is a compact contract of trust law, violations listed hereafter,
   A - Breech of Contract
   B - First Amendment
   C - Fourth Amendment
   D - Fifth Amendment
   E - Sixth Amendment
   F - Eighth Amendment
   G - Tenth Amendment
   H - Eleventh Amendment
   I - Thirteenth Amendment
   J - Fourteenth Amendment
   K - Bill of Rights
   L - Lack of Jurisdiction

Pg 1 of 8

1) Unalienable Rights in the Declaration of Independence.

2) No delegation of authority.

3) No victim, no damaged person or property.

4) No real party in interest.

5) Constitutional Article I, section 8, Interstate and Foreign Commerce can only be "Regulated".

6) No warrant or executor complaint for prosecution.

7) Recent notice's, statements, affidavits, declarations et, al, detailing unlawful prosecution of the fictitious entities that nissen, michael james abated from day one of any Federal or state agency intrusions as defining himself as the living man which is not defined anywhere in statutory provisions that only apply to corporate entities.

8) Cestui Que Trust has limited liability unlike corporate statutory provisions of federal and state agencies, the Cestui Que Trust adhere's to natural law

and Constitutional Doctrine as my unalienable rights were enforced which have supreme authority over any Federal and State government agencies statutes, codes, laws, rules, and regulations for which only apply to corporate entities et, al.

9) Presumptive Law is explicitly prohibited by the Federal United States Supreme Court.

10) A "True Bill" was not returned in this case, therefore this case is null and void, another blatant due process violation.

11) Cestui Que Vie Act of 1666 has Constitutional Doctrine privileges and immunities guaranteed by the Constitution.

12) MICHAEL JAMES NISSEN is the Cestui Que Trust principle, corporational statutes, codes, laws, rules and regulations of Federal and State agencies don't apply.

13) nissen, michael james, agent beneficiary of the Cestui Que Trust is protected from unlawful prosecution of statutory provisions of the Federal and State government agencies.

14) nissen, michael james is a private citizen of section I, Fourteenth Amendment, the living man of the flesh and blood is protected under Trust Doctrine, this war powers court lacks jurisdiction, therefore the Cestui Que Trust is exempt as stated within the Trading With the Enemy Act of 1917.

15) Where there is a conflict of the rules at law and the rules in equity, the rules in equity shall prevail, The Judicature Act of 1873, Equity regards substance rather than form, the Constitutional Doctrine is equity, so are the Bill of Rights equity.

16) Unalienable Rights from our founding fathers in the Declaration of Independence, they emphasized in phrases very similar to those of Blackstone that God has endowed all mankind "with certain unalienable rights, that AMONG these are life, liberty, and the pursuit of happiness." The right to petition the federal or state government agencies as well as the right to free speech, which the public servants of the federal and state government agencies violated after taking an oath to uphold and protect every private citizen's

Constitutional Rights against foreign and domestic entities.

17) Debt Relief Act of 1793 the Treasurer of the United States clearly says one can make a conveyance to be released from jail, charging instrument/indictment have been returned with conveyance as a Perfected Title.

18) Article IV, Full faith and credit of the United States, a probated Birth Certificate.

19) nissen, michael james is and has as mentioned in the jury trial transcripts and his first appearance in the Federal District Court that nissen, michael james is the living man of the flesh and blood not defined in any statutory provisions of federal or state government agencies.

20) Perfected Title, charging instrument indictment returned and accepted for value as it pertains to number 18 on this page, and number 10 page 3.

21) I must abate this unconstitutional unlawful prosecution, this Is a war powers court and i'am being denied a private citizen due process, i'm a private civilian non citizen national of section 1, Fourteenth Amendment, so i'm being denied due process, so i have to abate this unlawful prosecution, The Cestui Que Trust is protected from Federal at Law statutory provisions.

22) Notice of Immediate Extinguishment clearly states this Federal government agency Lacks Jurisdiction of this fraudulent unlawful prosecution, Another violation of due process being perpretrated against a private civilian, again i must abate for i'm being denied due process.

23) Donald J. Trump is a private citizen who has Constitutional Rights, two impeachments acquitted by having Constitutional Rights, therefore that says the Constitution is the law of the land and the

Pg 6 of 8

Cestui Que Trust is protected from Federal and State government agency intrusion.

## In Conclusion

The JUDGE JAMES O' BROWNING must show cause as to why this case should not be annihilated for Constitutional Doctrine Breech of Contract Trust Law, this unlawful prosecution lacks a True Bill and therefore this court lacks jurisdiction to prosecute, this indictment is frivilous and capricious moot that lacks lawful merit of natural law and Constitutional Doctine law which the agent sole beneficiary of the Cestui Que Trust adhere's to, there is a clear conflict here and i agent abate this fraudulent prosecution allowed by this war powers court that has denied the agent due process as a private citizen of a private trust protected by Constitutional Doctrine in it's righteous form of American Justice, the property damage incurred as a result of this unlawful prosecution is of serious nature concerning the Cestui Que Trust, this war powers court and it's presumptive law is a

grave violation of due process and a public embarrassment of American Justice perpetrated by immoral and unethical entities et, al, sworn to uphold and protect the Constitution of all private citizens in their private capacity, this along with the entire contents in this eight pages is reason enough to compel the JUDGE to annihilate said case herein past, present and future from any further fraudulent unlawful prosecution of the Cestui Que Trust, in addition release of an illegally detained innocent private non citizen national civilian, nissen, michael james is required immediately from involuntary servitude in a debtor's prison, wherefore agent requires full accounting and recoupment in private chambers of this grotesque injustice by all actors involved in said case, the JUDGE has thirty days to show cause as to why this case should not be annihilated for Constitutional Doctrine Breech of Contract Trust Law, lack or failure to show cause will result in a default of the JUDGE in the Cestui Que agents beneficial interest.

Dated: 03/02/2021

by: nissen, michael james
nissen, michael james

Pg 8 of 8

**FMC BUTNER**
**30 MINUTE ROUND LOG**

03/04/2021

Nissen, Michael

VS

Temp. 98.1
Pulse 65
Resp. 15
BP ~~95~~ 113/73
Wt. 195.1
O₂ Sat. 99%

Certified: Nurse Nixon, BN
Witness: C/o Mactur

No "True Bill" returned by the grand jury, therefore this case# 1:19-CR-00077-JB is null and void, the living man abate's any joinder as well to the all cap name MICHAEL JAMES NISSEN past, present, or future. Case dismissed!

By: Nissen, Michael James   03/04/2021
   Nissen, Michael James

Name: Nissen
Federal Medical Center
P.O. Box 1600
Butner, NC

Number: 02508151

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 12 2021

MITCHELL R. ELFERS
CLERK

8710Z-2274470

RALEIGH NC 275
Research Triangle Region
9 MAR 2021 PM 3 L

United States District Court
clerk of the Court
suite 270
333 Lomas boulevard northwest
albuquerque, new mexico