FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 12 2021

MITCHELL R. ELFERS
CLERK

United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA (PLAINTIFF) | Dated: 03/06/2021 |
| VS. | CASE # 1:19-CR-00077-JB |
| MICHAEL JAMES NISSEN (DEFENDANT) | JUDGE JAMES O. BROWNING |

SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE ANNIHILATED FOR LACK OF TRUE BILL NOT RETURNED BY GRAND JURY. THIS CASE MUST BE DISMISSED IMMEDIATELY.

1) The written instrument of an offense charged against a person, which is presented to a Grand Jury. If satisfied by the evidence that the charge is probably true, it is <u>endorsed</u>, a "True Bill," and called an indictment.

2) An indictment or bill of indictment, the <u>indorsement</u> which the grand jury makes upon a bill of indictment when having heard the evidence, they are satisfied that there is a prima facie case against the accused,

Pg 1 of 3

3) Especially, the writing put on the back of a bill of indictment and <u>signed</u>.

4) To write one's name under, or at the end, i.e., to attest or authenticate a writing, deed, or instrument, by one's <u>signature</u>.

5) Constitutional Doctrine of the Fifth amendment says, No person shall be held to answer for a capital or otherwise infamous Federal crime, unless on a presentment or indictment of a grand jury.

6) No "True Bill" returned from grand jury, No Case! This case #1:19-CR-00077-JB is null and void. This case must be annihilated.

7) This is a due process violation and this case herein must be annihilated past, present and future.

<u>In Conclusion,</u>

This court must show cause as to why this case said herein should not be annihilated for lack of True Bill returned by the grand jury immediately upon receipt of this

document, this unlawful prosecution is a grotesque abuse of due process of a private citizen on a magnatude of grave concern, the property damage perpretrated upon the Cestui Que Trust is unlawful in so many variations that one cannot possibably assess with all the flagrent violations of Contract Trust Laws, agent sole beneficiary of the Cestui Que Trust Michael James Nissen requires full accounting and recoupment in private chambers before the Chancellor for this blatant and shameful act of unlawful prosecution, in addition immediate release of inmate detained illegally, Michael James Nissen from involuntary servitude of a debtor's prison is required, here's my signature, here's the order, This case must be dismissed for breach of Contract Trust Law.

Date: 03/06/2021    by: Nissen, Michael James
                        Nissen, Michael James

Name: Nissen Number: 02509151
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 12 2021

MITCHELL R. ELFERS
CLERK

RALEIGH NC 275
Research Triangle Region
8 MAR 2021 PM 3 L

United States District Court
clerk of the court
Suite 270
333 Lomas Boulevard, northwest
Albuquerque, new mexico

