notice to Joe Romero, esquire

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 APR 26 PM 2:43
CLERK-ALBUQUERQUE

   effective immediately, you Joe Romero, esquire have been terminated, discharged and released of your fiduciary responsibilities and obligations regarding the cestui que trust estate of MICHAEL JAMES NISSEN based on the following criteria, conflict of interest, professional malconduct, ineffective assistance of counsel which of all are recorded and documented into the public for all to witness your grotesque and shameful professional behaviour.
   conflict of interest stems from several items of which are a form 56 filed with the department of treasury, a letter and color of law violation and warning issued to you by the private agent living man of the flesh and blood occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN, Joe Romero, esquire received these documents by certified mail and in addition to supplement this conflict of interest the rightful lawful sole heir private agent occupant of the cestui que trust estate of MICHAEL JAMES NISSEN has issued several orders from the office of the cestui que trust estate only to go ignored by assistance of counsel in defendants case as an adversary against the federal corporate court, Joe Romero, esquire is a biased corporate officer

<u>notice to Joe Romero, esquire</u>

who owes an allegience to the federal corporate court and not the principle of MICHAEL JAMES NISSEN which is evidenced on record and documented for all to witness this malicious action of Joe Romero, esquire,

    as for professional malconduct this comes from an affidavit filed in the year of 2020 approxiamately fourteen months ago from the date of this notice preventing Joe Romero, esquire to consent to any court proceedings without the consent of the private agent occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN, the possibility of a criminal complaint being filed against Joe Romero's bond with the insurance commissooner for professional malconduct does exist and is plausible with acceptance of record by Joe Romero, esquire which also puts James O Browning at risk for allowing this to take place as recorded and documented for all to witness,

    wherefore, i private agent occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN fully expect this corporational court of the federal united states to honor this termination of Joe Romero, esquire

notice to Joe Romero, esquire

for his professional malconduct alone not to mention the conflict of interest and ineffective assistance of counsel which compounds this absurd professionalism of Joe Romero, esquire, i private agent occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN requires this federal corporational court to honor this termination, discharge, release of this disgraceful Joe Romero, esquire in its entirety to the fullest extent so that the proper private agent occupant rightful lawful sole heir sole beneficiary of the cestui que trust estate of MICHAEL JAMES NISSEN can bring this fictitious defacto case to a final conclusion by enforcing exclusive equitable rights set forth by the federal united states government corporation by its very own laws that don't apply to the private agent but were made to protect the cestui que trust estate of MICHAEL JAMES NISSEN.

Date: 04/20/2021    by: Nissen, Michael James/agent
                         Nissen, Michael James/agent

Pg 3 of 3

to: clerk of the court

by: nissen, michael james /agent

case# 1:19-CR-00077-JB

clerk of the court,

please file and court time stamp these legal documents into the court for the case# 1:19-CR-00077-JB for all to witness.

Date: 04/20/2021      by: Nissen, Michael James /agent
                          Nissen, Michael James /agent

Nissen, Michael
C.C.C.C.
post office box 3540
milan, new mexico

CoreCivic
Inmate Mail
Not responsible
for content

Legal-
Mail

MITCHELL R. ELFERS
CLERK

APR 26 2021

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

ALBUQUERQUE NM 870
23 APR 2021 PM 4 L

United States District Court
clerk of the court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

8710232274 C023

