notice from the living man of the flesh and blood

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 APR 26 PM 2:49
CLERK ALBUQUERQUE

i, private agent sole beneficiary sole heir living man of the flesh and blood, occupant of the office of the cestui que trust estate of MICHAEL JAMES NISSEN, who has proclaimed and never left the office as the occupant living man before any court proceedings while involved with federal and state corporate law enforcement bureacrats, where upon an unjust and illegal arrest being forced into involuntary servitude of nisan for a deceased incorporated artificial entity et, al, then upon the very first conception of a corporate court proceeding in a foreign tribunal known as the federal united states district court, the private agent continued to convey that the agent of the cestui que trust estate of MICHAEL JAMES NISSEN was and is the living man of the flesh and blood which is recorded and documented throughout this entire fictitious debacle of an illegal prosecution that took place in James O'Brownings corporate venue, living man was forced into involuntary consent by the arbitrary abuse of power by a trustee of the cestui que trust known as James O'Browning, his corporate venue all the while ignoring the fact that the living man of the flesh and blood did not consent to a joinder for being someone the living man is not in the past, present and future, to this very day the living man does not consent,

notice from the living man of the flesh and blood

nor does the living man "volunteer" for a deceased incorporated artificial entity et, al, i agent do not know who MICHAEL JAMES NISSEN is, maybe the federal defacto corporate court of tyranny and all it's corporate court jesters should go find MICHAEL JAMES NISSEN and continue your court proceedings you have set forth against MICHAEL JAMES NISSEN, whoever that guy is, that isn't me! private agent living man of the flesh and blood continues to abate anything and everything regarding any joinder to whoever MICHAEL JAMES NISSEN is.

in addition the living man private agent = the cestui que trust estate of MICHAEL JAMES NISSEN has immunity from any federal and state corporate prosecution as stated in the cestui que vie act of 1666, constitutional doctrine and the most recent trading with the enemy act of 1917, this case is based on presumptive law with no merit and is unjust and inproper for a modern and civilised country as stated herein, and a grotesque due process violation, this case must be dismissed and/or settled and discharged against the principle known as MICHAEL JAMES NISSEN which the private agent has granted and conveyed from the trust estate of MICHAEL

notice from the living man of the flesh and blood

JAMES NISSEN, the private agent has also provided this trustee corporate court the instruments necessary to settle any and all debts against MICHAEL JAMES NISSEN the deceased incorporated artificial entity et, al,

Wherefore, the living man of the flesh and blood, who also has diplomatic immunity from federal and state government/corporation prosecution expects and requires this corporate court venue of James O' Browning to do what is just and proper in the righteousness for the benefit of the private agent occupant living man of the flesh and blood in the cestui que trust estate office of MICHAEL JAMES NISSEN.

govern yourselves accordingly to your very own federal corporate court statutes, codes, laws, rules and regulations and government policies which are in conflict with constitutional doctrine and are unenforceable against an illegally detained private civilian non citizen national who governs the estate by way of the Most High (omnipotent) all powerful and the natural laws set forth for all His children.

Date: 04/20/2021

by: Nissen, Michael James /agent
Nissen, Michael James /agent

Pg 3 of 3

Disco michael
C.C.C.C
Post office box 1548
milan, new mexico

CoreCivic
Inmate Mail
Not responsible
for content

ALBUQUERQUE NM 870
23 APR 2021 PM 3 L

United States District court
clerk of the court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

8710282274 C023

