writ of order from the private agent occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

FILED
UNITED STATES DISTRICT COURT
DISTRICT
2021 APR 26 PM 2:46
CLERK-ALBUQUERQUE

effective immediately, Joe Romero, esquire will be filing or has filed a motion to recuse himself from case #1:19-CR-00077-JB based on the following criteria, conflict of interest, professional malconduct, ineffective assistance of counsel of which all are recorded and documented on the public record for all citizens to witness,

as stated in a letter addressed to Joe Romero, esquire, which i the private agent occupant in the office of the cestui que trust estate have provided a copy to the federal corporate court, i, living man of the flesh and blood, private agent occupant rightful lawful sole heir sole beneficiary competent and of sound mind has with unalienable rights endowed by the MOST High (omnipotent) all powerful, i private agent have retained the position in the office of the cestui que trust estate of MICHAEL JAMES NISSEN to properly administer administrative duties and responsibilities of the legislative, executive and judicial functions of the trust as the private agent for the principle

writ of order from the private agent occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

MICHAEL JAMES NISSEN, i private agent does not volunteer, does not consent and most certainly does abate any and all joinders to MICHAEL JAMES NISSEN the deceased incorporated artificial entity et, al, of a fictitious entity, in addition i private agent occupant in the cestui que trust estate of MICHAEL JAMES NISSEN does not accept any legal responsibilities or obligations brought against MICHAEL JAMES NISSEN in any shape, form, or matter et, al., past, present and future,

Wherefore, i agent of the trust for the principle MICHAEL JAMES NISSEN fully expects the federal government corporational court to honor this in its entirety to the fullest extent so that the proper private agent can bring this case said herein to a final conclusion to satisfy all debts incurred by the defendant who is deceased incorporated artificial and not capable of any such crime the defendant was charged and convicted of by enforcing exclusive equitable rights of the trust of MICHAEL JAMES NISSEN.

writ of order from the private agent occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

i am simply the private agent occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN, i'm not doing this for the private agent, i'm doing this for MICHAEL JAMES NISSEN whoever that guy is, that isn't me! here is my signature, here is the order from the private agent occupant sole heir sole beneficiary in the office of the cestui que trust estate of MICHAEL JAMES NISSEN.

Date: 04/20/2021   by: _Nissen, Michael James/agent_
                       Nissen, Michael James/agent