to: the clerk of the court

by: Freedom Rings, private agent for NISSEN, MICHAEL JAMES.

CASE # 1:19-CR-00077-JB



clerk of the court,

please court time stamp this legal notice and forward to all parties involved in CASE# 1:19-CR-00077-JB for all to be notified.

Date 04/30/2021

Respectfully Submitted,
by: _Freedom Rings / private agent_
Freedom Rings / private agent
attorney general, living man

notice to the court.

i Freedom Rings private agent attorney general living man of the flesh and blood, sole heir sole beneficiary occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN require that the private agent attorney general be present in physical form before this court on behalf of any legal federal administrative court proceedings against the trust estate of the deceased, incorporated artificial entity et, al., of the principle name of MICHAEL JAMES NISSEN, i Freedom Rings private agent attorney general living man do not waive any rights of the trust and fully expect this court to respect the due process clause to its fullest extent, in addition being the private agent attorney general in the official judicial capacity of the cestui que trust estate office of MICHAEL JAMES NISSEN, i Freedom Rings private agent attorney general living man require that this federal united states government corporation send all correspondences of legal matter from all parties involved in CASE# 1:19-CR-00077-JB in a timely fashion to an illegally detained private agent attorney general for record to be received and documented into the office of the cestui que trust estate of MICHAEL JAMES NISSEN, an address will be provided to this court within this notice for all correspondence to be sent to the private agent attorney general living man occupant in the office

Pg 1 of 2

of the cestui que trust estate of MICHAEL JAMES NISSEN who is illegally incarcerated and being wrongfully prosecuted for the actions of another entity that is not me by the federal united states government corporation, i Freedom Rings private agent attorney general living man occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN will continue to enforce equitable rights of the trust for the deceased, incorporated artificial entity et, al., of MICHAEL JAMES NISSEN the principle whoever that guy is, that's not me nor has it ever been me, i'm not doing this for Freedom Rings private agent living man of the flesh and blood, i'm doing this for MICHAEL JAMES NISSEN whoever and wherever that guy is.

Date: 04/30/2021

Respectfully Submitted,
by: _Freedom Rings / private agent_
Freedom Rings / private agent
attorney general, living man
c/o: Freedom Rings agent for
NISSEN, MICHAEL JAMES  02508151
CORE CIVIC CORRECTIONS CENTER
P.O. BOX 3540
Milan, NM  87021

Pg 2 of 2

ISSEN, MICHAEL / TRUST ESTATE
- C.C.C. OLSOVIST
post office box 3540
ilan, NEW MEXICO

CoreCivic
Inmate Mail
Not responsible
for content

Legal Mail

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 04 2021
MITCHELL R. ELFERS
CLERK

United States District Court
clerk of the court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

ALBUQUERQUE NM
3 MAY 2021 PM 2

87102-227470