to: clerk of the court,

by: NISSEN, Michael james / private agent,

CASE# 1:19-CR-00077-JB,

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 11 2021
MITCHELL R. ELFERS
CLERK

clerk of the court,

please court stamp these documents and enter them onto the record for CASE# 1:19-CR-00077-JB and forward these to all federal united states government corporational biased court jesters involved with this fictitious defacto CASE# said herein, thank you.

Date: 04/26/2021   by: nissen, michael james / private agent
nissen, michael james / private agent
living man of the flesh and blood,

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN.

a brief but quick decree from the private agent, occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN, the following list is the statutes, codes, laws, rules, regulations and government corporational policies of the federal government corporational united states that don't apply to the living man of the flesh and blood, the private agent of the cestui que trust estate has produced this with perfection for the defense of the deceased artificial incorporated entity et, al., of MICHAEL JAMES NISSEN with the statutes, codes, laws, rules, regulations and government corporational policies of the federal united states of the district of columbia, a foreign tribunal whose policies only affect a fictitious incorporated artificial entity et, al., and to this point all work in favor of freeing an enslaved deceased incorporated artificial entity et, al., a printed non-existant entity of this dark insidious faction of transforming transgressors who don't abide by the Most Highs (omnipotent) all powerful, natural laws of right vs. wrong, this federal united states corporational venue of trustee James O' Browning has simply used his arbitrary abuse of power to impose his will over the free will of the living man of the flesh

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN.

and blood, private agent occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN, for the flesh and blood of man is only for a short time of the Most Highs Will, but the spirit of the body belongs to no-one else but to that of the Most High, even the devil, lucifer, satan, set, baal et, al., has rules set forth which the Most High commands at will, so judge as you see fit or whoever controls your will, i living man of the flesh and blood knows what unalienable rights vs. man made rights are of right vs. wrong, to this date im as innocent as it comes for im not this deceased incorporated artificial entity et, al., the entity the federal united states corporation has falsely indicted and convicted is MICHAEL JAMES NISSEN whoever that guy is, that isn't me! i private agent don't volunteer at any point past, present and future for a dead deceased incorporated artificial entity et, al., that a black robed priest named James O' Browning presides over in a fictitious public war powers court, if i private agent looking at CASE#1:19-CR-00077-JB would say that by the all capital presentation that the so called black robed priest is also a fictitious entity as is the CASE, release the living

Pg 2 of 12

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN.

man of the flesh and blood for the federal united states government corporation has no authority or jurisdiction over the living mans Free Will,
   now on with the list of the federal united states statutes, codes, laws, rules, regulations and government corporational policies of monarchy tyranny that clearly sets free a fictitious dead deceased incorporated artificial entity et, al., of the federal united states government corporational sham and charade that is recorded and documented before the Most High who will judge each and everyone of us when that moment arrives questioning mortality of life vs. death, then the closing for this decree to this fictitious defacto despotic federal corporational court agency of cestui que trustees who are clearly violating trust laws, this federal united states government corporation of all entities involved is clearly not an unbiased government corporation for all the actors owe an allegience to their masters known as the federal united states, the list;

   1- unalienable rights,
   2- declaration of independance,
   3- mistrial,
   4- perjury,

Pg 3 of 12

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN.

5. - Religious freedom restoration act,
6 - mobile telecommunications sourcing act,
7 - monroe doctrine,
8 - constitutional doctrine - a compact contract of trust law,
9 - breech of contract trust law,
10 - natural law of the Most High,
11 - bill of rights,
12 - civil rights,
13 - 42 U.S.C. § 1983 (Bivens act), against J.B.,
14 - cestui que vie act of 1666,
15 - debt relief act of 1793,
16 - trading with the enemy act of 1917,
17 - emergency banking relief act of march 9th, 1933,
18 - judicature act of 1873
19 - article IV, full faith and credit of the united states,
20 - article VI, section II,
21 - probated birth certificate,
22 - no delagation of authority,
23 - no real party of interest for plaintiff or defendant,
24 - no true bill, not endorsed by proper signature,
25 - interstate and foreign commerce, call never crossed state lines, only gps signal tracking coordinates of cell phone as stated in 260 page motion and

