FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 MAY 17  PM 12: 30

CLERK-ALBUQUERQUE

To: Clerk of the Court

From: Michael James Nissen

Case # 1:19-CR-00077-JB

Clerk of the Court,

please court time stamp this affidavit into the case # above and distrabute [sic] to all parties involved in said case, thank you.

Dated: 05/14/2021

respectfully submitted,
by: _Michael James Nissen_/private
Michael James Nissen/private

affidavit of being denied due process.

   this federal judicial court venue lacks subject matter jurisdiction for i michael james nissen living man have appeared before the administrative agency in written petition, i michael james nissen have been denied due process because i petitioned the administrative agency for an adjudicative hearing and a declaratory order to determine if i'am the "person" or "whoever" named in the statutes, and i was denied on adjudicative hearing and a declaratory order,
   here is a sample definition of "person" or "whoever" found in r.c.w. 46.04.405 "person" or "whoever" includes every natural person, firm, copartnership, corporation, association, or organization, do not be deceived by the use of "natural person" because when listed with other artificial entities, such as "firm, copartnership, corporation, association, or organization," the meaning of "natural person" takes on that of an artificial entity,
   pursuant to the legislative rules, a bill must be confined to one subject, and all items listed as the subject of said bill, must be of the same class or type, i do not see a living man listed in the above definition of "person" or "whoever," therefore, the definition if it were

intended to apply to living men and women violates the rule of statutory construction,

ejusden generis, of the same kind, class, or nature, in statutory construction, the "ejusdem generis rule" is that where general words follow an enumeration of persons or things by words of a particular and specified meaning, such general words are not to be construed in their widest extent, but are to be held as applying only to the persons or things of the same general kind or class as those specifically mentioned,

as for federal law, title 18 U.S.C. does not contain a definition of "person" or "whoever," therefore, i found a general definition of "person" or "whoever" in 1 U.S.C. §1 - words denoting number, gender, and so forth: "in determining the meaning of any act of congress, unless the context indicates otherwise, the words "person" and "whoever" include corporations, companies, associations, firm, partnerships, societies, and joint stock companies, as well as individuals,

wherefore, this federal judicial court lacks subject matter jurisdiction, therefore, this case #1:19-CR-00077-JB must and should be dismissed immediately for due process violations upon receipt of this affidavit.

govern yourselves accordingly,

by: _Michael James Nissen / private_
Michael James Nissen / private

Pg 2 of 2

Nissen, michael
02508151
C.C.C.C.
Post office box 3540
Milan, new mexico

Legal Mail

ALBUQUERQUE NM 870
14 MAY 2021 PM 4 L

"Frank"

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 17 2021

MITCHELL R. ELFERS
CLERK

United States District Court
c/o Clerk of the court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

87102-227470