**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 24 2021

MITCHELL R. ELFERS
CLERK

To: clerk of the court

From: Michael James Nissen /private

CASE #: 1:19-CR-00077-JB

clerk of the court,

please court time stamp this legal

document(s) into the record of the court

for said case above, thank you.

date: 05/19/2021                 respectfully submitted,
                                 by: Michael James Nissen / living man
                                 Michael James Nissen / living man

MAY 24 2021

MITCHELL R. ELFERS
CLERK

declaration from michael james nissen private
living man in private individual capacity being
denied due process of law.

i michael james nissen, private civilian living
man in private individual capacity establishing
my status and competency have appeared before
the administrative agency in written petition
requesting an adjudicative hearing and a
declaratory order determining that i michael
james nissen, private living man am subject
to the code of title 18 U.S.C. ≠ 875(c), i'am being
denied due process of law by the administrative
agency for not disclosing a final determination
in writing if i michael james nissen, private
living man am subject to the code of title 18
U.S.C. ≠ 875(c), an affidavit of being denied
due process of law has been filed with the
clerk of the court for the record of the court,
if the judge enters a judgement it is null
and void for i michael james nissen, private
living man am being denied due process of law,
i michael james nissen, private living man does
not consent or volunteer for any corporate
tradename artifial entities at any time past,
present, or future, ecclesiastical canon law
two zero five seven, any administrator

or executor that refuses to immediately dissolve a cestui que (vie) trust upon a person establishing their status and competency, is guilty of fraud and fundamental breech of their fiduciary duties requiring their immediate removal and punishment, therefore, this federal judicial court lacks subject matter jurisdiction, in addition this matter must be dismissed immediately for, michael james nissen, private civilian living man am being denied due process of law.

date: 05/19/2021          by: govern yourselves accordingly,

Michael James Nissen / private

notice of motion to provide discovery of final determination of the administrative agency to invoke the courts subject matter jurisdiction.

comes now, michael james nissen, private living man to compel this federal judicial court to provide discovery of final determination of the administrative agency to invoke the courts subject matter jurisdiction, failure to provide discovery is an abrogation of due process of law,
michael james nissen requires this federal judicial court to provide discovery of the administrative agencys adjudicative hearing and declaratory order determining that michael james nissen the private living man is subject to the code of title 18 U.S.C. § 875(c),
wherefore, failure to provide the administrative agencys adjudicative hearing and declaratory order results in an administrative agency default and a violation of due process of law by this federal judicial court of james o' browning, therefore, this case # 1:19-CR-00077-JB should and must be dismissed immediately upon receipt of this notice.

dated: 05/17/2021

govern yourselves accordingly,
by: Michael James Nis / private
Michael James Nissen / private

Pg 1 of 1

To: United States Attorney General
c/o: Merrick Garland
950 Pennsylvania, Ave N.W
Washington, D.C
    20530-0001


From: Michael James Nissen /02508151
Core Civic Corrections Center.
Post Office Box 3540
Milan, New Mexico  87021


Merrick Garland,

    I, Michael James Nissen am requesting an adjudicative hearing and a declaratory order from the administrative agency to determine if i'am the "person" or "whoever" named in 18 u.s.c § 875 (c) in writing, i require the administrative agency to make the determination that i'am or am not subject to the codes and make it in writing, i quote the definition of 18 U.S.C. § 875(c) as follows: "Whoever" as found in the code, i'am the living man, a private civilian citizen in my private capacity,
        included is my affidavit of status, and

Pg 1 of 2

declaration of status filed with the agency courts, in addition i require the administrative agency to issue an order saying the code applies to the living man and i quote: "this is me, and this is the definition in the code, i do not see me, a living man listed in the definition, so it is your responsibility to determine if i fall within the definition of person subject to the code."

   in conclusion i look forward to a timely response regarding this very important matter before us today from this administrative agency, may God Bless America.


Dated: 05/11/2021

Respectfully Submitted,

by: _Michael James Nissen /private_

Michael James Nissen/private


  Here is a copy of the request for an adjudicative hearing and declaratory order determining in writing if Michael James Nissen private living man is subject to the code sent to the administrative agency via core civic corrections center certified mail with receipt on record.

"FRANK'S"

ALBUQUERQUE NM 870

20 MAY 2021PM 2 L

UNITED STATES
ALBUQUERQUE

MAY 24 2021

MITCHELL R. ELFERS
CLERK

CoreCivic
Inmate Mail
**Not** responsible
for content

Nissen, Michael
02508151
C.C.C.C.
P.O Box 3540
Milan, New mexico
[87021]

United States District Court
c/o: Clerk of the court
Suite 270
333 lomas boulevard, northwest
albuquerque, new mexico  87102

87102-227470