to: clerk of the court,

from: michael james nissen /private

CASE#: 1:19-CR-00077-JB

clerk of the court,

please court time stamp this legal document into the record of the court,

thank you.

date: 05/21/2021

respectfully submitted,
by: *Michael James Nissen /private*
Michael James Nissen/private

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 MAY 25 PM 4:46

CLERK-ALBUQUERQUE



Affidavit of competency and status

i michael james nissen, private civilian living man in private individual capacity have received a certificate of restoration of competency issued by t, scaratino, complex warden of Federal medical center butner, north carolina and as holder of my sovereign estate michael james nissen has an affidavit of life and proof of claim via the live birth record, the private CQV trust is exempt in the trading with the enemy act as a public enemy combatant belligerent, as a sovereign public trust i michael james nissen, private living man can claim "legal title" to my estate property which for the record of the court has been done from day one when the clerk of the court, a trustee and from which s/he created a constructive trust - the case - for which s/he appointed the judge and prosecutor titles which hold temporary liability - trustee and prosecutor respectively, but they cannot dissolve the CQV trust or the entire global system will collapse because they cannot exist without our energy which they obtain via that CQV trust, they can enforce the existing rules of trust law which means as trustee (judge), they can set-off

Pg 1 of 3

their debt and leave us alone, now they know that we are onto their fraud and every time they go into court to administer a trust account, they will not know if we are the one who will send them to jail, the trustee (judge) is the liable party who will go to jail, and the executor (prosecutor) is the one who enforces this, this is why they want us to take both titles, because then, not only do we go to jail but also by signing their paper, we become executor and enforce our own sentence, they cannot afford to violate the ecclesiastical canon laws, out of fear of ending their careers so they are, again trapped with no place to run, they can dismiss the case(s) before they even take the risk of our exposing their fraud... which also makes no sense because then their careers again come to a screeching halt, ecclesiastical canon law 2057, any administrator or executor that refuses to immediately dissolve a cestui que (vie) trust upon a person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment, i michael james

nissen, private civilian living man am the beneficiary of sovereign public trust, the state is my public servant/trustee with a fiduciary duty to protect and serve me, the rightful beneficiary of my public trust,

wherefore, this case/matter 1:19-CR-00077-JB must be dismissed immediately for being denied due process of law of which this federal judicial court lacks subject matter jurisdiction of a private civilian living man in private individual capacity who is competent and of sound mind and not subject to the code of title 18 U.S.C. as previously stated in separate affidavit and declaration filed into the record of the court.

date: 05/21/2021

govern yourselves accordingly,
by: _Michael James Nissen / private_
Michael James Nissen / private

nissen, michael
c.c.c.c.
post office box 3540
milan, new mexico

CoreCivic
Inmate Mail
Not responsible
for content

"FRANK"

ALBUQUERQUE NM 870
24 MAY 2021 PM 3 L

United States District Court
c/o: clerk of the court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

87102-227470

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 25 2021

MITCHELL R. ELFERS
CLERK