FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 1 2021

MITCHELL R. ELFERS
CLERK

19 CR 77 JB

Notice of motion to dismiss this matter/ case for lack of subject matter jurisdiction for being denied due process of law.

comes now, michael james nissen, private civilian living man in private capacity to compel this federal judicial court to dismiss this matter/case for lack of subject matter jurisdiction for being denied due process of law, recent affidavits, declarations, notice's along with a copy of letter sent to the united states attorney general is enough circumstantial proof that the living man, michael james nissen is not subject to the code, therefore, this federal judicial court lacks subject matter jurisdiction for michael james nissen, private living man is being denied due process of law for several reasons listed hereafter, 1) for failure of receiving an adjudicative hearing and declaratory order by the administrative agency determining in writing that michael james nissen, private living man in private capacity is subject to the code, 2)james o' browning in his official judicial capacity violated due process of law, this is outlined and filed as "notice to james o' browning," i michael

Pg 1 of 2

james nissen, private living man require
immediate dismissal of this matter/case
and a federal judicial court order for
immediate release of an illegally
prosecuted and illegally detained michael
james nissen, private living man.

govern yourselves accordingly,

date: 05/22/2021     by: _Michael James Nissen/private_

Michael James Nissen/private