to: clerk of the court.

from: michael james nissen /private

case#: 1:19-CR-00077-JB

    clerk of the court,

    please court time stamp these two

legal documents and enter them

into the record of the court,

thank you.

                    respectfully submitted,

date: 05/27/2021    by: Michael James Nissen /private

                           Michael James Nissen/private