FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 01 2021
MITCHELL R. ELFERS
CLERK

19cr77JB

Affidavit of due process violations by the administrative agency and judge james o' browning in his official judicial capacity.

i michael james nissen, private living man am being denied due process of law by the administrative agency for not providing a requested adjudicative hearing and declaratory order in writing determining that michael james nissen, private living man is subject to the code, therefore, this federal judicial court lacks subject matter jurisdiction for michael james nissen, private living man is being denied due process of law and any judgements entered past, present and future are null and void for i michael james nissen, private living man am being denied due process of law by the administrative agency and this federal judicial court as recorded into the record of the court by affidavits, declarations, notice's and letter to the united states attorney general, also the "notice to james o' browning" outlining your due process violations and i quote: "if this court takes it upon itself to determine whether the defendant is named in the statute/code, because the agency failed to do so, the court is

violating due process of law, because that determination belongs to the agency," i, james o' browning am being denied due process of law and i do not consent to your obvious violation of my due process rights and nor do i volunteer for a corporate tradename, artificial entity et, al., this matter must be dismissed immediately for i michael james nissen am being denied due process of law and this court lacks subject matter jurisdiction.

date: 06/01/2021   by: *[signature]* /private
govern yourselves accordingly,
Michael James Nissen /private

Nissen, Michael
02505151
C.C, C.C
post office box 3540
milan, new mexico

Legal Mail

CoreCivic
Inmate Mail
Not responsible
for content

United States District Court
c/o: clerk of the court
suite 270
333 lomas, boulevard, northwest
albuquerque, new mexico

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 01 2021
MITCHELL R. ELFERS
CLERK