FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 JUN 4 PM 2:44

affidavit that this court lacks subject matter jurisdiction.

1) i michael james nissen, private living man puts forth the following affidavit

2) i have been denied due process of law by the administrative agency and judge james o' browning,

3) this court therefore, lacks subject matter jurisdiction,

4) i do not consent or volunteer,

5) case must be dismissed immediately,

6) ecclesiastical canon law 2057,

7) NO signature will be provided,

8) any judgements entered are null and void, for i have been denied due process of law which leads to lack of subject matter jurisdiction, case dismissed!

date: 06/01/2021      by: Michael James Nissen/private
                          Michael James Nissen/private