affidavit of my allegience
Most High (omnipotent) all powerful

i michael james nissen, private living man in private capacity owe my allegience to the Most High (omnipotent) all powerful, i will not serve any man other than the Most High,

1) I do not consent, or volunteer,

2) I'am not subject to the code, statutes, laws, rules, regulations and government corporational policies of man, or color of law,

3) I only adhere and follow the "natural laws" of the Most High (omnipotent) all powerful,

4) I'am being denied due process of law by the "black robed priest," james o' browning,

5) I DO NOT CONSENT, FOR I'am BEING DENIED DUE PROCESS OF NATURAL LAW!

date: 06/01/2021

govern yourselves accordingly,
by: Michael James Nissen /private
Michael James Nissen /private living man.