affidavit of formal objection - 4 - second
addendum to the presentence report.

i michael james nissen, private living
man am not subject to the code(s),
therefore, this court lacks subject matter
jurisdiction on any judgements including
this null and void second addendum to
the presentence report, the united states
probation office has no subject matter
jurisdiction whatsoever over the living
man who is being denied due process of law
by failure of the administrative agency
to provide a requested adjudicative hearing
and declaratory order in writing determining
that i the private living man am subject to
the code(s), therefore, i abate this presentence
report for i'am being denied due process of
law of which this court lacks subject
matter jurisdiction, this matter/case must
be dismissed immediately for i'am being
denied due process of law.

date: 04/03/2021

govern yourselves accordingly,
by: _Michael J. Nissen_ / private living man
michael J. Nissen / private living man