declaration that the court
lacks subject matter jurisdiction.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 JUN -4 PM 2:44
JOHN CLERK-ALBUQUERQUE

i michael james nissen, private living man declares the following,

1) i have been denied due process of law by the administrative agency and judge james o' browning,

2) this court therefore, lacks subject matter jurisdiction,

3) i do not consent, or volunteer,

4) case must be dismissed immediately,

5) any judgements entered are null and void for i have been denied due process of law which leads to lack of subject matter jurisdiction even after a null and void conviction, case dismissed!

date: 06/01/2021       govern yourselves accordingly,
by: Michael James Nissen/private
Michael James Nissen/private