declaration of this court lacking subject matter jurisdiction over the ~~private~~ living man


FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 JUN -4 PM 2:44

1) a response letter if any is not a legal determination

2) no administrative agency adjudicative hearing, no declaratory order in writing, denied due process of law, and they have not set the administrative agency record,

3) "all PERSONS are subject to the code" correct however, it is clear the definition does not name the "living man", title 18 U.S.C. uses the word "WHOEVER" but per Ejusdem Generis Rule it takes on that of an artificial entity, same kind, class, or nature, 1 U.S.C. §1 and 5 U.S.C. §551

4) just require the administrative agency to declare you are subject to the code, when they fail which they will, michael james nissen private living man has been denied due process of law,

5) how can there be a final determination if there was never an administrative hearing?

date 06/01/2021

govern yourselves accordingly,

by: _Michael James Nissen_ / private living man

Michael James Nissen / private living man