# Clearfield doctrine in full force

"as the use of private corporate commercial paper [Federal] reserve notes, debt currency or securities [checks] is concerned removes the sovereignty status of the government of "we the people" and reduces it to an entity rather than a government in the area of finance and commerce as a corporation and takes on the characteristics of a mere private citizen, this entity cannot compel performance upon its corporate statute or rules unless it, like any other corporation or person is the holder-in-due course of some contract or commercial agreement between it and the one upon whom the payment and performance are made and are willing to produce said documents and place the same evidence before trying to enforce its demands called statutes," for purposes of suit, such corporations and individuals are regarded as entities entirely separate from government, clearfield trust co. v. united states 318 U.S. 363-371,

when governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation — u.s. v. burr, 309 u.s. 242 see: 22 U.S.C.A. 286e; bank of u.s. v. planters bank of geogia, 66, ed (9 wheat) 244; 22 U.S.C.A. 286 et.seq., C.R.S, 11-60-103,

Note: under the clearfield doctrine, the courts are no longer government entities in that they are demanding private monies and most have a contract with you to compel performance, they are no more special as a normal business than your local jack in the box,

we created the government to SECURE our

rights, that is the sole purpose! we need to withdraw our consent to the perverted mutated government, in its current form, predatory corporations it has become destructive to the ends of its institutions, it no longer secures our rights, it takes them away! no one can argue with that, so i say we exercise our right to alter or abolish it, just as the unanimous declaration says:

"that to secure these rights governments are instituted among men deriving their just powers from the consent of the governed, that whenever any form of government becomes destructive of these ends, it is the right of the people to alter or to abolish it, and to institute new government laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their safety and happiness,"

however, it must be done respectfully in a civilized manner, and by an orderly transition, not by a bloody revolution, after all the world is watching and as the declaration says:

"a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation,"

i think we have done that admirably, just get on the internet and read all about it, the causes are numerous, well documented, articulately presented and undeniable, problem is, not enough people are well enough informed, they're getting there, and the bloodsucking leech politicians won't give up their cash cow so easily, so, ultimately, it is not

up to us to decide how they will close up shop and go home, it is up to them, we need only be willing to implement their choice, and, if organized government is not possible because of inherent human greed and weakness then so be it,

  the political colorable, corporate "state" does not appear as a word in the holy bible, however the word state does come from the greek root word "stato" which means "to stand," a state is something that stands stationary, fixed, or established, "establishments" exist only in the common thoughts created and sustained in the minds of men, it is a "legal fiction" or a "fiction of law," a state is a corporate fiction existing purely in thought, corporations and similar creations, are all fictions made up in men's minds, mere imagination! fictional, meaning neither natural nor existing of themselves, lies, they exist by the mutual agreement of the thoughts of men, likewise a state exists only in the minds of men, it is not the real state, that being the physical ground and the real people located thereupon, the state cannot be seen, talked to, harmed, injured, damaged, touched, made love to, moved to tears or write you a letter, it has all of the emotions of today's computer, it is a political creation designed to protect and/or control a certain object, it is not a Biblical concept.

respectfully submitted,

date: 06/03/2021

by: _Michael James Nissen_ / _private living man_

Michael James Nissen / private living man

Nissen michael 02507151
C.C.C.C.
post office box 3540
Milan, new mexico

Legal
Mail

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 04 2021
MITCHELL R. ELFERS
CLERK

United States District Court
c/o: Clerk of the court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico