IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                                                                                                                                                                       No. CR 19-0077 JB

MICHAEL NISSEN,

    Defendant.

## ORDER FINDING DEFENDANT COMPETENT

**THIS MATTER** comes before the Court to determine Defendant Michael Nissen's competency. Based on the representations of the psychological report (Doc. 169), which the Court adopts, Defendant appears to adequately understand the legal process to meet competency criteria. Defendant presents with features of a personality disorder, which is categorical in nature. Furthermore, Defendant's extreme overvalued beliefs relating to the sovereign citizen movement, while taking on an organizing function and occupying a central role in his life, are best understood as an extremist political philosophy and not as a psychotic belief system. Defendant has a factual understanding, in addition to the capacity and ability to assist his attorney, should he be willing to do so. Finally, at a hearing held on May 7, 2021, neither party objected to the psychological report or to the Court entering an order finding the Defendant competent to proceed. Therefore the Court finds and concludes that Defendant is competent to proceed pursuant to Title 18, United States Code Section 4241.

**IT IS THEREFORE ORDERED** that Defendant is presently competent to proceed in this matter.

_____
UNITED STATES DISTRICT JUDGE