To: clerk of the court,

From: private agent living man:

CASE#: 1:19-CR-00077-JB

clerk of the court,
please court time stamp these legal documents into the record of the court for all parties involved, thank you. nine pages here to be entered into the record of the court, ty.

date: 06/09/2021

respectfully submitted,
by: _Michael J Nissen / private agent_
Michael J Nissen / private agent

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 10 2021
MITCHELL R. ELFERS
CLERK

affidavit of certified mail proof of letter sent to united states attorney general.

i private agent living man, am filing this affidavit with certified mail receipt number to verify letter sent to united states attorney general requesting an administrative agency adjudicative hearing and declaratory order determining in writing that i the private agent living man am subject to the code(s), as of date of this affidavit i'am being denied due process of law which this court lacks subject matter jurisdiction, this matter must be dismissed immediately,

certified mail receipt number, received by addressee on 05/14/2021, i'am being denied due process of law.

7013 0600 0000 5876 2575

date: 06/09/2021

govern yourselves accordingly,
by: Michael James Nissen / private agent
Michael James Nissen / private agent

nissen, michael // private
02508151
C.C.C.C.
post office box 3540
Milan, new mexico

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 10 2021

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO,
c/o: clerk of the court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

