declaration that due process of law has been absolutely violated with no repercussions of judge james o' browning violations of due process of law.

i private agent living man for the legal title of the principle tradename do declare that i am being denied due process of law and equal protection of law that has been absolutely slaughtered with no regard to the rule of law, violations of this federal judicial court and the administrative agency listed herein describe this total disregard for the rule of law being perpretrated by judge james o' brownings judicial court,

1) administrative agency letter to united states attorney general requesting an adjudicative hearing and declaratory order determining in writing that the private agent living man is subject to the code to set the record of the court has not been received after thirty days of official certified mail receipt on record of the court,

2) judge james o' browning subsituted his judicial judgement in place of that of the administrative agency responsibility to give a requested adjudicative hearing and declaratory order determining in writing that the private agent living man is subject to the code, paperwork provided with this declaration clearly showing that the living man is not subject to the code(s),

3) "notice to judge james o' browning" clearly asking for postponement and continuance of sentencing hearing so private agent living man could exhaust administrative remedies for the principle tradename of MICHAEL JAMES NISSEN,

4) first notice of motion to provide discovery of administrative agency adjudicative hearing and declaratory order determining that the

private agent living man is subject to the code(s), presumption of law is a violation of being denied due process of law to set the administrative agency record for the judicial court,

5) second notice of motion to dismiss this matter for lack of subject matter jurisdiction has gone unanswered, which is a violation of due process of law,

6) two notice's to show cause as to why this matter should not be dismissed ignored with no record on the court, i'am being denied due process of law,

wherefore, this federal judicial court of judge james o' browning lacks subject matter jurisdiction, this matter must be dismissed, any judgement entered is null and void for the private agent living man is being denied due process and equal protection

of the law.

date: 06/09/2021

govern yourselves accordingly,
by: *Michael James Nissen/private agent*
Michael James Nissen/private agent


~~[scribbled out handwriting]~~

12/18/2020

### § 875. Interstate communications

(a) Whoever transmits in interstate or foreign commerce any communication containing any demand or request for a ransom or reward for the release of any kidnapped person, shall be fined under this title or imprisoned not more than twenty years, or both.

(b) Whoever, with intent to extort from any person, firm, association, or corporation, any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than twenty years, or both.

(c) Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

(d) Whoever, with intent to extort from any person, firm, association, or corporation, any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat to injure the property or reputation of the addressee or of another or the reputation of a deceased person or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both.

1 U.S.C. § 1 - 5 U.S.C. § 551(F) refer to this statute? The living man of the flesh and blood is not listed in class or type by statutory written definition anywhere legal, illegal, public or private.

Ejusdem Generis Rule

USCS 1

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

I am being denied due process of law by this rogue federal corporation.

*1 U.S.C. § 1*   *12/18/2020*

## § 1. ~~Words denoting number, gender, and so forth~~

In determining the meaning of any Act of Congress, unless the context indicates otherwise—

words importing the singular include and apply to several persons, parties, or things;

words importing the plural include the singular;

words importing the masculine gender include the feminine as well;

words used in the present tense include the future as well as the present;

the words "insane" and "insane person" shall include every idiot, insane person, and person non compos mentis;

~~the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;~~

"officer" includes any person authorized by law to perform the duties of the office;

"signature" or "subscription" includes a mark when the person making the same intended it as such;

"oath" includes affirmation, and "sworn" includes affirmed;

"writing" that he was not considered because of specific includes printing and typewriting and reproductions of visual symbols by photographing, multigraphing, mimeographing, manifolding, or otherwise.

*Where in title 18 U.S.C. does the living man of the flesh and blood play into any of this information listed herein*

*The definition often includes "Natural Person" or "Individual" But when included in a Definition with a list of Artificial entities, the term takes on the same class or nature as the artificial entities*

USCS                                    1

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

*Ejusdem Generis Rule*

**legal fiction**

a factual assumption which a court makes and adopts to support its decision, in order to justify its resolution of a controversy, but which is not based on reality.

"NOVATION"

such as the Lord Baron used legal fiction to justify his resolution of the controversy of the slang term "Pig" or the word "PERSON" on 05/07/2021 which you sir can see are wrong and using legal fiction to justify your total disregard for the rule of law.

Ejusdem Generis Rule!

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

02508151

**repudiation**

in the law of contract, a statement by the obligor (q.v.) to the obligee (q.v.) indicating that the obligor will commit a breach that would of itself give the obligee a claim for damages for total breach of contract (q.v.), or a voluntary affirmative act which renders the obligor unable or apparently unable to perform without such a breach. Restatement (Second) of Contracts § 250.

[Page 10, 7th paragraph]
R: It is a "repudiation" of trust law. Say you are convicted, and they say you have been found guilty, and that is your notice. You are being charged as a voluntary surety. It is your opportunity to say, "That's awesome, give me that charging instrument, let me pay that for you. Here have it back, trustee. It is not mine, I'm the beneficiary."

I have a case, it is in the 1793 Debt Relief Act. The Secretary of Treasury is telling you in plain english if you are in prison, you can make a conveyance from your estate to make the payment.

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.