To: Clerk of Court,

From: Michael J Nissen, agent,

CASE # 1:19-CR-00077-JB

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 16 2021

MITCHELL R. ELFERS
CLERK

Clerk of Court,

Please court time stamp this legal document into the record of the court for all parties involved, Thank You!

Date: 06/14/2021

Respectfully Submitted,
by: Michael J Nissen, agent
MICHAEL J NISSEN, AGENT

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 16 2021
MITCHELL R. ELFERS
CLERK

AFFIDAVIT OF FORMAL OBJECTION TO THE UNITED STATES FINAL PSR OBJECTION AND SENTENCING MEMORANDUM

I private agent pro se object to the UNITED STATES SENTENCING MEMORANDUM, i'am being denied due process and equal protection of law, i'am the living man am not subject to the code(s) of Title 18 U.S.C. therefore, this court lacks subject matter jurisdiction, this matter must be dismissed immediately, the frivilous and capricious moot by the prosecution team is a complete embarrassment showing their true disregard for the rule of law, i do not consent and i'am being denied due process of law.

respectfully submitted,
by: Michael J Nissen / agent
MICHAEL J NISSEN / agent

Date: 06/14/2021
case # 1:19-CR-00077-JB

nissen, michael, agent
02508151
C.C.C.C.
post office box 3540
Milan, new mexico

Legal Mail

CoreCivic
Inmate Mail
Not responsible
for content

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 16 2021

MITCHELL R. ELFERS
CLERK

ALBUQUERQUE NM 870
15 JUN 2021 PM 3

United States District court
c/o: clerk of court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

8710232272