To: Clerk of Court,

From: Michael James Nissen / private agent

Case #: 1:19-CR-00077-JB

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 16 2021
MITCHELL R. ELFERS
CLERK

Clerk of Court,

Please court time stamp this legal documents into the record of the court for all parties involved in said case herein, Thank You.

Date: 06/13/2021

Respectfully Submitted,
by: Michael J Nissen / private agent
Michael J Nissen / private agent

DECLARATION DECREE OF DUE PROCESS VIOLATIONS AND OBJECTIONS TO ORDER FINDING DEFENDANT COMPETENT AND SENTENCING MEMERANDUM BY JOE ROMERO JR.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 16 2021
MITCHELL R. ELFERS
CLERK

This hodgepodge of insufficient legal hogwash by repugnant bovines of the cabal with gifted scribe skills to twist any pleadings into their favor as this political persecution continues under your administrative statutory color of law fraud for suspecting volunteers who can't think outside the box, i'am being denied due process and equal protection of law on several fronts, one, being the denied administrative agency adjudicative hearing and declaratory order requested in a petition to the united states attorney general, Merrick Garland, the second would be James O Browning not granting requested hearings for three notices of which two

were motions and one for postponement and continuence of sentencing hearing so pro se agent could exhaust his administrative remedies in the defense of the principle corporate tradename of a deceased entity of artificial means, these due process and equal protection of law violations are a complete vicious abrogation of due process and equal protection of law rights guaranteed by the constitutional guidelines that statutory administrative color of law has to adhere by rule of law in our nation at this given time in humanities quest to be free of any tyrannt rule of a king, i object to the recently filed order and supplement memorandum of James O Browning

and undersigned counsel Joe Romero Jr for i'am being denied due process and equal protection of law, i'am not subject to the code(s), no production of final determination, no hearings, no orders, no subject matter jurisdiction, this matter must be dismissed, any judgements entered are null and void upon a due process violation, James O Browning must adhere to the rule of law and dismiss this matter immediately.

respectfully submitted,

date: 06/13/2021   by: [signature] / private agent
Michael J Hissen / private agent

Case # 1:19-CR-00077-JB

# AFFIDAVIT CONCERNING JUDGE JAMES O' BROWNING LACK TO DISMISS MATTER FOR THE SUBJECT MATTER JURISDICTION.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 16 2021
MITCHELL R. ELFERS
CLERK

I private agent living man am being due process of law, i'am not subject to the code(s), affidavits, declarations, notices, pleadings and letter to United States Attorney General are of the record of the court for all parties involved, i do not consent to this continued disregard for the rule of law by Judge James O' Browning, complaints of Judicial Misconduct against a Judge in accordance with 28 U.S.C. § 351 are warranteed for this obviously blatant and shameful disregard for the rule of law, i'am being denied due

process and equal protection of law by the administrative agency and Judge James O' Browning, i do not consent, i'am being denied due process and equal protection of law, i'am not subject to the code(s), i private agent living man illegally detained declare that this court Lacks Subject Matter Jurisdiction, Judge James O' Browning refuses to release the private agent living man who is not subject to the code(s), i'am being denied due process of law by Judge James O' Browning.

Respectfully Submitted,
by: Michael J Nissen / private agent
Michael J Nissen / private agent

Date: 04/14/2021
Case# 1:19-CR-00077-JB

Pg 2 of 2

AFFIDAVIT CONCERNING BLATANT AND SHAMEFUL ACTS OF JOE ROMERO JR PROFESSIONAL MALCONDUCT ADVERSARY AGAINST THE FEDERAL

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 16 2021
MITCHELL R. ELFERS
CLERK

Joe Romero Jr's Professional Malconduct as he clearly accepted, confessed, and admitted on the record of the court once again is not acting in his capacity as an adversary for the defendant against the government as he clearly knows i'am being denied due process of law, no final determination, no hearing, no order by the administrative agency as requested by the living man, let the record of the court show Joe Romero Jr is clearly violating the rules of professional conduct adopted by the Supreme Court of the state of New Mexico apply except as otherwise provided by

Pg 1 of 3

local rule or by Court order, See, e.g.,
D.N.M.LR-Civ. 83.4(c), Lawyers appearing in
this District must comply with the section for
lawyers of "A Creed of Professionalism of the New
Mexico Bench and Bar." Attorney Discipline is
in order for Joe Romero Jr as he has accepted,
confessed, and admitted on the record of the court
in case # 1:19-CR-00077-JB, Disbarment and/or
Suspension is warranteed in this matter before
us today, i object and do not consent to his
continued unprofessional malconduct and
ineffective assisstance of counsel, for his
blatant and shameful actions have

jeopardized any hope of the private agent living man's defense against the Federal Government's illegal detainment of the private agent living man who is being denied due process and equal protection of law, i private agent living man am not subject to the code(s), this Federal Court Lacks Subject Matter Jurisdiction, therefore, this matter of said case herein must be dismissed immediately and the court must order the release of an illegally detained private living man.

