UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 17 2021
MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,
            Plaintiff,

VS.

MICHAEL JAMES NISSEN,
            Defendant,

Case No. 1:19-CR-00077-JB-SMV

## AFFIDAVIT OF FORMAL OBJECTION TO UNITED STATES FINAL PSR OBJECTION AND SENTENCING MEMORANDUM

28 U.S.C. § 2255 filed by private agent living man is about being denied due process of law by United States Attorney General, Merrick Garland, private agent objects to the United States final PSR objection and sentencing memorandum, particurily on page 2, line 10, and i quote: "As the court has personally explained to Defendant, all of Defendants complaints about his attorneys and structural defects of his

trial can only be brought on habeas corpus review pursuant to section 2255," i clearly object to this statement made by the plaintiffs, i private agent living man can challenge subject matter jurisdiction even after conviction before judgement issue which is exactly what has been done, no administrative agency adjudicative hearing and declaratory order in writing as petitioned for in a written request, no subject matter jurisdiction for the court, upon a due process violation the court loses all subject matter jurisdiction immediately, 28 U.S.C. § 2255 is as i stated about being denied due process of law and has nothing to do with attorneys or structural defects, this matter is about Federal title V administrative procedures act and administrative remedies, so plaintiffs should

Pg 2 of 4

stay on point and not try to sidetrack the subject of fact that i living man am not subject to the code(s).

As stated in Rules Governing section 2255 proceedings for the United States District Courts, Rule 1, Scope number (1) the judgement violates the Constitution or laws of the United States, (2) the court lacked jurisdiction to enter the judgement, pay special attention to Rule 1, Scope (1) the judgement violates the Constitution or laws of the United States for i'am being denied due process of law, as for Rule 1, Scope (2) the court lacked jurisdiction to enter a judgement of conviction and sentencing as judgement entered is null and void for i'm being denied due process of law, and i living man am not subject to the code(s). also of note it will be thirty seven days and counting

since written petition to United States Attorney General, Merrick Garland with no reply to date by the administrative agency, nor will there be any reply, the truth will never be written.

## CONCLUSION

Stay on point and do not reconstrue the subject before us on this matter filed within 28 U.S.C. § 2255, your obvious attempt to sidetrack the subject of fact needs to cease and desist immediately for you have been defeated, the facts of truth are record of the court and nothing can change the truth for what it is.

Date: 06/16/2021

respectfully submitted,
by: *Michael J Nissen*, agent
MICHAEL J NISSEN

To: Clerk of Court,

From: Michael James Nissen, agent

case # 1:19-CR-00077-JB-SMV,

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 17 2021
MITCHELL R. ELFERS
CLERK

Clerk of Court,

Please court time stamp this legal document into the record of the court for all parties involved, Thank You.

Date: 06/14/2021

respectfully submitted,
by: _Michael J Nin_, agent
MICHAEL J NISSEN

Nissen, Michael
02905151
:C.C.C.
post office box 3540
Milan, New Mexico

Legal Mail

CoreCivic
Inmate Mail
Not responsible
for content

UNITED STATES DISTRICT COURT
c/o: Clerk of Court
333 lomas, boulevard, northwest
suite 270
albuquerque, new mexico
87102-2274070

MITCHELL R. ELFERS
CLERK
JUN 17 2021

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

ALBUQUERQUE NM
16 JUN 2021 PM 4

US POSTAGE PITNEY BOWES
"FRANK"