UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 23 2021
MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,
Plaintiff,

VS.

MICHAEL JAMES NISSEN,
Defendant,

Case # 1:19-CR-00077-JB-SMV

AFFIDAVIT OF FORMAL OBJECTION OF MEMORANDUM OPINION ORDER ISSUED BY JAMES O BROWNING

This Matter, Affidavit of Formal Objection of Memorandum Opinion Order issued by James O Browning is exactly that, an opinion based on fiction or presumption and not fact of which violates the rule of statutory construction. On June 18th, 2021, a formal objection was

Pg 1 of 2

orally presented to the court after receiving this Memorandum Opinion Order, i have a right to request an administrative agency adjudicative hearing and declaratory order in writing determining that i living man am or am not subject to the code(s). As of June 22ND, 2021 i'am being denied due process of law, The judgement entered by James O Browning is null and void for i'am being denied due process of law. No hearing, No order, No subject matter jurisdiction.

Date: 06/22/2021

Respectfully Submitted,
by: _____, agent
MICHAEL J NISSEN

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 3 2021

MITCHELL R. ELFERS
CLERK

To: Clerk of Court,

From: Michael James Nissen, agent

Case# 1:19-CR-00077-JB-SMV, 1:21-cv-00505-JB-SMV

Clerk of Court,

Please court time stamp this legal document(s) into the record of the court.

Case#'s — 1:19-CR-00077-JB-SMV, 1:21-cv-00505-JB-SMV

Date: 04/22/2021

Respectfully Submitted,
by: _Michael J Nissen_, private agent
MICHAEL J NISSEN