# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MICHAEL JAMES NISSEN,

    Petitioner,

vs.      No. CIV 21-0505 JB/SMV
        No. CR 19-0077 JB

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) Defendant Michael James Nissen's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody, filed June 1, 2021 (CV Doc. 1; CR Doc. 188); and (ii) the Court's Memorandum Opinion and Order, filed June 30, 2021 (Doc. 8)("MOO"). In the MOO, the Court dismisses the case without prejudice. See MOO at 1. There not being any more parties, claims, or issues before the Court, the Court hereby dismisses this action without prejudice and enters Final Judgment.

**IT IS ORDERED** that: (i) all claims are dismissed without prejudice; (ii) this case is dismissed without prejudice; and (iii) Final Judgment is entered.

 

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel in No. CIV 21-0505 JB/SMV:*

Michael Nissen
Milan, New Mexico

    *Plaintiff Pro Se*

Fred J. Federici
   Acting United States Attorney
Paul Mysliwiec
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

   *Attorneys for the Respondent*

*Counsel in No. CR 19-0077 JB:*

Joe M. Romero, Jr.
Romero & Winder, PC
Albuquerque, New Mexico

   *Attorney for the Defendant Michael Nissen*

Fred J. Federici
   Acting United States Attorney
Alexander Mamoru Max Uballez
Jack Burkhead
Paul Mysliwiec
   Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

   *Attorneys for the Plaintiff United States of America*