NOTICE OF APPEAL

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2021 JUL -6 PM 2:15

UNITED STATES OF AMERICA

Plaintiffs,

vs.

MICHAEL JAMES NISSEN

Defendant,

District Court Number:
1:19-CR-00077-JB
District Court Judge:
James O' Browning

The party appealing is: MICHAEL JAMES NISSEN,
I am appealing against: UNITED STATES OF AMERICA,
I am appealing the Order(s)/Judgement(s) listed below:
1. Date of Order/Judgement: June 18th, 2021,
2. Copy of Order/Judgement not available to defendant to send.

I am appealing to the UNITED STATES COURT OF APPEALS TENTH CIRCUIT,

I am indigent and will need counsel to be appointed to represent defendant,

I further hereby certify that this document was deposited in the Core Civic Corrections Center internal mail system on this 29th day of June, 2021.

by: *Michael J Nissen*
MICHAEL J NISSEN
C.C.C.C. #02508151
P.O. Box 3540
Milan, N.M. 87021

Nissen Michael
02508151
C.C.C.
P.O. Box 3540
Milan, NM [87021]

Legal-Mail

CoreCivic
Inmate Mail
Not responsible
for content

BYRON WHITE UNITED STATES COURTHOUSE
1823 Stout Street
Denver, Colorado [80257]



ALBUQUERQUE NM 870
29 JUN 2021 PM 4