# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028



Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM  88001
(575) 528-1400
Fax (575) 528-1425

August 18, 2021

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:   *(Michael James Nissen v. United States of America) (USDC Case# CV-21-0505 JB/SMV and CR 19-077 JB)*   *(USCA#21-2083)*

Dear Mr. Wolpert,

Enclosed please find the Supplemental Record on Appeal in (1) Volume which consists of the following.

Volume I       Memorandum Opinion and Order doc. 20

Sincerely,

Mitchell R. Elfers
Clerk of Court

/s/
_____

By: B. Ashleigh-Phear