IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.                                    No. 19-CR-0077-JB

**MICHAEL NISSEN,**

        **Defendant.**

### NOTICE OF APPEAL

Notice is hereby given that Michael Nissen, above-named, appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment in a Criminal Case entered in this action on the 27th day of August, 2021.

        Respectfully Submitted,
        */s/ Joe M. Romero, Jr.*
        Joe M. Romero, Jr.
        Romero & Winder, PC
        Attorney for Michael Nissen
        P.O. Box 25543
        Albuquerque, N.M. 87125-25543
        O: 505.843.9776
        F: 505.212.0273
        EM: joe@romeroandwinder.com

### Certificate of Service

I hereby certify that, on August 29, 2021, the foregoing pleading was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused the parties and/or their counsel to be served by electronic transmission, as more fully reflected by the Notice of Electronic Filing.

*/s/ Joe M. Romero, Jr.*
Joe M. Romero, Jr.