UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 30, 2021

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

**RE:**   **21-2079, United States v. Nissen**
Dist/Ag docket: 1:19-CR-00077-JB-SMV-1

Dear Clerk:

After review of the preliminary record sent to us on August 30, 2021, we have determined that it should be treated as an amended notice of appeal, and have docketed as such. We will not open a new appeal. Please note accordingly on your docket.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Paul Mysliwiec
      Joe M. Romero Jr.
      Alexander Mamoru Max Uballez

CMW/lg