

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL JAMES NISSEN<br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>Respondant, | Case No:<br>1:21-CV-00505-JB-SMV<br>1:19-CR-00077-JB |

## AFFIDAVIT OF FORMAL OBJECTION TO MEMORANDUM OPINION AND ORDER CONCERNING SUSAN PORTER, ESQUIRE

THIS MATTER comes before the Court to the Affidavit of Formal Objection to Memorandum Opinion and Order Concerning Susan Porter, Esquire and her Professional Malconduct.

### PROFESSIONAL MALCONDUCT.

Pg 1 of 3

In reference to Fed. R. Civ. P. 60(b)(1) relating to Susan Porter, esquire (See, Doc. 20) case no: 1:21-cv-00505-JB-SMV; 1:19-CR-00077-JB page 14, line 3-14. See Yapp v. Excel Corp., 186 F.3d 1222, 1231 (10th Cir. 1999) ("Rule 60(b)(1) motions premised upon mistake are intended to provide relief to a party ... when the party has made an excusable litigation mistake or an attorney has acted without authority...."). Mistake in this context entails either acting

without the clients consent or making a litigation mistake, such as failing to file or comply with deadlines which Susan Porter, esquire did. The record of the court will reflect her failure to file and comply with court ordered deadlines in the month of November, 2020. Susan Porter was released by Judge James O Browning's decision and the defendant's for her Professional Malconduct on record of the court.

Respectfully Submitted,
Date: 08/23/2021   by: *Michael Nissen*, agent
MICHAEL J NISSEN

Pg 3 of 3