FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 10 2021

MITCHELL R. ELFERS
CLERK

to: district clerk of court,
from: michael j nissen
case no: 1:21-cv-00505-jb-smv ; 1:19-cr-00077-jb

district clerk of court,

i am addressing this letter of concern to you according to procedural due process of law from the fed. r. civ. p. rule 5.1 and fed. r. of app. p. rule 44 concerning a constitutional challenge to federal statute in regards to 28 u.s.c. § 2403, this rule is now found in the rules of a majority of the courts, it is in response to the act of august 24, 1937 (28 u.s.c. § 2403), which requires all courts of the united states to advise the attorney general of the existence of an action or proceeding of the kind described in this rule,

notes of advisory committee on 2002 amendments, rule 5.1 and rule 44 requires that a party who "questions the constitutionality of an "act of congress" in a proceeding in which the united states is not a party must provide written notice of that challenge to the clerk, rule 5.1 and rule 44 is designed to implement 28 u.s.c. § 2403(a) which states that:

"in any action, suit or proceeding in a court of the united states to which the united states or any agency, officer, or employee thereof is not

Pg 1 of 2

a party wherein the constitutionality of any act of congress affecting the public interest is drawn in question, the court shall certify such fact to the attorney general ... and shall permit the united states to intervene for argument on the question of constitutionality, this notice of constitutional question will ensure that the attorney general is notified of constitutional challenges and has an opportunity to exercise the statutory right to intervene at the earliest possible point in the litigation, the courts certification obligation remains, and is the only notice when the constitutionality of a federal or state statute is drawn in question by means other than a party's pleading, written motion, or other paper.

respectfully submitted
date: 11/06/2021    by: Michael J Ni___
                    MICHAEL J NISSEN

to: clerk of court,

from: michael james nissen,

case no: 1:21-cv-00505-JB-smv

    clerk of court,

please court time stamp this letter to

the district clerk of court, for notice

by procedural rules to district clerk

per instructions of fed. r. civ. p.

date: 11/06/2021

respectfully submitted,
by: [signature]
MICHAEL J NISSEN



nissen, michael agent
05789651
cibola county concentration camp
post office box 5540
milan, new mexico

United States District Court
Albuquerque, New Mexico

NOV 10 2021

MITCHELL R. ELFERS
CLERK

CoreCivic
Inmate Mail
Not responsible for content

united states district court
for the district of new mexico
c/o; clerk of court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

87102-2274?0

Enforcing exclusive equitable rights - never "volunteer"...

Cestui Que Trust — Third Person —

by: NJN

LEGAL MAIL 4; MJN

agent of the agency

No adjudicative hearing", being denied due process of law...

Govern yourselves accordingly to procedural due process...

Representative of Deceased Person

Legal Title

agent for the Principal...

"Haeres est nomen juris, filius est nomen naturae

Forced joinder duress of defacto government..."