FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 10 2021
MITCHELL R. ELFERS
CLERK

united states district court
for the district of new mexico

michael james nissen
    movant,

v.

case no
1:21-cv-00505-jb-smv

united states of america
    respondant,

declaration by natural person, third person, agent, haeres est nomen juris, filius est nomen naturae, this court lacks subject matter jurisdiction for the above titles are not subject to the code(s), nor has assignment ever been accepted by the agent for the principal

this matter, comes before this district judicial court in the form of a declaration by natural person, third person, agent, haeres est nomen juris, filius est nomen naturae, this court lacks subject matter jurisdiction for the above titles are not subject to the code(s), nor has assignment ever been accepted of the legal title by the agent for the agent to accept any legal liabilities of the principal,

from the conception of this proceeding involving case no: 1:19-cr-00077-jb, the agent has and will continue to delegate authority as pro-se and titles listed herein of this declaration, the pro-se agent has never consented to assignment, and if so then necessary pleadings have been made record of the court denying any joinder to the principal named on all district court instruments, also, the appropriate vehicle has been used regarding procedural due process of law, and the complete exhaustion of administrative remedies to produce the adequate remedy at law, stating 28 U.S.C. § 1359 parties collusively joined or made in a district court shall not have jurisdiction of a civil action in which any party, by assignment or otherwise, has been improperly, or collusively made or joined to invoke the jurisdiction of such court, as the record of the court throughout its entirety of this proceeding is case no: 1:19-cr-00077-jb, it is well documented that the natural person, third person, agent, pro-se, haeres est nomen juris, Filius est nomen naturae has refused, not consented, never accepted

assignment of legal title which was forced upon the agent to invoke the court(s) jurisdiction over the in personam of the agent in a collusive involuntary manner which should be sanctioned for violations of oath on the part of all biased entities of the court(s), worthy of mention in generalization as follows, the government administrative agency representatives, the judge (trustee), all five counsels (subagents) to the principal corporate name on all instruments, numerous, and voluminous collection of pleadings and any other legal documents regarding this procedural due process of law violations, that have been blatantly and shamefully perpretrated for these entities said herein have a nobility title and the mentality of being untouchables by a pen and competent intelligence, this grotesque malice of these entities is contempt of a criminal wrong doing for the record of the court(s) shows the factual evidence of pleading and all legal documents filed by a party forced involuntarily to accept assignment of legal title, and,

therefore, forced by authority of law to put the agents property up as a suretyship, as the straw man to pay debts, defaults, or miscarriges of the party named on the instruments who is legally responsible for his own action(s), the wrongfully arrested and illegally detained agent has beared the burden of this purposely perpretrated malice by all parties said herein of a biased court that will be held accountable and responsible for full accounting and recoupment of their malevolent contempt of criminal intent, in closing, this district court venue of james o browning has options currently available to end this shameful and blatant disregard for the violations of procedural due process and equal protections of law through the recently filed 28 u.s.c. § 2255 habeas corpus, i being the agent, am fully competent and aware of the available judicial options available to the court(s) to end this political persecution that the district court has knowing participated in, i hereby order an immediate dismissal of action(s) against

a party that has vehemently denied any affiliation to the principal name on any and all instruments of said proceedings within the case number said herein, the agent requires and orders an immediate release of an illegally detained living man of the flesh and blood immediately upon receipt of this notice.

respectfully submitted,
by: *Michael J Nissen*
MICHAEL J NISSEN
agent
pro-se
natural person
haeres est nomen juris,
filius est nomen naturae
living man of the flesh and blood

date: 11/05/2021

Pg 5 of 5

to: district clerk of court,

from: MICHAEL JAMES NISSEN

case no: 1:21-cv-00505-jb-smv

District clerk of court,

please court time stamp this legal document into the record of the court for all parties involved to review.

respectfully submitted,
by: Michael [signature]
michael J Nissen
pro-se
agent

Date: 11/05/2021

nissen, michael, pro-se
02508151
cibola county concentration camp
post office box 5540
milan, new mexico

united states district court
for the district of new mexico
c/o: clerk of court

333 lomas boulevard, northwest
albuquerque, new mexico

87102-227470

I am a private civilian in my private individual capacity !!!

ALBUQUERQUE NM
8 NOV 2021 PM 2 L

CoreCivic
Inmate Mail
Not responsible
for content

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 10 2021

MITCHELL R. ELFERS
CLERK

Null and void

Black-robed priest who presides over the dead artificial corporate entities... Sanctions of oath before god will be imposed... by: MJN

LEGAL MAIL by: MJN

28 U.S.C. § 1359 assignment of legal title was never accepted or consented to by haeres est nomen juris; Filius est nomen naturae any judgement of the corporational court is nugatory in nature; govern yourselves accordingly according to procedural Due process.