**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 3 2021

**MITCHELL R. ELFERS**
**CLERK**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

No. CR 19-0077 JB

MICHAEL NISSEN,

       Defendant.

**ORDER COMPELLING THE TAKING OF**
**FINGERPRINTS AND PHOTOGRAPHS**

**THIS MATTER** comes before the Court to compel Defendant Michael Nissen to allow government agents to collect all necessary information for a full booking submission, including submitting to fingerprinting and photographs, with Defendant's counsel present if desired. Having been advised of the facts and circumstances, and considering the relevant law, the Court finds that the motion is well taken and that the Defendant Michael Nissen, by any alias or a.k.a., shall submit to the standard booking procedures.

**IT IS THEREFORE ORDERED** that the Defendant Michael Nissen, whether he identifies himself as such, as "Freedom Reigns," or as the agent for Michael Nissen, submit to fingerprinting and photographs and to the collection of all necessary information for a full booking submission by government agents.

_____
UNITED STATES DISTRICT JUDGE

Defense counsel takes
no position

11/22/21