united states district court
for the district of new mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 1 2021

MITCHELL R. ELFERS
CLERK

united states of america
          plaintiff,

          v.

Case no:
1:19-cr-00077-jb-smv

michael james nissen
          defendant,

writ of prerogative to order annihilation
of an unlawful order issued by james
               o' browning

this matter, comes before the court, writ of
prerogative to order annihilation of an
unlawful order issued by james o' browning,
see, doc, 264, case no: 1:19-cr-00077-jb-
smv, i the agent in the agencys office of
the cestui que trust, personal legal representative,
on behalf of the defendant michael james
nissen, hereinafter, the agent, have
declared my status before the court by
operation of law, i the agent am a
private individual in private capacity enforcing

Pg 1 of 6

exclusive equitable rights with interest in equity title as the user, i the agent hold superior title and as jus in re inhaerit assibus usufructuarii, i the agent also have possession of the estate, the agents asserted affirmative defense will be met and discharged with an equitable defense, equities being equal, the law prevails, meaning that where two persons have equal equitable claims upon, or interests in, the same subject matter, or, in other words, if such is equally entitled to the protection and aid of a court of equity with respect to his equitable interests, and one of them in addition to his equity has obtained also the legal estate in the subject matter, he who thus has the legal estate will prevail, i the agent by law and right, probated into the probate court as legal representative have a document establishing my estate which can be stolen, your recent unlawful order james o' browning is both collusive, improper, and simple thievery of the agents status which has been declared on the record of the court, for the court, the birth certificate, live birth record, titled created by life is also

the agents affidavit of life and proof of claim, the affidavit known as the birth certificate is the agents proof of claim to administrate the decedents estate with equitable rights to statute of uses in the proper in personam status proclaimed on the record of the court, i the agent am claiming private property with private rights who can by equitable rights act in private for the agent is not accepting in rem legal title assignment, nor is the agent volunteering for any such position to be the suretyship for the public party on the instrument, document, deed, title et, al., as stated in the declaration of independence by the founding fathers, i the agent reserve my unalienable rights which may not be taken or transferred, i the agent have a right to reclaim my status as a matter of fact in law, at any time i choose to re enter the agency office upon vigilant and due diligence of learning how the agents estate was stolen, the loss of jurisdiction by this district court is the cessation of the right to adjudicate concerning the subject matter in a given case, either by the termination

of the power of the court or the destruction or removal of the subject matter, i the agent abated legal title assignment by not volunteering, your unlawful order is forbidden and unwarranted by the agent in the agencys office of the cestui que trust of michael nissen, i require that you immediately order a dismissal of actions and release an illegally detained private civilian individual agent by law and right by issuing a declaratory order in writing of final judgement immediately, equity corrects presumptuous errors and unlawful orders, as the agent enforces equitable jurisprudence of that portion of our system of jurisprudence traditionally expounded and administered by courts of equity, it remains a distinct part of the system notwithstanding in many juris- dictions legal and equitable remedies have been commingled in one form of civil action and a court of general jurisdiction may hear both law and equity cases, as to the form of in rem presumptions produced by the venue of actors, the agent will continue to bring substance forth in equitable defense to persuade the court to ceast and desist with

Pg 4 of 6

its unlawful orders and actions of presumptuous form, equity is justice according to natural law or right, freedom from biased or favoritism, a system of a settled and formal body of legal and procedural rules and doctrines that supplement, aid, or override common and statute law and are designed to protect rights and enforce duties fixed by substantive law, a right, claim, or interest existing or valid in equity, a risk interest or ownership right in property, being that the agent has superior title which will prevail in law or equity as against another asserted title, lien, or interest, in retrospect this district court lacks subject matter jurisdiction in personam of the agent in the agencys office of the cestui que trust of michael nissen by operation of law as a matter of fact in law, wherefore, in closing, i the agent prays for a quick and equitable resolve by james o' browning to annihilate his unlawful order forcing an involuntarily collusive and improper legal title assignment by government rogue agents of a mere corporational security force, i the agent require and order james o'

browning to issue a declaratory order in
writing of final judgement for dismissal
of actions, acquittal, vindication, exoneration,
or vacating the actions for the district
court lacks subject matter jurisdiction,
one final note for the district court, it
was made clear by institutional authorities
on november 22, 2021, of cibola county
corrections center that the agent was
cleared to be leaving as the trust was
ordered to be zero'ed out, by admission
of cibola county corrections center personal
the courts are the only authority who
can order for a trust account to be
cleared, there is a trail to the truth
and by the recent actions of the venue
and the unlawful order issued by
james o' browning the truth is slowly
revealing itself to the public, i the
agent, hereby order the district court
to immediately release an illegally
detained private civilian individual agent.

govern yourselves accordingly,

date: 11/30/2021          by: Michael J Nissen

MICHAEL J NISSEN

Pg 6 of 6

to: clerk of court

from: michael james nissen

case no: 1:19-cr-00077-jb-smv

clerk of court,

please court time stamp this legal document into the record of the court, i the agent in the agency office of the cestui que trust, personal legal representative, appearing on behalf of the defendant michael james nissen do sincerely thank you for your efforts regarding this matter,

respectfully submitted,

date: 11/30/2021                    by: _Michael J Nissen_

MICHAEL J NISSEN

by: nissen, michael
#02508151
cibola county concentration camp
post office box 3540
milan, new mexico

legal
Mail

CoreCivic
Inmate Mail
Not responsible not united states district court
for content for the district of new mexico
c/o: clerk of court
suite 270

333 lomas boulevard, northwest
albuquerque, new mexico

87102-2274470

MITCHELL R. ELFERS
CLERK

DEC 01 2021

ALBUQUERQUE NM
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
RECEIVED

ALBUQUERQUE NM
30 NOV 2021 PM 4

"FRANK"

US POSTAGE

FOREVER

"FRANK"