# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Preliminary/Detention Hearing - VSR

| | | | |
|---|---|---|---|
| Case Number: | 19-CR-77 JB | UNITED STATES vs. NISSEN | |
| Hearing Date: | 12/8/2021 | Time In and Out: | 3:24 pm – 4:12 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Michael Nissen | Defendant's Counsel: | Ashley Raymore-Cloud |
| AUSA: | Paul Mysliwiec | Pretrial/Probation: | E. Newton |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause     ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☒ Court-opening remarks; parties respond; Court-addresses 10th circuit appeal that was filed,
- ☒ Court/Parties address the issue of atty representation; Deft addresses the court and responds to the previous remarks;
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☒ USA-direct of PO: deft; Reymore-Cloud-cross of PO; USA-proffers; Reymore-Cloud-proffers; Court-findings; USA-proffers detention; Reymore-Cloud-proffers release; Court-findings/danger & flight