
united states district court
for the district of new mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 1 0 2021
MITCHELL R. ELFERS
CLERK

united states of america

  plaintiff,

v.

michael james nissen

  defendant,

case no:
1:19-cr-00077-jb-smv

writ of order for termination of unlawful order drafted and issued by the maker james o' browning

this matter, comes before the district court, writ of order for termination of unlawful order drafted and issued by the maker james o' browning, i freedom reigns, private individual agent in-personam of the agency office, personal legal representative, am appearing on behalf of defendant Michael james nissen, before this court, hereinafter, the agent, as per definition of "personal covenant," a covenant which does not run with the land so as to bind the heirs, personal

Pg 1 of 6

representative, or transferee of the covenantor, but binds only the covenantor personally, 20 Am j2d cov s 29, entry of appearance indicting the appearance of the defendant in an action by the filing or service of a formal appearance or the announcement in open court that the defendant appears, in both of which methods the name of the attorney appearing for the defendant is given, 5 U.S.C. § 500 (d) this section does not - 5 U.S.C. § 500 (d)(1) grant or deny to an individual who is not qualified as provided by subsection (b) or (c) of this section the right to appear for or represent a person before an agency or in an agency proceeding; 5 U.S.C. § 500 (d)(2) authorize or limit the discipline, including disbarment, of individuals who appear in a representative capacity before an agency, being that i the agent, by operation of law in representative capacity in which one acts on behalf of some person or estate, not for himself personally, when a party sues or is sued in such capacity, it is necessary that the capacity in which he sues or is sued should appear in the title, to show the relation

between the party and the estate represented, and that he is in court, not for himself, but for the estate he represents, <u>van brunt & davis co. v. harrigan, 8 sd 96, 7d nw 984</u>, personal representative ordinarily the executor or administrator of a decedents estate, <u>31 am j2d ex & ad §1</u>, for some purposes, an heir, next of kin, assignee, trustee, receiver, etc, <u>12 am j2d bonds §24, 29a am j rev ed ins §§ 1656, 36 am j2d frat o §154</u>, for the purpose of protecting against testimony by party or interested person – the executor or administrator of a deceased person, or a person or party who has succeeded to the right of the deceased, whether by purchase, descent, or operation of law, <u>58 am j1st witn §237</u>, as a proper party plaintiff to recover for the death of an employee under the federal employee liability act – an executor or administrator only, <u>35 am j1st m & s §474</u>, in regards to status, position or rank, a legal personal relationship or condition, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned, <u>in re: davidsons</u>

Pg 3 of 6

will, 223 minn, 268, 170 alr 215, an existing state of affairs, <u>de la montanya v. de la montanya, 112 cal, 101</u>, entry of appearance or status have been made record of the court by operation of law, as attorney in fact an agent or representative authorized by a power of attorney to act for his principal in certain matters, an agent, sometimes referred to as a private attorney who is authorized by his principal either for some particular purpose, or to do a particular act, not of a legal character, such an agent is often designated by the word "attorney" after his name, this unlawful order rendered without jurisdiction, every erroneous order is unlawful and for that reason may be reversed on appeal, <u>ex parte cohen, 5 cal 494</u>, an unlawful contract wherein a person undertaken to do an act which the law forbids, or to omit an act which the law enjoins, and for that reason unenforceable, it is distinguishable from a void contract which is a contract which has no legal force and which for that reason, cannot be enforced, <u>king v. king, 63 ohio st 363, 59 ne 111</u>, i the agent will continue to enforce exclusive equitables

rights as assigned by operation of law, this collusive and improper joinder is illegal and a conspiracy of unlawful means which is clearly exposing itself before the public, 28 U.S.C. S 1359, parties collusively joined or made, a district court shall not have jurisdiction of a civil action in which any party, by assignment or othewise has been improperly or collusively made or joinded to invoke the jurisdiction of such court, the agent requires immediate discharge from an illegal unlawful detainment for legal title assignment was rejected and not consented to voluntarily, the agent in personal legal representative capacity as attorney in fact has produced a cloud on title of an outstanding instrument, record, claim, unreleased encumbrance or defectively executed deed in the chain of title, which superficially renders the title doubtful but is actually illegal or unforceable for want of equity in enforcement and of which equity will take cognizance in a suit for cancellation of the offending instrument or the quieting of the title against the defect or imperfection, 13 am j2d canc, inst s 50, 44 am j1st quiet + s 11, a semblance of title,

Pg 5 of 6

either legal or equitable, or a claim of a right in lands, appearing in some legal form, but which is, in fact, invalid, or which it would be inequitable to enforce, <u>44 am j1st quiet t s11</u>, this district court drafted and issued an unlawful order to force an unlawful contract to invoke its jurisdiction by forcing the personal legal representative to accept title assignment, let the record of the court show the illegal actions perpetrated before the Most High by a district court that lacks subject matter jurisdiction in-personam of the agent, attorney in fact as a matter of fact of law right from your very own rules and procedures, wherefore, in closing i the agent pray that this matter must be terminated and a declaratory order in writing of final judgement of full dismissal of actions against the agent and the estate of michael james nissen issued immediately, as well an order releasing an illegally and unlawfully detained personal legal representative immediately.

respectfully submitted,

date: 12/07/2021    by: *Michael J Nim*

MICHAEL J NISSEN

Pg 6 of 6

to: clerk of court,

from: michael james nissen

case no: 1:19-cr-00077-jb-smv

clerk of court,

please court time stamp this legal document into the record of the court

date: 12/07/2021      respectfully submitted,
                      by: *Michael J Nin*
                      MICHAEL J NISSEN

by: nisten michael
02508151
cibola county corrections center
post office box 3540
milan, new mexico

legal mail

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 10 2021
MITCHELL R. ELFERS
CLERK

CoreCivic
Inmate Mail
Not responsible
for content

united states district court
for the district of new mexico
c/o: clerk of court
333 lomas Boulevard, northwest
suite 270
albuquerque, new mexico
87102-227470

