OFFICIAL BUSINESS

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 13 2021
MITCHELL R. ELFERS
CLERK

RETURN TO SENDER
Reason Checked
- Unable to ID/No Inmate #
- Refused/Unapproved Mail
- Unclaimed/Not in custody
- Name & # do not match
- Out of facility/Paroled
MED NM MAX

19cr77-JB
doc #267, 268

Michael Nissen
Cibola County
Correctional Institution
P.O. Box 3540
Milan, NM 87021

NIXIE   831   DE 1   0112/07/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD