united states district court
for the district of new mexico

united states of america
plaintiff,

v.

michael james nissen
defendant,

case no:
1:19-cr-00077-jb-smv

## bill of exchange

this matter, comes before the district court, bill of exchange, i the private individual agent in personam in the agency office of the cestui que trust, personal legal representative in official capacity, am appearing on behalf of the estate of michael james nissen before this district court, hereinafter, the agent, as administrator with creditor rights, i the agent hereby grant and convey a bill of exchange for payment of debts incurred from the estate of michael james nissen to be paid in full once accepted by the bearer on payable demand, it is ordered for the

Pg 1 of 2

trustee's to issue payment to setoff of judgements of the debt paid in full on the public side, and to order a release from custody as the discharge of an illegally detained agent to be commenced without further delay immediately upon receipt of this written order from the agent of the estate of michael james nissen, i the agent also require full accounting and recoupment against the plaintiff for damages and injury sustained by this fraudulent action(s) as a cross demand is ordered and rendered in this same transaction within this negotiable instrument, the trust owns all.

respectfully submitted,

date: 12/13/2021    by: *Michael J Nissen*

MICHAEL J NISSEN

Pg 2 of 2

to: district clerk of court:

from: michael james nissen;

case no: 1:19-cr-00077-jb-smv

district clerk of court,

please court time stamp this bill of exchange into the record of the court for all parties to review.

respectfully submitted,

date: 12/13/2021    by: *(signed)*
michael j nissen

"FRANK"
"FRANK"

US POSTAGE
USA FOREVER

RECEIVED At BUQUERQUE NM 870
UNITED STATES DISTRICT COURT DEC 2021 PM 3
ALBUQUERQUE, NEW MEXICO

DEC 15 2021

MITCHELL R. ELFERS
CLERK

by: nissen, michael
02508151
cibola county concentration camp
post office box 3540
milan, new mexico

united states district court
for the district of new mexico
c/o: clerk of court
suite 270
333 lomas, boulevard, northwest
albuquerque, new mexico

87102-227470

"Political Prisoner being held hostage by Force"

Matthew 6, v:24

by: MJM

THE BOY AND THE KING! Legal. I WILL NEVER APOSTATE...

I am a "private" individual with equitable rights! I am a natural person, being held by force to accept assignment of the artificial judicial person, a corporate person by this hostile belligerent federal united states corporation, under duress and being forced to accept their ecclesiastical rules of their religious beliefs created by the corporate owned "Vatican."

"Political Persecution ordered by their Monarch"

CoreCivic Inmate Mail not responsible for content

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019