united states district court
for the district of new mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 15 2021
MITCHELL R. ELFERS
CLERK

united states of america
                plaintiff,

v.

michael james nissen
                defendant,

case no:
1:19-cr-00077-jb-smv

## affidavit by private attorney in fact

this matter, comes before the district court, affidavit by private attorney in fact, hereinafter, the agent, supports the injustice of presumption at law, with rules in equity justice of righteous intentions according to natural law or rights asserted in this claim, as the agent enforces exclusive equitable rights, freedom from bias or favoritism, equity is a system of a settled and formal body of legal and procedural rules and doctrines that supplement, aid, or override common and statute law and are designed to protect rights and enforce duties fixed by substantive law, a right, claim, or interest existing or valid in equity

Pg 1 of 6

to override james o' brownings recent unlawful order forcing by operation of presumptuous law, the order compelling the taking of fingerprints and photographs to force the agent to accept an unlawful contract of legal title assignment under duress, the following points and grounds in no particular order support equity rights;

(1) executive — of or capable of carrying out duties, functions, etc; one who administers or manages matters of business of a corporation;

(2) executor — a person appointed to carry out the provisions of a will;

(3) administrator — one who administers, law — one appointed to settle an estate;

(4) agent — an active force or substance producing an effect, a person, firm, etc, empowered to act for another;

(5) agency — action, performance, power, means, a firm, etc, empowered to act for another;

(6) attorney in fact — an agent or representative authorized by a power of attorney, or operation of law, to act for his principal in certain matters, an agent, sometimes referred to as a private attorney who is authorized by his

Pg 2 of 6

principal, either for some particular purpose, or to do a particular act;

(7) representative — an agent, an officer of a corporation or association, a trustee, executor, or administrator of an estate, or any other person empowered to act for another, a person who sues or defends in the interest of the estate of a decedents as his personal legal representative;

(8) representative capacity — the capacity in which one acts on behalf of some person or estate, not for himself personally;

(9) personal representative — ordinarily the executor or administrator of a decedents estate, the executor or administrator of a deceased person, or a person or party who has succeeded to the right of the deceased, whether by purchase, descent, or operation of law;

(10) officer — anyone holding an office, or position of authority in a business, club, government, etc;

(11) status — position or rank, a legal personal relationship or condition, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned, an existing state of affairs;

(12) attorney privilege or immunity - the immunity or privilege of an attorney against being subjected to arrest or the service of process in a civil action while going to the place of trial of an action in which he appears in his gratuitously professional representative capacity, and while returning to his office or residence;

(13) immunity from arrest - a privilege of broader scope whereunder a person of a certain class or performing a particular function at the same time is rendered not "subject to" civil arrest;

(14) subject to - the words "subject to the term of said lease" do not impose contractual liability on an assignee to a lessor to carry out the covenant of the lease;

(15) administrator of decedents estate - a person appointed by the probate court, in accordance with the governing statutes, to administer and settle intestate estates and such testate estates as have no competent executor designated by the testator;

(16) attorney - any person legally empowered to act for another;

wherefore, in conclusion, the agent who by operation of law has attorney privilege or immunity from arrest, i the agent, did not volunteer, consent, agree, affirm expressly or impliedly to accept legal title assignment as suretyship for the party named on any instrument issued by the federal united states corporation, the status of the agent was revealed and put on the record of the court approximately one year ago to date of this affidavit, i the agent, am being held hostage until certain conditions are met by hostile government agents of a mere corporation, james o' brownings recently drafted order compelling was collusively and improperly or otherwise forced to invoke the district courts jurisdiction in personam of the agent, by force to accept an unlawful contract that has put a cloud on title which is a defectively executed deed which superficially renders the title void and doubtful, but is actually illegal and unenforceable for want of equity in enforcement, the defect or imperfection of title, either legal or equitable or a claim of a right in lands, appearing in some legal form, but which is, in fact, invalid, nullified, void, or which it would be inequitable

to enforce, i the agent, call on james o' browning to do whats equitably right in good conscience and make your unlawful order creating an unlawful contract just and right in the name of truthful factual justice before the Most High, all powerful as this affidavit is put before our ultimate Judge.

respectfully submitted,

date: 12/13/2021   by: *Michael J Nissen*
michael j nissen

to: district clerk of court;

from: michael james nissen,

case no: 1:19-cr-00077-jb-smv

clerk of court,

please court time stamp this legal document, titled; affidavit by private attorney in fact into the record of the court.

respectfully submitted,

date: 12/13/2021      by: *Michael J Nissen*

michael j nissen