UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 19-0077 JB | USA vs.: | Nissen |
| Date: | 3/25/2022 | Name of Deft: | Michael Nissen |

Before the Honorable James O. Browning

| | | | |
|---|---|---|---|
| Time In/Out: | 3:29 pm – 4:33 m | Total Time in Court (for JS10): | 1 Hour, 4 Minutes |
| Clerk: | L. Rotonda | Court Reporter: | J. Bean |
| AUSA: | Paul Mysliwiec/Alex Uballez | Defendant's Counsel: | Brian Pori (appointed) |
| VSR in: | Albuquerque | Interpreter: | n/a |
| Probation Officer: | John Lovato | Sworn? Yes | No |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

- x  Defendant sworn
- x  Court advises Defendant of his/her rights
- x  Court advises Defendant of charges and possible penalty
- x  Defendant denies SC, SC
- x  Government calls witnesses, presents evidence as to alleged violations
- x  Court finds by preponderance of evidence that violations occurred
- x  Court proceeds to sentencing on violations

**SENTENCE IMPOSED**   Imprisonment (BOP): 9 months.

Supervised Release: (not reimposed)   Probation:   500-Hour Drug Program

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for ____ months ____ days |
| Comply with ICE laws and regulation | Community service for ____ months ____ days |
| Participate in/successfully complete substance abuse program | Reside halfway house ____ months |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-defendant(s) | No computer with access to online services |
| No entering or loitering near victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Waive right of confidentiality and allow the treatment provider to release treatment records | Restricted from occupation with access to children |
| No new credit charges | No loitering within 100 feet of school yards |
| Reside at/complete Residential Reentry Center | Consent to USPO conducting periodic exam of computer |
| Attend education/vocational training | Consent to USPO installing monitoring hardware |
| Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | No loitering within 100 feet of school yards |
| Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| OTHER: | |

| | | | |
|---|---|---|---|
| x | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| x | Remanded to custody of USM | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |

| OTHER COMMENTS: | Court calls case, counsel enter appearances.  Court addresses Defendant, reviews underlying factual allegations related to violations of conditions of supervised release.  Defendant addresses Court.  USPO confirms that revocation is not mandatory in present matter.  Court reviews applicable sentencing parameters.  Defense Counsel advises Court as to Defendant's intent as to plea, indicates Court should consider allegations denied.  AUSA calls USPO John Lovato (sworn), questions on direct examination.  Defense Counsel questions witness on cross examination.  AUSA questions witness on redirect.  Defense Counsel addresses Court to provide clarification.  Court excuses witness.  AUSA indicates no further witnesses, argues in support of allegations.  Defense Counsel argues in opposition to allegations set forth in petition, addresses Court regarding sentence requested.  Defendant addresses the Court.  Defense Counsel addresses the Court as to same.  AUSA addresses Court regarding requested sentence.  Court finds by preponderance of evidence that Defendant violated conditions of supervision.  Court states proposed sentence.  Defense Counsel addresses Court regarding sentence imposed.  Court indicates that providing adequate deterrence was factor emphasized the most, as well as protecting the public.  Court orders sentence imposed as stated. |