UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO
MAY 07 2022
MITCHELL R. ELFERS
CLERK

Clerk of Court,

regarding - march 25th, 2022; @ 3:30 pm hearing.

this letter is compelling the district court to make a ruling regarding Doc. 320, 1:19-CR-00077-JB-SMV, legal notice of order to show cause,

the person primarily liable named on the instrument for his own obligations, identity of person quashed by certificate of authentication provided, the legal representative (executor) of the trust to the district court in the form of a certified affidavit referred to as evidence of title as to the birth certificate, evidence of title clearly furnisher substantial material fact of the probate court that gives title as status that distinguishes the executor and the absent deceased still born who gifted a testamentary will imposing the power by operation of law to the personal executorial trustee with more power to dispose

Pg-1

of this wrongful attachment regarding identity than an executor of a corporational franchise gifted by the sovereign of the united states, james o' browning must issue a declaratory order of final judgement in writing releasing an illegally detained executorial trustee immediately, any and all presumptions have been eliminated as to the real party in interest named on the instrument by i, executorial trustee immediately, by exclusive equitable rights and self help that hard work and tenacity has provided for righteous justice, i pray that the district court does the right and proper justice to end this illegally, unlawful and improper wrongful attachment.

date: 04/14/2022    by: Michael Nissen, as agent

Pg - 2



nissen michael, executorial trustee
C250815 1
Otero County prison facility
10 mc Greger range rd,
Chaparral, new mexico

Filean
cm) EEF
Q(A)   NO. CR19-077 JB
SM/22

legal
mail

Judge James O' Browning
333 lomas boulevard, northwest
albuquerque, new mexico
- 87102

87102-220560

EL PASO TX 798
14 APR 2022

04/14/2022
036B 001182349G

"FRANK"
US POSTAGE
$000.53°
First-Class - IMI
ZIP 88081

"FRANK"