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

highlighted, also refer to F.B.I AGENTS testimony to the fictitious grand jury of the summary given to a non-existant grand jury

    26 - lack of proper evidence given to fictitious artificial grand jury of call crossing state lines and call log that was as fictitious as the grand jury and the indictment that is all capital lettering denoting non-existant entities et, al., as clearly noticed to this fictitious federal united states corporational agency,

    27 - prosecutorial misconduct of the (US/A's),

    28 - professional malconduct accepted on the record by Joe Romero, esquire for not adhereing to the private agent's affidavit, color of law violation and warning, letter, and most recent was not given consent by the private agent to send a dead deceased incorporated artificial entity et, al., to FEDERAL MEDICAL CENTER in butner, north carolina, ineffective assistance of counsel all recorded and documented into the court by the clerk of the court,

    29 - Susan Porter, esquire, released for ineffective assistance of counsel on record and documented,

Case 1:19-cr-00077-JB   Document 178   Filed 05/11/21   Page 7 of 14

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

30- Ken Gleria, Jack M<sup>c</sup>hitaran released for ineffective assistance of counsel for not performing their services they were paid for on contract by an outside source, discovery file of the government corporation never exposed for the truth to be seen about what a dead deceased incorporated artificial entity et, al., did according to the complete fictitious indictment granted by a non-existant grand jury, the hidden exculpatory evidence of the discovery would have cleared the dead deceased incorporated artificial entity et, al., of any and all wrongful actions that a deceased entity couldn't possibably commit, also on the fictitious 260 page highlighted report of the jury trial transcripts it is clearly noted how the black robed priest of deceased nature threatens defensive counsel of elaborating on federal united states interstate and foreign commerce and how it works in this fictitious scam of the federal united states corporational agency,

Pg 6 of 12

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

31 - Melissa Morris, esquire a federal public defender, defending the public from the dead deceased incorporated artificial entity et, al., which the dead deceased entity is incapable of commiting any such crime as brought forth by a total bogus fictitious grand jury indictment, CASE# 1:19-CR-00077-JB (all cap lettering denoting no real party of interest), besides Melissa Morris, esquire introducing herself to the private agent, living man of the flesh and blood, at the very first meeting of assistance of counsel and a deceased entity, her professional wording was and i quote; "you have made some serious political enemies," then with no more to say at that point in time, Melissa Morris, esquire ended the meeting, throughout the entire time of Melissa Morris, esquires tenure, the living man of the flesh and blood, all recorded by C.C.C.C and the federal public defenders recordings, the private agent never consented and abated anything and everything as the discovery file of the federal government corporation has paperwork regarding to claim to the

declaration from the occupant in the office of the <u>cestui que trust estate</u> of MICHAEL JAMES NISSEN, strawman name by a retired federal united states government corporational Judge of 35 years,

in closing all the paperwork filed for the dead deceased incorporated artificial entity et, al., by the private agent who assumes no responsibility or so called legal obligations perpretrated against MICHAEL JAMES NISSEN by the federal united states government corporation, the living man of the flesh and blood has been body snatched and illegally detained aboard a federal vessel by armed rogue corporational policy enforcers of a foreign country, this is equivlant to crimes against humanity being locked away in an international geneva convention camp as a prisoner of war declared by the federal united states government corporation in 1860 of the civil war that took place under lincoln's tenure as C.E.O of the federal united states corporation, all the paperwork filed as this journey involving the federal united states government corporation is recorded and documented for all to witness this unjust and treacherous action against an american private civilian non citizen national