Date: 06/14/2021

Respectfully Submitted,
by: _Michael J Nissen_ / private agent
Michael J Nissen / private agent

Case # 1:19-CR-00077-JB

Pg 3 of 3

AFFIDAVIT OF FORMAL OBJECTION OF ORDER FINDING DEFENDANT COMPETENT, AND SUPPLEMENT TO SENTENCING MEMORANDUM IN SUPPORT OF A DOWNWARD DEPARTURE AND A DOWNWARD VARIANCE

I private agent living man am filing this affidavit of formal objection to the courts order and undersigned counsel Joe Romero Jr. supplement as i'am being denied due process of law, i'am not subject to the code(s), no final determination, no subject matter jurisdiction, this matter must be dismissed for i do not consent and am being denied due process of law.

Date: 06/13/2021

Respectfully Submitted,
by: _____ /private agent
Michael J Nissen /private agent

Case # 1:19-CR-00077-JB

FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO JUN 16 2021 MITCHELL R. ELFERS CLERK

AFFIDAVIT OF JOE ROMERO JR's INCOMPETENT INEFFECTIVE ASSISTANCE OF COUNSEL AND ITS NEGATIVE ~~IMPED~~

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 18 2024
MITCHELL R. ELFERS
CLERK

Undersigned counsel Joe Romero Jr, by and ~~through~~ pro se private agent files this affidavit of unprofessional incompetency of undersigned counsel Joe Romero Jr outlining his unprofessional personality disorder border lining insanity with delusional disorder, mixed with paranoid and grandiose delusions which has proven to be a negative outcome as an adversary against the government, See., related documents filed into the record of the court pertaining to this perpretrated criminal conduct,

Joe Romero Jr has declined to assist or cooperate with pro se private agent living man as counsel regarding the preparation and submission of said

due process of law violations filed into the record of the court by a competent pro se private agent due to Joe Romero Jr's unwillingness to participate and assist as assistance of counsel in defense of the private living man per sixth constitutional amendment, as articulated in his numerous and voluminous unprofessional ex parte pleadings et, al., Joe Romero Jr's support of the prosecution continuiously disputes the pro se private agent rights in defense of the prosecution against MICHAEL JAMES NISSEN, moreover undersigned counsel Joe Romero Jr doesn't dispute and object when instructed to the court exercising their arbitrary abuse of power as pro se private agent living man has made known by record of the

court throughout Joe Romero Jr's tenure.

Joe Romero Jr has displayed simptoms related to his unprofessional malconduct personality disorder border lining insanity with delusional disorder, mixed with paranoid and grandiose delusions which has had a negative incompetent impact upon the case for his pro se private agent client.

The result of Joe Romero Jr's unprofessional personality disorder is that what is real to Joe Romero Jr. is limited to what he believes to be real. His personality disorder renders him unable to consider or entertain the possibility that he is wrong. Relevant to this case, when his personality disorder is combined with his statutory administrative

color of law citizen ideology, Joe Romero Jr is incapable of understanding and/or appreciating that he has done anything wrong. To the extent, Joe Romero Jr's personality disorder is not the result of free will or a conscious choice, this court should tailor a Disbarment and/or Suspension in this case that accounts for Joe Romero Jr's unprofessional malconduct and incompetent ineffective assistance of counsel in the defense of the pro se private agent litigant.

## CONCLUSION

Wherefore, for the foregoing reasons pro se private agent living man counsel respectfully

requests that this court acknowledge and grant a court ordered Disbarment and/or Suspension based on the pleadings filed into the record of the court and of Joe Romero Jr's accepted, confessed, admitted unprofessional malconduct on the record of the court for his diminished capacity to act as an adversary against the united states government administrative corporation.

Date: 06/13/2021

Respectfully Submitted,
by: *Michael J Nissen* / private agent
Michael J Nissen / private agent

Case # 1:19-CR-00077-JB

505815
C.C.C.
post office box 3540
ilan, new mexico

Legal
Mail

CoreCivic
Inmate Mail
Not responsible
for content

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO.
c/o: Clerk of Court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 1 6 2021

MITCHELL R. ELFERS
CLERK