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

As long as this federal united states government corporation of a fictitious defacto venue of luciferian reign allows for the public to view and to witness this sham and charade of this federal monarchy of perfidy tyranny against one and all that don't remain quiet and complient and follow the federal united states government corporations statutes, codes, laws, rules, regulations and government corporational policies that are for the deceased incorporated artificial entities et, al., that the darkside of the black robed priest preside over, i private agent living man of the flesh and blood, occupant in the office of the cestui que trust estate for MICHAEL JAMES NISSEN has been silenced and put on ice for my political views as Melissa Morris, esquire stated, the federal united states government corporation is clearly not following their very own statutes, codes, laws, rules, regulations and government corporational policies including the constitution and dictating the very outcome of the private agent, occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN and the very near certain future which will indicate their authorterian direction of the private agent who does not consent to their statutes, codes

declaration from the occupant in the office of the <u>cestui que trust estate of MICHAEL JAMES NISSEN</u>,

laws, rules, regulations and government corporational policies, i private agent will continue to pray to the Most High (omnipotent) all powerful for a favorable outcome against this evil empire of the federal united states government corporation that this experience is all but an illusion so that i private agent can live out my natural life without any further interference of this federal united states government corporation, i private agent do not consent nor do i private agent volunteer for a fictitious entity et, al., at any time past, present and future as stated on record, i private agent also filed a non-statutory abatement of persona designata with this federal united states defacto debacle of satanic underworld demons of their democracy, this hodgepodge of never ending transgressing actions perpretrated by the cabal of the underworld by all federal united states government corporational court jesters is as vicious as a rabid dog named "cujo", the darkworld symbolism is very prevalant in the capital of Washington, d.c., which was recently exposed on the history channel and David Icke.com's site for inquiring minds to read and learn about as the federal united states is being exposed for,

Pg 10 of 12

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

this heinous federal united states government corporational court has absolutely no jurisdiction over the living man of the flesh and blood, and for this federal united states government corporation of an illumanati court to force its will and so called statutes, codes, laws, rules, regulations and government corporational policies upon a living man of the flesh and blood, is a savagely grotesque spiritual violation of the Most Highs Will (omnipotent) all powerful, that each and everyone of you will face upon judgement day before the Most High and his court that overrides even your so called sovereignity J-B, the federal united states has no right to stamp over the living mans Free Will who governs himself by natural law of the Most High, for you James O' Browning to break the sacred jesuit world order oath does not put you in a favorable good light with the Most High as even you cant escape the grip of the Most High for your actions as you have swore an oath to uphold and protect all your federal united states statutes, codes, laws, rules, regulations, and man made government corporational policies that are in conflict with this so called compact of contract trust law of constitutional doctrine

declaration from the occupant in the office of the cestui que trust estate of MICHAEL JAMES NISSEN,

or the natural laws of the Most Highs Will (omnipotent) all powerful, that you sir James O' Browning have taken an oath to uphold and protect the supreme law of the land which supercedes all of the federal united states government corporational man made statutes, codes, laws, rules, regulations and government corporational policies in favor of section one, fourteenth constitutional private civilian non citizen nationals which are exempt by your federal united states government corporational statutes, codes, laws, rules, regulations and government corporational policies before the Most High (omnipotent) all powerful only in vain which to date has been clearly and decisefully evidenced by this federal united states district courts actions on record and documented before the Lord of lords, the King of kings, the Most High, you sir James O' Browning can and i private agent pray you will do what's right in the eyes and heart of the Most High, i private agent living man of the flesh and blood am truly free now for the Truth has completely exposed itself at your expense on this place we call home for the living man, Earth!

Date: 04/24/2021

by: Nissen, Michael James /private agent
Nissen, Michael James /private agent

Pg 12 of 12

Nissen / agent Private
c.c.c.
post office box 3540
los lun, new mexico

United States District Court
Clerk of the Court
Suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 11 2021

MITCHELL R. ELFERS
CLERK